UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 14  A 9: 22

US DISTRICT COURT
HARTFORD CT

LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,

    PLAINTIFFS,

v.

NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,

    DEFENDANTS.

CIVIL ACTION NO.:

3:01CV1552(CFD)

October 10, 2003

## MOTION FOR INTERIM EXTENSION OF TIME TO OPPOSE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND REQUEST FOR EXPEDITED CONSIDERATION

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company (collectively, "Defendants") are filing today Defendants' Motion (1) For Leave To Conduct Additional Class Certification Discovery, (2) To Address Outstanding Discovery Disputes, and (3) To Revise the Schedule in this Action ("Scheduling Motion").  Until the Scheduling Motion is resolved, there will be substantial uncertainty regarding the status of discovery and the pending class certification and summary judgment motions.  Accordingly, Defendants are filing this Motion, which seeks an interim extension of time to file Defendants' Opposition to Class Certification.  Such an

**EXPEDITED CONSIDERATION REQUESTED**

extension will protect Defendants from having to draft their Opposition while there is substantial doubt regarding the status of the record and the schedule. Defendants further request that the instant motion be resolved on an expedited basis so that Defendants can be certain of the deadlines applicable to them. Two proposed orders are attached. Defendants' counsel contacted opposing counsel about this request but has not yet heard whether plaintiffs will consent to the requested extension.

Respectfully submitted,

Date: October 10, 2003

Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co.

By: _____
Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:   (860) 293-3500
Facsimile:    (860) 293-3555

Charles C. Platt, Esq. (CT 23036)
Wilmer, Cutler & Pickering
399 Park Avenue
New York, NY 10022
Telephone:   (212) 230-8800
Facsimile:    (212) 230-8888

Of Counsel:

Eric Mogilnicki, Esq.
Samuel Broderick-Sokol, Esq.
Mark Bieter, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037
Telephone:   (202) 663-6000
Facsimile:    (202) 663-6363

2