UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan, <br><br>    PLAINTIFFS, <br><br>v. <br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., <br><br>    DEFENDANTS. | CIVIL ACTION NO.: <br><br>3:01CV1552(CFD) <br><br>October 10, 2003 |

## DECLARATION OF DENNIS F. KERRIGAN, JR.

DENNIS F. KERRIGAN, JR. declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at the firm of LeBoeuf, Lamb, Greene & MacRae, L.L.P., counsel for Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Company in this action. I am admitted to practice in the State of Connecticut.

2. This declaration is made upon my personal knowledge and I am competent to testify as to the facts set forth herein.

3. Defendants submit the following documents in support of their Motion (1) For Leave to Conduct Additional Class Certification, (2) To Address Outstanding Discovery Disputes, and (3) To Revise the Schedule in This Action.

4. Exhibit A is a true and correct copy of the August 8, 2003 letter from Richard A. Bieder to Magistrate Judge Garfinkel.

5. Exhibit B is a true and correct copy of Defendants' First Set of Interrogatories.

6. Exhibit C is a true and correct copy of Plaintiff Carl Anderson's Responses and Objections to Defendants' First Set of Interrogatories.

7. Exhibit D is a true and correct copy of Defendants' Second Set of Interrogatories.

8. Exhibit E is a true and correct copy of Plaintiff Lou Haddock's Responses and Objections to Defendants' Second Set of Interrogatories.

9. Exhibit F is a true and correct copy of Defendants' Third Set of Interrogatories.

10. Exhibit G is a true and correct copy of Plaintiffs' Responses to Defendants' Third Set of Interrogatories.

11. Exhibit H is a true and correct copy of Magistrate Judge Garfinkel's April 17, 2003 Order on Defendants' Motion to Compel Plaintiffs to Answer Interrogatories.

12. Exhibit I is a true and correct copy of Plaintiffs' Supplemental Responses to Defendants' First Set of Interrogatories.

13. Exhibit J is a true and correct copy of Plaintiffs' Supplemental Responses to Defendants' Second Set of Interrogatories.

14. Exhibit K is a true and correct copy of Plaintiffs' Supplemental Responses to Defendants' Third Set of Interrogatories.

15. Exhibit L is a true and correct copy is a true and correct copy of Defendants' First Requests for Admissions of Dennis Ferdon, as Trustee of the Anderson & Ferdon Deferred Compensation Plan.

16. Exhibit M is a true and correct copy of the August 5, 2003 e-mail from Gregory J. Jones to Dennis Kerrigan.

17. Exhibit N is a true and correct copy of the September 8, 2003 letter from Richard A. Bieder to Magistrate Judge Garfinkel.

18. Exhibit O is a true and correct copy of the September 9, 2003 letter from Charles Platt to Magistrate Judge Garfinkel.

19. Exhibit P is a true and correct copy of Plaintiffs' First Amended Supplemental Responses and Objections to Defendants' Third Set of Interrogatories.

20. Exhibit Q is a true and correct copy of Plaintiffs' First Set of Interrogatories.

21. Exhibit R is a true and correct copy of the September 8, 2003 letter from Roger L. Mandel to Magistrate Judge Garfinkel.

22. Exhibit S is a true and correct copy of Plaintiffs' Clarified Request for Production Arising out of the Depositions of Defendants' 30(b)(6) Witnesses Cotting, Bath, Scranton and Goslee.

23. Exhibit T is a true and correct copy of Plaintiffs' Second Request for the Production of Documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 10, 2003 at Hartford, Connecticut.

Dennis F. Kerrigan, Jr.

3