# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,

:
:
:  CIVIL ACTION NO.:
:
:  3:01CV1552(CFD)
:
:
:
:
:
:

PLAINTIFFS,

:  August 28, 2003

v.

NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,

DEFENDANTS.

## DEFENDANTS' MOTION TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Rule 5(d) and the Court's Protective Order on Confidentiality and Privilege of February 3, 2003 (the "Protective Order"), Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company respectfully request that they be allowed to file under seal Attachment A to the Affidavit of Gary Berndt, which is Exhibit 1 to the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment. The document is an October 14, 1999 Service Agreement between Nationwide Financial Services, Inc. and Janus Service Corporation. The document contains proprietary information of both Nationwide Financial Services, Inc. and Janus Service Corporation, and has been previously designated as "Confidential" by Defendants pursuant to the Protective Order.

Counsel to submit. 10/14/03