UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 14  A 10: 29

US DISTRICT COURT
HARTFORD CT

LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,

    PLAINTIFFS,

    v.

NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,

    DEFENDANTS.

CIVIL ACTION NO.:

3:01CV1552(CFD)

October 10, 2003

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR INTERIM EXTENSION OF TIME TO OPPOSE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND REQUEST FOR EXPEDITED CONSIDERATION**

Defendants today have separately filed a significant motion seeking leave to conduct additional class-certification related discovery in this action, and to resolve outstanding discovery and procedural issues. (*See* Defendants' Motion (1) For Leave To Conduct Additional Class Certification Discovery, (2) To Address Outstanding Discovery Disputes, and (3) To Revise the Schedule in this Action ("Defendants' Scheduling Motion").) That motion also requests that the Magistrate extend Defendants' time to respond to Plaintiffs' Motion for Class Certification to allow for the additional discovery and other relief sought therein. Defendants currently are required to respond to Plaintiffs Motion for Class Certification on November 18, 2003.

**ORAL ARGUMENT REQUESTED**

By Defendants' calculation, Plaintiffs' Opposition to Defendants' Scheduling Motion is due on October 31 (21 days after the October 10 service of the motion on Plaintiffs) and Defendants' Reply to that Opposition would likely be due on November 14 (10 days after the likely October 31 service of that Opposition). (*See* Local Rules 7(a), 7(d).) Thus, Defendants would likely not obtain a ruling on their Scheduling Motion until, at the earliest, slightly before the November 18, 2003 deadline from which they seek relief. Such a delay would unfairly force Defendants to prepare a draft Opposition to Class Certification without the benefit of the stable record, additional discovery, or briefing time sought by Defendants' Scheduling Motion, and amidst the substantial uncertainty caused by Plaintiffs' approach to discovery. (*See* Scheduling Motion and Memorandum.)

The interim extension sought by Defendants would simply extend the the deadline for Defendant's Opposition to Plaintiffs' Motion for Class Certification to no earlier than 60 days after resolution of Defendants' Scheduling Motion. In resolving that Motion, of course, the Court may grant still more time in light of its rulings on Defendants' request for additional discovery. An interim extension would not upset Plaintiffs' expectations, since both the existing Scheduling Order, *see* February 19, 2003, First Amended Scheduling Order ¶ D(5), and the Magistrate's recent order, *see* Rulings Re: Discovery and Scheduling ¶¶ 2, 3, 5, suggested that Defendants would be able to take discovery in response to a Motion for Class Certification, and so anticipated a delay in the briefing of the Motion for Class Certification.

### REQUEST FOR EXPEDITED CONSIDERATION

Defendants seek expedited consideration of the instant motion. The motion raises no difficult or complex issues, and the parties, the District Court, and the Magistrate Judge all would

benefit from the certainty that its quick resolution would bring. Accordingly, Defendants request that Plaintiffs be ordered to file and serve by email any response to this motion on or before 12 noon Eastern time on Wednesday, October 15, 2003, and that Defendants be ordered to file and serve by email any reply to Plaintiffs' response on or before 12 noon Eastern time on Thursday, October 16, 2003. A separate proposed order regarding these briefing deadlines is attached.

                        Respectfully submitted,

Date:  October 10, 2003                Defendants Nationwide Financial Services
                                                  Inc. and Nationwide Life Insurance Co.

By:  _____
      Dennis F. Kerrigan, Jr., Esq. (CT 09621)
      Brian O'Donnell, Esq. (CT 16041)
      LeBoeuf, Lamb, Greene & MacRae, L.L.P.
      Goodwin Square, 225 Asylum Street
      Hartford, CT 06103
      Telephone:    (860) 293-3500
      Facsimile:    (860) 293-3555
      Charles C. Platt, Esq. (CT 23036)
      Wilmer, Cutler & Pickering
      399 Park Avenue
      New York, NY  10022
      Telephone:    (212) 230-8800
      Facsimile:    (212) 230-8888

      Of Counsel:

      Eric Mogilnicki, Esq.
      Samuel Broderick-Sokol, Esq.
      Mark Bieter, Esq.
      Wilmer, Cutler & Pickering
      2445 M Street, N.W.
      Washington, D.C. 20037
      Telephone:    (202) 663-6000
      Facsimile:    (202) 663-6363

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD)<br><br><br><br>October 10, 2003 |

**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

The Magistrate Judge has read and considered Defendants' Motion For Interim Extension of Time to Respond to Plaintiffs' Motion for Class Certification and Defendants' supporting Memorandum, and all other submissions and arguments of the parties, if any, in support of and in opposition to that motion, and based on such consideration, and pending any further orders of the Magistrate Judge or of the District Court, HEREBY ORDERS THAT Defendants shall respond to Plaintiffs Motion for Class Certification within the later of 60 days of the Magistrate Judge's resolution of Defendants' Motion (1) For Leave To Conduct Additional Class

Certification Discovery, (2) To Address Outstanding Discovery Disputes, and (3) To Revise the Schedule in this Action, or any date set in the Order resolving that Motion.


Date: _____                    _____
                                           The Honorable William I. Garfinkel
                                           United States Magistrate Judge

2

## CERTIFICATION

This is to certify that true and correct copies of the foregoing Motion for Interim Extension of Time To Respond to Plaintiffs' Motion for Class Certification and Request for Expedited Consideration and two [Proposed] Orders were served via electronic mail and facsimile on this 10th day of October, 2003, on the following counsel of record:

>   Richard A. Bieder, Esq.
>   Antonio Ponvert III, Esq.
>   Koskoff, Koskoff & Bieder
>   350 Fairfield Avenue
>   Bridgeport, CT 06604
>
>   Gregory G. Jones, Esq.
>   Law Firm of Gregory G. Jones, P.C.
>   603 South Main Street, Suite 200
>   Grapevine, TX 76051
>
>   Marc R. Stanley, Esq.
>   Roger L. Mandel, Esq.
>   Stanley, Mandel & Iola
>   3100 Monticello Avenue
>   Suite 750
>   Dallas, TX 75205

_____
Dennis F. Kerrigan, Jr.

3

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD)<br><br><br><br>October 10, 2003 |

### [PROPOSED] ORDER REGARDING DEFENDANTS' REQUEST FOR EXPEDITED CONSIDERATION OF DEFENDANTS' MOTION FOR INTERIM EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Plaintiffs are HEREBY ORDERED to file and serve by email their response, if any, to Defendants' Motion For Interim Extension of Time to Respond to Plaintiffs' Motion for Class Certification on or before 12 noon Eastern time on Wednesday, October 15, 2003.

Defendants are HEREBY ORDERED to file and serve by email their reply, if any, to any response by Plaintiffs to Defendants' Motion For Interim Extension of Time to Respond to Plaintiffs' Motion for Class Certification on or before 12 noon Eastern time on Thursday, October 16, 2003.

Date: _____

_____
The Honorable William I. Garfinkel
United States Magistrate Judge