UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lou Haddock, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, et. al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 01-CV-1552 |
| Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company, | § § § § | |
| Defendants. | § | October 14, 2003 |

### MOTION FOR ADMISSION OF MARTIN WOODWARD AS VISITING LAWYER

Pursuant to Local Rule 83.1(d), undersigned counsel for the Plaintiffs hereby moves this Court to enter an Order admitting Martin Woodward of Stanley, Mandel & Iola, L.L.P., as a visiting lawyer to practice before the Court for purposes of this case, including the conduct of any trial, or any pre-trial proceedings before this Court. In support of this motion, undersigned counsel states as follows:

1. Undersigned counsel represents the Plaintiffs in the above-captioned action and is admitted to practice before this Court.

2. Martin Woodward is an associate of the Dallas, Texas law firm of Stanley, Mandel & Iola, L.L.P., 3100 Monticello Avenue, Suite 750, Dallas, Texas 75205. His telephone number is 214-443-4300 and fax number is 214-443-0358, and email address is mwoodward@smi-law.com.

-1-

3.  Mr. Woodward has been a member in good standing of the State Bar of Texas since November, 1996. He is admitted to practice in the Northern, Southern, Eastern and Western Districts of Texas, and the United States Court of Appeals for the Fifth Circuit. Mr. Woodward has not been denied admission or disciplined by this Court or any other court.

4.  Mr. Woodward has fully reviewed and is familiar with the Rules of The United States District Court for the District of Connecticut.

5.  The additional qualifications and pertinent facts related the Mr. Woodward's application are included in the Affidavit of Martin Woodward, attached to this Motion and incorporated herein by reference.

6.  The undersigned counsel for Plaintiffs shall also represent the Plaintiffs and serve as the sponsoring lawyer for Mr. Woodward, in accordance with the requirements of Rule 83.1(d) of this Court's Local Rules of Civil Procedure.

6.  In accordance with Local Rule 83.1(d), a fee of $25 is accompanying this Motion.

WHEREFORE, Plaintiffs' undersigned counsel respectfully request that the Court grant this Motion for Admission of Martin Woodward as Visiting Lawyer.

Respectfully submitted,

*[signature]*

Antonio Ponvert, III
Federal Bar No. ct17516
Richard A. Bieder
Federal Bar No. ct04208

KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing were served this 15th day of October, 2003, upon the following counsel via the methods indicated:

| Recipient | Method |
|---|---|
| Dennis F. Kerrigan, Jr.<br>LeBoeuf, Lamb, Greene & MacRae<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | ❏ via certified mail, return receipt requested<br>❏ via fax 860/293-3555<br>☒ via first-class, U.S. mail<br>❏ via overnight delivery<br>❏ via hand delivery |
| Charles C. Platt<br>Wilmer Cutler & Pickering<br>399 Park Avenue<br>New York, NY 10022 | ❏ via certified mail, return receipt requested<br>❏ via fax 212/230-8888<br>☒ via first-class, U.S. mail<br>❏ via overnight delivery<br>❏ via hand delivery |
| George E. Anhang<br>LeBoeuf, Lamb, Greene & MacRae<br>1875 Connecticut Avenue, NW<br>Suite 1200<br>Washington, DC 10009 | ❏ via certified mail, return receipt requested<br>❏ via fax 202/986-8102<br>☒ via first-class, U.S. mail<br>❏ via overnight delivery<br>❏ via hand delivery |

*[signature]*

Antonio Ponvert, III

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, et. al., | § § § § | |
| PLAINTIFFS, | § § | |
| v. | § § | Case No. 01-CV-1552 |
| NATIONWIDE FINANCIAL SERVICES INCORPORATED, AND NATIONWIDE LIFE INSURANCE COMPANY, | § § § § § | |
| DEFENDANTS. | § | October 13, 2003 |

### AFFIDAVIT OF MARTIN WOODWARD

I, Martin Woodward, hereby depose and say as follows:

1. I am an associate of the law firm of Stanley, Mandel & Iola, LLP, 3100 Monticello Avenue, Suite 750, Dallas, TX 75205, telephone number 214-443-4300, fax number 214-443-0358, email address mwoodward@smi-law.com. I am duly admitted to practice law in the State of Texas.

2. I have personal knowledge of the facts stated in this Affidavit and, if called and sworn as a witness, I could and would competently testify to the truth of the matters stated herein.

3. I make this Affidavit in support of my Motion for Admission as Visiting Lawyer to this Court for the purpose of representing the Plaintiffs in all phases, including discovery and trial, of this matter.

4.  Plaintiffs requested that my law firm, Stanley, Mandel & Iola, LLP, represent them in this case and have retained the firm to do so.

5.  I have been a member in good standing of the Bar of the State of Texas since November, 1996. I am admitted to practice in the Northern, Southern, Eastern and Western Districts of Texas, and the United States Court of Appeals for the Fifth Circuit.

6.  I have not been denied admission or disciplined by this Court or any other court.

7.  I have fully reviewed and am familiar with the Rules of The United States District Court for the District of Connecticut.

For the foregoing reasons, I respectfully request that I be admitted pro hac vice to this Court for the purpose of representing the Plaintiffs in connection with this matter.

Signed and sworn under the pains and penalties of perjury this 3rd day of October, 2003.

_____
MARTIN WOODWARD, AFFIANT

Signed and sworn to before me, the undersigned authority, this 3rd day of October, 2003, to certify which witness my hand and seal of office.



_____
Notary Public – State of Texas

- 2 -