

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lou Haddock, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, et. al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 01-CV-1552 |
| Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company, | § § § § | |
| Defendants. | § | October 14, 2003 |

**GRANTED. absent objection**
**It is so ordered**
Christopher F. Droney, U.S.D.J.
Hartford, CT  2/14/07

## MOTION FOR ADMISSION OF MARTIN WOODWARD AS VISITING LAWYER

Pursuant to Local Rule 83.1(d), undersigned counsel for the Plaintiffs hereby moves this Court to enter an Order admitting Martin Woodward of Stanley, Mandel & Iola, L.L.P., as a visiting lawyer to practice before the Court for purposes of this case, including the conduct of any trial, or any pre-trial proceedings before this Court. In support of this motion, undersigned counsel states as follows:

1. Undersigned counsel represents the Plaintiffs in the above-captioned action and is admitted to practice before this Court.

2. Martin Woodward is an associate of the Dallas, Texas law firm of Stanley, Mandel & Iola, L.L.P., 3100 Monticello Avenue, Suite 750, Dallas, Texas 75205. His telephone number is 214-443-4300 and fax number is 214-443-0358, and email address is mwoodward@smi-law.com.