

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**FILED**

LOU HADDOCK, as trustee of the Flyte Tool & Die,
Incorporated Deferred Compensation Plan, PETER
WIBERG, as trustee of the Crown Tool & Die
Deferred Compensation Plan, ALAN GOUSE, as
trustee of the Greater Hartford Easter Seal
Rehabilitation Center Deferred Compensation Plan,
RONALD SIMON as trustee of the Hartford Roofing,
Inc. Deferred Compensation Plan, CARL
ANDERSON for the Anderson & Ferdon Deferred
Compensation Plan,

       PLAINTIFFS,

             v.

NATIONWIDE FINANCIAL SERVICES INC., and
NATIONWIDE LIFE INSURANCE CO.,

       DEFENDANTS.

2003 OCT -8 P 2: 45

US DISTRICT COURT
HARTFORD CT

CIVIL ACTION NO.:

3:01 CV 1552(CFD)

October 8, 2003

**GRANTED. absent objection**
**It is so ordered**
Christopher F. Droney, U.S.D.J.
Hartford, CT 10/20/03

**MOTION FOR ADMISSION _PRO HAC VICE_ OF ERIC J. MOGILNICKI**

Pursuant to Rule 83.1(d) of the Local Rules of this Court, Defendants Nationwide

Financial Services Inc. and Nationwide Life Insurance Co. hereby move for an order allowing

the admission of Eric J. Mogilnicki, an attorney practicing with the law firm of Wilmer, Cutler &

Pickering in Washington, D.C., and a member in good standing of the bars of the District of

Columbia and the Commonwealth of Massachusetts, as attorney _pro hac vice_ to argue or try this

case in whole or in part as counsel.

This motion is based upon the attached Affidavit of Eric J. Mogilnicki and the Certificate

of Good Standing annexed thereto. A proposed order is attached hereto.

FILED 2003 OCT 21 P
US DISTRICT COURT
HARTFORD