

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED** 2003 OCT -8 P 2:45
US DISTRICT COURT
HARTFORD CT

LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON for the Anderson & Ferdon Deferred Compensation Plan,

      PLAINTIFFS,

      v.

NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,

      DEFENDANTS.

CIVIL ACTION NO.:

3:01 CV 1552(CFD)

October 8, 2003

GRANTED, absent objection. It is so ordered.
Christopher Droney, U.S.D.J.
Hartford, CT  10/21/03

### MOTION FOR ADMISSION *PRO HAC VICE* OF SAM BRODERICK-SOKOL

Pursuant to Rule 83.1(d) of the Local Rules of this Court, Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co. hereby move for an order allowing the admission of Sam Broderick-Sokol, an attorney practicing with the law firm of Wilmer, Cutler & Pickering in Washington, D.C., and a member in good standing of the District of Columbia Bar, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel. This motion is based upon the attached Affidavit of Sam Broderick-Sokol and the Certificate of Good Standing annexed thereto. A proposed order is attached hereto.