UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,

    PLAINTIFFS,

v.

NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,

    DEFENDANTS.

CIVIL ACTION NO.:

3:01CV1552(CFD)

November 3, 2003

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company respectfully seek leave to exceed the page limit contained in Local Rule 7(d) by six pages with respect to Defendants' Reply Memorandum in Support of Defendants' Discovery Motion. Defendants believe that the additional pages are warranted in view of the importance of these discovery issues to the fair resolution of class certification, the number of issues involved in Defendants' Discovery Motion, and Plaintiffs' voluminous opposition to the merits of this Motion. A proposed order is attached.

Respectfully submitted,

Date: November 3, 2003

Defendants, Nationwide Financial Services Inc. and Nationwide Life Insurance Co.

By: _____
Eric Mogilnicki, Esq.
Samuel Broderick-Sokol, Esq.
Mark Bieter, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037
Telephone:     (202) 663-6000
Facsimile:     (202) 663-6363

Charles C. Platt, Esq. (CT 23036)
Wilmer, Cutler & Pickering
399 Park Avenue
New York, NY 10022
Telephone:     (212) 230-8800
Facsimile:     (212) 230-8888

Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:     (860) 293-3500
Facsimile:     (860) 293-3555

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>    PLAINTIFFS,<br><br>    v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD) |

## [PROPOSED] ORDER

Defendants' Motion for Leave to Exceed Page Limit is GRANTED.

Date: _____  _____
                                                                                                     The Honorable William I. Garfinkel
                                                                                                     United States Magistrate Judge

## CERTIFICATION

This is to certify that true and correct copies of the foregoing Motion for Leave to Exceed Page Limit was served via facsimile and overnight mail on this 3rd day of November, 2003, on the following counsel of record:

    Richard A. Bieder, Esq.
    Michael A. Stratton, Esq.
    Antonio Ponvert III, Esq.
    Koskoff, Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, CT 06604

    Gregory G. Jones, Esq.
    Law Firm of Gregory G. Jones, P.C.
    603 South Main Street, Suite 200
    Grapevine, TX 76051

    Marc R. Stanley, Esq.
    Roger L. Mandel, Esq.
    Stanley, Mandel & Iola
    3100 Monticello Avenue
    Suite 750
    Dallas, TX 75205

_____
Mark Bieter