# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**ORIGINAL**

Lou Haddock, et al.,

v.

Nationwide Financial Services Inc., et al.

**APPEARANCE**

FILED

2003 NOV 12 A 11: 27

US DISTRICT COURT
HARTFORD CT

CASE NUMBER: 01-CV-1552 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Plaintiffs in the above matter, in addition to the appearance already on file.

_____11/11/03_____
Date

_____CT25263_____
Connecticut Federal Bar Number

_____214-443-4300_____
Telephone Number

_____214-443-0358_____
Fax Number

_____mwoodward@smi-law.com_____
E-mail address

_____[signature]_____
Signature

_____Martin Woodward_____
Print Clearly or Type Name

_____3100 Monticello Ave., Suite 750_____
Address

_____Dallas, TX 75205_____

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

_____[signature]_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing were served this 11м day of November, 2003, upon the following counsel via the methods indicated:

| Counsel | Method |
|---|---|
| Dennis F. Kerrigan, Jr.<br>LeBoeuf, Lamb, Greene & MacRae<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | ☐ via certified mail, return receipt requested<br>☐ via fax 860/293-3555<br>☒ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery |
| Charles C. Platt<br>Wilmer Cutler & Pickering<br>399 Park Avenue<br>New York, NY 10022 | ☐ via certified mail, return receipt requested<br>☐ via fax 212/230-8888<br>☒ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery |
| Eric J. Mogilnicki<br>Wilmer Cutler & Pickering<br>2445 M Street, N.W.<br>Washington, D.C. 20037 | ☐ via certified mail, return receipt requested<br>☐ via fax 202/663-6363<br>☒ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery |
| Richard Bieder<br>Antonio Ponvert, III<br>Koskoff Koskoff & Bieder<br>350 Fairfield Avenue<br>Bridgeport, CT 06604 | ☐ via certified mail, return receipt requested<br>☐ via fax 203/368-3244<br>☒ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery |
| Gregory G. Jones<br>Law Offices of Gregory G. Jones<br>603 S. Main Street, Suite 200<br>Grapevine, Texas 76051 | ☐ via certified mail, return receipt requested<br>☐ via fax 817/424-1665<br>☒ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery |

_____
Martin Woodward