HONORABLE Wm Garfinkel
(fcvmhr's (October 17, 2001)
DEPUTY CLERK M. Osborne   RPTR/ERO/TAPE M. Cornette

TOTAL TIME: 3 hours ___ minutes

DATE 11-6-03    START TIME 1:10 pm   END TIME 4:10 pm
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Haddock, et al    CIVIL NO. 01 CV 1552 (CFD)
§
§    Roger Mandel
§    _____
§    Plaintiffs Counsel
vs.
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Nationwide    Eric Mogilnicki
Defendant Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ (mhrgh) Motion Hearing   ☐ (confmhrg.) Confirmation Hearing   ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing   ☐ (evidhrg.) Evidentiary Hearing   ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing   ☐ (fairhrg.) Fairness Hearing   ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

MOTION
DOCUMENT NO.

☐ ....#142 Motion Interim Ext Time (Def)    ☑ granted ☑ denied ☐ advisement
☐ ....#133 Motion Ext time    ☑ granted ☐ denied ☐ advisement
☐ ....#131 Motion to Stay    ☐ granted ☑ denied ☐ advisement
☐ ....#134 Motion to Stay    ☐ granted ☑ denied ☐ advisement
☐ ....#143 Motion for Leave    ☑ granted ☐ denied ☐ advisement
☐ ....# ___ Motion    ☐ granted ☐ denied ☐ advisement
☐ ....# ___ Motion    ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion    ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion    ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion    ☐ granted ☐ denied ☐ advisement
☐ .... Oral Motion    ☐ granted ☐ denied ☐ advisement
☐ ........ ☐ Brief(s) due ___ ☐ Proposed Findings due ___ Response due ___