UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD)<br><br><br>November 17, 2003 |

JOINT MOTION OF PARTIES
FOR EXTENSION OF TIME AS TO ALL DEADLINES

The parties in the above-caption matter hereby move the Court to approve an eight-day extension as to all deadlines for Class Certification and Summary Judgment briefing as ordered by the Court during the November 6, 2003, hearing. A proposed order is attached.

The parties stipulate as follows:

During the November 6, 2003, hearing, the Magistrate Judge indicated that he would issue an order: (1) extending Defendants' deadline for filing their opposition to Plaintiffs' Motion for Class Certification to 40 days from the hearing date, which the parties compute to be December 16, 2003; and (2) allowing Defendants to obtain additional deposition testimony from Samuel Issacharoff, who Plaintiffs have offered as an expert witness.

On November 7, 2003, Defendants asked Plaintiffs to specify dates during the weeks of November 10 and November 17 during which Professor Issacharoff would be available for deposition. Plaintiffs indicated that Professor Issacharoff had a Second Circuit argument on November 20, and so would not be available until November 23. Plaintiffs' counsel subsequently requested that the deposition take place eight days after November 23, on December 2. Defendants indicated that they would like to accommodate Plaintiffs' counsel, but could not agree to such a delay in light of the expected December 16 deadline for Defendants' Opposition to Class Certification. The parties conferred, and agreed to jointly seek an extension of eight days for Defendants' Opposition to Class Certification. If this Motion is granted, the deposition of Professor Issacharoff can go forward on December 2 without prejudice to Defendants. The parties agree that all subsequent filings should be likewise moved back eight days.

The parties therefore jointly move the Court to set the following revised schedule for Class Certification and Summary Judgment briefing:

1. Defendants will file their Opposition to Plaintiffs' Class Certification on or before December 24, 2003.

2. Plaintiffs will file their Reply in Support of Class Certification on or before January 23, 2004.

3. Defendants will file their First Amended Motion for Summary Judgment on or before January 23, 2004.

4. Plaintiffs will file their Opposition to Defendants' Motion for Summary Judgment on or before February 23, 2004.

5.  Defendants will file their Reply in Support of their Motion for Summary Judgment on or before March 16, 2004.

Date: November 17, 2003

| Plaintiffs, Lou Haddock, *et al.* | Defendants, Nationwide Financial Services Inc. and Nationwide Life Insurance Co. |
|---|---|
| By: *[signature]* <br> Roger Mandel, Esq. <br> Stanley, Mandel & Iola, L.L.P. <br> 3100 Monticello Avenue, Suite 750 <br> Dallas, Texas 75205 <br> Telephone: (214) 443-4300 <br> Facsimile: (214) 443-0358 | By: *[signature]* <br> Eric Mogilnicki, Esq. <br> Wilmer, Cutler & Pickering <br> 2445 M Street, N.W. <br> Washington, D.C. 20037 <br> Telephone: (202) 663-6000 <br> Facsimile: (202) 663-6363 |
| Plaintiffs' Counsel | Defendants' Counsel |

3

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>    PLAINTIFFS,<br><br>                    v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD) |

## [PROPOSED] ORDER REGARDING EXTENSION OF TIME AS TO ALL DEADLINES

The Court has read and considered the Joint Motion of Parties For Extension of Time as to All Deadlines, and based on such consideration, the Court hereby GRANTS the parties' Joint Motion and ORDERS that the following revised schedule shall govern:

1.      Defendants are to file their Opposition to Plaintiffs' Class Certification on or before December 24, 2003.

2.      Plaintiffs are to file their Reply in Support of Class Certification on or before January 23, 2004.

3.      Defendants are to file their First Amended Motion for Summary Judgment on or before January 23, 2004.

    4.    Plaintiffs are to file their Opposition to Defendants' Motion for Summary Judgment on or before February 23, 2004.

    5.    Defendants are to file their Reply in Support of their Motion for Summary Judgment on or before March 16, 2004.

Date: _____        _____
                                                                                               The Honorable William I. Garfinkel
                                                                             United States Magistrate Judge

## CERTIFICATION

This is to certify that true and correct copies of the foregoing Joint Motion of Parties for Extension of Time as to All Deadlines was served via overnight mail on this 17th day of November, 2003, on the following counsel of record:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____
Sam Broderick-Sokol