

01cv1552 ext.next.

163

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>    PLAINTIFFS,<br><br>              v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD)<br><br><br>November 17, 2003<br><br>2003 NOV 18 A 11:02<br>US DISTRICT COURT<br>HARTFORD CT<br>FILED |

Granted so ordered. /s/ JDT 11/20/03

## JOINT MOTION OF PARTIES
## FOR EXTENSION OF TIME AS TO ALL DEADLINES

The parties in the above-caption matter hereby move the Court to approve an eight-day extension as to all deadlines for Class Certification and Summary Judgment briefing as ordered by the Court during the November 6, 2003, hearing. A proposed order is attached.

The parties stipulate as follows:

During the November 6, 2003, hearing, the Magistrate Judge indicated that he would issue an order: (1) extending Defendants' deadline for filing their opposition to Plaintiffs' Motion for Class Certification to 40 days from the hearing date, which the parties compute to be December 16, 2003; and (2) allowing Defendants to obtain additional deposition testimony from Samuel Issacharoff, who Plaintiffs have offered as an expert witness.