UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan, | CIVIL ACTION NO.: 3:01CV1552(CFD) |
| PLAINTIFFS, | November 3, 2003 |
| v. | |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., | |
| DEFENDANTS. | |

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT

### MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company respectfully seek leave to exceed the page limit contained in Local Rule 7(d) by six pages with respect to Defendants' Reply Memorandum in Support of Defendants' Discovery Motion. Defendants believe that the additional pages are warranted in view of the importance of these discovery issues to the fair resolution of class certification, the number of issues involved in Defendants' Discovery Motion, and Plaintiffs' voluminous opposition to the merits of this Motion. A proposed order is attached.