UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 DEC 29  A 10: 25

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON for the Anderson & Ferdon Deferred Compensation Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.<br><br>3:01CV1552(CFD)<br><br>**DECLARATION OF GARY BERNDT** |

Gary Berndt declares that the following is true under penalty of perjury:

1.    I am Accounting Operations Officer, Financial Operations of Nationwide Life Insurance Company ("Nationwide Life"). I submit this declaration to accompany the Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification.

2.    I have been with Nationwide Life since 1981 and have been involved with all aspects of the record keeping, financial reporting, daily sub-account valuation, and mutual fund trading and settlement for Nationwide's variable annuity and variable life insurance products over the past twenty years. I currently hold the Chartered Life Underwriter and Chartered Financial Consultant insurance designations, and the Series 6, 26 and 27 registrations of the National Association of Securities Dealers. Based on my experience, I have personal knowledge of the facts set forth in this declaration.

**Nationwide Life's Variable Annuity Contracts and Variable Accounts**

3.      Different retirement plans that qualified under Sections 401 and 403 of the Internal Revenue Code purchased different Nationwide Life variable annuity contracts over the last 15 years. Those variable annuity contracts included "individual" contracts and "group" contracts.

4.      Retirement plans or their particpants contributed money to their variable annuity contracts at various times at their discretion. The amount of those contributions to each contract, and when they were made, differed depending on each retirement plan or participant. Nationwide Life only took action with respect to the money contributed to the variable annuity contracts to the extent agreed to or directed by the retirement plans or their participants.

**Investments in The Variable Annuity Contracts**

5.      Retirement plans or their participants who contributed money to their variable annuity contracts controlled and directed the investment of that money. Some or all of the money they contributed was invested in different "variable accounts." The assets invested in the different variable accounts were kept separate from Nationwide Life, and the variable accounts were not chargeable with any of Nationwide Life's expenses or liabilities.

6.      The variable account offered in connection with Nationwide's group variable annuity contract is the Nationwide Qualified Plans Variable Account (QPVA). There was more than one variable account offered in connection with Nationwide's invidividual variable annuity contracts. One of those variable accounts was called the Nationwide Variable Account - II.

7.      The variable accounts offered in connection with the individual contracts received money from investors who were not 401(k) or 403(b) retirement plans or participants. For example, approximately 84% of the money invested in the Nationwide Variable Account - II as

of November 30, 2003 was from those investors who were not 401(k) and 403(b) retirment plans and participants.

8. Retirement plans or their participants invested different amounts of that money in the different variable accounts established for their particular contract. The amount of money invested in a variable account by each retirement plan or participant, and when those investments are made, differed depending on the investment objectives and abilities of the retirement plan or participant.

9. Retirement plans or participants who invested their money in a variable account allocated that money to one or more sub-accounts provided for in their particular variable annuity contract. Each sub-account in turn purchased and sold shares of one of the investment options participating in connection with their particular annuity contract. Those investment options were typically mutual funds.

10. Retirement plans or participants allocated their money to these diferent sub-accounts in different amounts over time, depending on their own individual investment objectives. Retirement plans or participants also allocated their money to different sub-accounts over time depending upon investment options offered under their contract at any given time.

11. Determining which retirement plans or participants allocated money to a particular sub-account, and how much money was allocated for how long, would require an individual review of the participant records of each annuity contract.

12. Nationwide Life did not control or direct these allocations. Nationwide Life only executed the orders of the retirement plans or their participants to invest in the variable accounts and to allocate that money to particular sub-accounts. Nationwide Life normally took no other action with respect to any money invested in a variable account unless expressly agreed to or

directed by the retirement plan or their participants. Nationwide Life normally did not invest the money of contract owners independently or based on its own initiative or discretion.

**Investments In Fixed Annuities Or Fixed Accounts**

13. Retirement plans or participants who contributed money to variable annuity contracts also invested different amounts of that money in a fixed annuity (which was offered in connection with group contracts) or a fixed account (which was offered in connection with individual contracts). They invested that money in the fixed annuity or fixed account as an alternative to a variable account. Retirement plans and their participants were credited with a fixed rate of interest on the amount they invested in the fixed annuity or account. That rate did not vary according to performance or costs of any mutual funds.

