UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>    PLAINTIFFS,<br><br>    v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD)<br><br><br>December 23, 2003 |

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company respectfully seek leave to exceed the page limit contained in Local Rule 7(a)2 by 19 pages with respect to Defendants' Opposition to Plaintiffs' First Amended Motion for Class Certification. Defendants believe that the additional pages are warranted in view of the importance of the class certification issue, the complexity and large number of facts relevant to the certification analysis, and the many legal issues raised by Plaintiffs' multiple theories of liability and request for

certification under Federal Rules of Civil Procedure 23(a)(1)-(4), 23(b)(2), and 23(b)(3). A proposed order is attached.

Respectfully submitted,

Date: December 23, 2003

Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co.

By: _____
Eric Mogilnicki, Esq. (CT 23053)
Samuel Broderick-Sokol, Esq. (CT 25264)
Mark Bieter, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

Charles C. Platt, Esq. (CT 23036)
Wilmer, Cutler & Pickering
399 Park Avenue
New York, NY 10022
Telephone:    (212) 230-8800
Facsimile:    (212) 230-8888

Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:    (860) 293-3500
Facsimile:    (860) 293-3555

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>    PLAINTIFFS,<br><br>            v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD) |

## [PROPOSED] ORDER

Defendants' Motion for Leave to Exceed Page Limit is GRANTED.

Date: _____          _____
                                The Honorable Christopher F. Droney
                                United States District Judge

## CERTIFICATION

This is to certify that true and correct copies of the foregoing Motion for Leave to Exceed Page Limit was served via overnight mail on this 23 day of December, 2003, on the following counsel of record:

> Richard A. Bieder, Esq.
> Michael A. Stratton, Esq.
> Antonio Ponvert III, Esq.
> Koskoff, Koskoff & Bieder
> 350 Fairfield Avenue
> Bridgeport, CT 06604
>
> Gregory G. Jones, Esq.
> Law Firm of Gregory G. Jones, P.C.
> 603 South Main Street, Suite 200
> Grapevine, TX 76051
>
> Marc R. Stanley, Esq.
> Roger L. Mandel, Esq.
> Stanley, Mandel & Iola
> 3100 Monticello Avenue
> Suite 750
> Dallas, TX 75205

_____
Mark Bieter