UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD)<br><br><br><br>December 23, 2003 |

### DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5(d) and the Court's Protective Order on Confidentiality and Privilege of February 3, 2003 (Docket 56) (the "Protective Order"), Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company respectfully request that they be allowed to file under seal certain exhibits that accompany Defendants' Opposition to Plaintiffs' First Amended Motion for Class Certification. A proposed order is attached.

The Protective Order provides "A Producing Party ... may designate as Confidential any Material which the Producing Party ... has the good faith belief constitutes (a) confidential, commercial, business, financial, or proprietary information, the disclosure of which may have an adverse effect on the commercial, business or financial position of the Producing Party ...; or (b)

personal information, including financial information, concerning Persons who purchased individual annuities or certificates of group annuities." Protective Order at 3-4. The documents, Exhibits 21-52 to Defendants' Opposition to Plaintiffs' First Amended Motion for Class Certification, have either been designated as "confidential" or are portions of deposition testimony that the parties have agreed to maintain confidential pursuant to the Protective Order. Most of the documents contain propietary information to Nationwide, mutual fund advisors, the plans (including non-Plaintiff plans), and personal financial information. The Protective Order provides further that "[a]ny submissions to the court accompanied by a request to seal will be treated as sealed until the court acts upon the request."

The documents are the following:

- **Exhibit 21:** October 14, 1999 Service Agreement between Nationwide Financial Services, Inc. and Janus Service Corporation, Inc
- **Exhibit 22:** April 30, 1997 Subadministration Agreement between Nationwide Financial Services, Inc. and Dreyfus Service Corporation
- **Exhibit 23:** January 1, 2000 Agreement between Nationwide Financial Services, Inc. and Villanova Mutual Fund Capital Trust
- **Exhibit 24:** September 30, 1999 Service Agreement between Nationwide Financial Services, Inc. and Strong Capital Management, Inc
- **Exhibit 25:** Amendment to the Crown Tool Plan variable annuity contract
- **Exhibit 26:** Amendment to the Flyte Tool Plan variable annuity contract
- **Exhibit 27:** Endorsement to the Hartford Roofing Plan variable annuity contract
- **Exhibit 28:** October 25, 1996 letter from the Nationwide PPA Service Center to James H. Dean & Company, Inc. regarding the Crown Tool Plan
- **Exhibit 29:** April 2, 1997 letter from the Nationwide PPA Service Center to The Heritage Group Ltd. regarding the Flyte Tool Plan
- **Exhibit 30:** June 3, 1997 letter from Nationwide PPA Service Center to United Benefit Plans, Inc. regarding the Shayne, Dachs, Stanisci, Corker & Sauer 401(k) Plan
- **Exhibit 31:** October 25, 1997 letter from the Nationwide PPA Service Center to the Trustees of the Crown Tool Plan
- **Exhibit 32:** April 2, 1997 letter from the PPA Service Center to the Trustees of the Flyte Tool Plan

- **Exhibit 33:** The Best of America Retirement Advisor Group Annuity Variable Contract Profile
- **Exhibit 34:** November 10, 1998 letter from the Department of Labor to Peter Wiberg and Nils Wiberg
- **Exhibit 35:** Portions of the transcript from the February 24, 2003 deposition of Hector "Lou" Haddock
- **Exhibit 36:** Portions of the transcript from the March 4, 2003 deposition of Peter Wiberg
- **Exhibit 37:** Portions of the transcript from the February 13, 2003 deposition of Allen Gouse
- **Exhibit 38:** Portions of the transcript from the April 3, 2003 deposition of Samuel Issacharoff
- **Exhibit 38(B):** Portions of the transcript from the July 16, 2003 deposition of Samuel Issacharoff
- **Exhibit 39:** Portions of the transcript from the March 11, 2003 deposition of Edward Kaplan
- **Exhibit 40:** Portions of the transcript from the April 21, 2003 deposition of Ronald Simon
- **Exhibit 41:** Portions of the Annuity Application for Carl Anderson
- **Exhibit 42:** November 17, 1995 Request for Exchange of Contract Value or Change of Allocation of Future Payments for Carl Anderson
- **Exhibit 43:** July 30, 1998 Request for Exchange of Contract Value or Change of Allocation of Future Payments for Carl Anderson
- **Exhibit 44:** Annuity Application for Elizabeth Baribeault
- **Exhibit 45:** April 25, 1996 Request for Exchange of Contract Value or Change of Allocation of Future Payments for Elizabeth Baribeault
- **Exhibit 46:** October 30, 1996 Request for Exchange of Contract Value or Change of Allocation of Future Payments for Elizabeth Baribeault
- **Exhibit 47:** October 20, 1997 Request for Exchange of Contract Value or Change of Allocation of Future Payments for Elizabeth Baribeault
- **Exhibit 48:** October 30, 1997 Investment Option Addition Request for the Crown Tool Plan
- **Exhibit 49:** September 18, 1997 Investment Option Addition Request for the Hartford Roofing Plan
- **Exhibit 50:** February 11, 1999 Letter from Delvin & Hale Associates, Inc. to Edward Kaplan regarding the Hartford Roofing Plan
- **Exhibit 51:** January 22, 2001 Notice to Participants of the Hartford Roofing Plan

- **Exhibit 52:** Table showing various sub-account allocations of participants in the Anderson Plan

                          Respectfully submitted,

Date: December 23, 2003        Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co.

By: _/s/_____

Eric Mogilnicki, Esq. (CT 23053)
Sam Broderick-Sokol, Esq. (CT 25264)
Mark Bieter, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037
Telephone:   (202) 663-6000
Facsimile:   (202) 663-6363

Charles C. Platt, Esq. (CT 23036)
Wilmer, Cutler & Pickering
399 Park Avenue
New York, NY 10022
Telephone:   (212) 230-8800
Facsimile:   (212) 230-8888

Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:   (860) 293-3500
Facsimile:   (860) 293-3555

4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD) |

## [PROPOSED] ORDER

This matter came before the Court on Defendants' Motion to File Documents Under Seal. Defendants having demonstrated good cause to have the documents filed under seal, it is hereby

**ORDERED** that the Defendants' motion is **GRANTED**.

Date: _____

_____
The Honorable Christopher F. Droney
United States District Judge

1

## CERTIFICATION

This is to certify that true and correct copies of the foregoing Defendants' Motion to File Documents Under Seal and [Proposed] Order were served by overnight mail on this 23rd day of December, 2003, on the following counsel of record:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____
Mark Bieter