UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan, <br><br>      PLAINTIFFS, <br><br>         v. <br><br> NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., <br><br>      DEFENDANTS. | CIVIL ACTION NO.: <br><br> 3:01CV1552(CFD) <br><br><br> December 23, 2003 |

## MOTION TO STRIKE DECLARATIONS AND PRECLUDE OPINIONS OF PLAINTIFFS' PUTATIVE CLASS CERTIFICATION EXPERT

Defendants Nationwide Financial Services Inc and Nationwide Life Insurance Company hereby move for an order striking the declaration and supplemental declaration of Plaintiffs' putative "class certification expert" Samuel Issacharoff and barring Plaintiffs from relying on any testimony or opinions of Professor Issacharoff in support of their pending First Amended Motion for Class Certification (Docket 128). Professor Issacharoff's opinions in this action consist of improper legal conclusions on the permissibility of class certification under Federal Rule of Civil Procedure 23 and, as such, are not admissible under Federal Rule of Evidence 702. *See Schenek v. FSI Futures, Inc.*, No. 94 Civ. 6345 (CSH), 1998 WL 427625, at *4 n.6 (S.D.N.Y. July 28, 1998) ("the question whether to certify a class is one of law, resting in the

**ORAL ARGUMENT REQUESTED**

district court's discretion, and falling outside the usual legitimate boundaries of expert opinion testimony").

Furthermore, even were the Court to believe that such evidence could ever be admissible, Professor Issacharoff's opinions in this case are "fatally flawed" -- and thus not admissible under the Second Circuit's decision in *In re Visa Check/MasterMoney Antitrust Litigation*, 280 F.3d 124, (2d Cir. 2001) -- because Professor Issacharoff bases his opinions on a concededly incomplete knowledge of the key facts and legal principles pertinent to this action, and because Professor Issacharoff lacks the types of practical experience that would qualify him to offer such opinions. For these reasons too, his declarations should be stricken and Plaintiffs should be barred from offering his testimony or opinions in support of their certification motion.

Respectfully submitted,

Date: December 23, 2003

Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co.

By: _____
Eric Mogilnicki, Esq.  (CT 23053)
Sam Broderick-Sokol, Esq. (CT 25264)
Mark Bieter, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037
Telephone:    (202) 663-6000
Facsimile:     (202) 663-6363

Charles C. Platt, Esq. (CT 23036)
Wilmer, Cutler & Pickering
399 Park Avenue
New York, NY  10022
Telephone:    (212) 230-8800
Facsimile:     (212) 230-8888

                    Dennis F. Kerrigan, Jr., Esq. (CT 09621)
                    Brian O'Donnell, Esq. (CT 16041)
                    LeBoeuf, Lamb, Greene & MacRae, L.L.P.
                    Goodwin Square, 225 Asylum Street
                    Hartford, CT 06103
                    Telephone:   (860) 293-3500
                    Facsimile:   (860) 293-3555

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>    PLAINTIFFS,<br><br>    v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD) |

### [PROPOSED] ORDER

The Court, having read and considered Defendants' Motion to Strike Declarations and Preclude Opinions of Plaintiffs' Putative Class Certification Expert, the supporting memorandum of law, and all other papers and arguments submitted in support of and in opposition to that motion, HEREBY ORDERS THAT the declarations and opinions of Samuel Issacharoff are stricken from this action and Plaintiffs may not rely on any declarations or opinions of Samuel Issacharoff in support of their motion for class certification.

Date: _____    _____
The Honorable Christopher F. Droney
United States District Judge

1