14. The amount of contributions made, and when they are made, to a particular fixed account or fixed annuity differed depending on each retirement plan or participant and their individual investment objectives. Determining which retirement plans or participants invested in a particular fixed annuity or fixed account, and how much money was invested for how long, would require an individual review of the participant records of each annuity contract

**Money Was Re-Allocated Differently**

15. Retirement plans or their participants re-allocated the amount of money that they invested in the variable account over time. That re-allocation occurred when retirement plans or their participants moved money in their variable account to different sub-accounts in different amounts or in different percenatges. Each day a significant number of retirement plans or their participants re-allocated their investments among the various sub-accounts of the variable account. The amount of money re-allocated, when that re-allocation occurred, and the different sub-account or accounts chosen for re-allocation, differed by retirement plan or participant. The

differences depended at least in part on the investment options available to the retirement plan or participant within the particular annuity contract, and on the needs and investment objectives of each retirement plan or participant.

16. Retirement plans or their participants also moved the money they invested in the variable account over to the fixed annuity or fixed account, or moved money they invested in the fixed annuity or fixed account over to the variable account. Each day, retirement plans or their participants executed numerous individual transactions involving the moving of invested funds into or out of the fixed accounts or fixed annuities. The amount of money moved, and when that money moved, differed depending on the needs and investment objectives of each individual retirement plan or participant.

17. Determining which retirement plans re-allocated money to which sub-accounts or fixed annuities or accounts, and how much money was re-allocated, would require an individual review of the participant records of each annuity contract.

18. Nationwide Life executed the orders of retirement plans or their participants to re-allocate or move money when it received those orders. Nationwide Life normally did not re-allocate or move the money of retirement plans or their participants independently or based on its own initiative.

**Money Was Withdrawn Differently**

19. Retirement plans or their participants withdrew money from their variable annuity contracts in different amounts or percentages over time. They also withdrew that money from the variable accounts or the fixed annuities or fixed accounts in different amounts or percentages. Each day a significant number of individual contract owners withdrew money in full or in part from their Nationwide Life variable annuity contracts.

20.     The amount of money that they withdrew, whether they withdrew it from the variable or fixed account, and when they withdrew that money, differed depending on the needs and investment objectives of each retirement plan or participant. Determining which retirement plans or participants withdrew money, from where, in what amounts, and when, would require an individual review of the participant records of each annuity contract.

21.     Nationwide Life executed the orders of retirement plans and their participants to withdraw money when it received those orders. Nationwide Life normally did not withdraw the money of contract owners independently or based on its own initiative.

**The Different Values Of Accumulation Units**

22.     Each sub-account purchased or sold the shares of a particular mutual fund each day depending on the net amount of money that was allocated to or withdrawn from that sub-account by all the retirement plans, retirement plan participants, and other investors in that particular variable account. The amount of mutual fund shares purchased or sold by a sub-account on any particular day differed depending on the investment activity and investment objectives of each individual retirement plan, plan participant, or other investor.

23.     The retirement plans, plan participants, or other investors in a particular variable account received accumulation units. The number of accumulation units received depended on the amount of money invested -- the more money invested, the more accumulation units received. The amount of accumulation units that retirement plans, plan participants, or other investors received, and when they received them, differed depending on their individual investment activity.

24.     The value of the accumulation units received varied depending on the value of each sub-account to which the retirement plan, plan participant, or other investor allocated

money. The value of each sub-account varied depending on the net asset value of the mutual fund shares underlying the sub-account. The net asset value of a particular mutual fund varied depending on the value of the securities held by that particular mutual fund. These values fluctuated up or down over time depending on a variety of economic conditions.

25. Nationwide Life normally did not manage, dispose of, cancel or transfer accumulation units unless specifically instructed or agreed to by the retirement plans or their participants.

**The Different Nationwide Life Variable Annuity Contract Changes**

26. Nationwide Life deducted different charges and expenses with respect to each variable annuity contract as set forth in that contract (or the prospectus that accompanied the individual contracts). These charges and expenses are assessed by the reduction in the value of the accumulation units or by surrendering accumulation units.

27. Nationwide Life only deducted the charges and expenses that were provided for in the variable annuity contracts (or the prospectuses that accompanied the individual contracts). Nationwide Life did not deduct other charges or expenses from the variable annuity contracts or otherwise reduce the value of the accumulation units in any way other than as experessly provided in the variable annuity contracts or the variable annuity prospectuses.

28. The retirement plans and their participants did not own the mutual fund shares purchased by any sub-account. The variable acount owned those mutual fund shares. The retirement plans and plan participants only received the accumulation units issued to them by the variable account offered in connection with their variable annuity contract.

_____
Gary Berndt