# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

FILED

Haddock v. Nationwide Financials Services, Inc.

CASE NUMBER: 3:01 CV 1552 (CFD)

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:** Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co.

---

12/1?
**Date**

CT 25264
**Connecticut Federal Bar Number**

202-663-6727
**Telephone Number**

202-663-6363
**Fax Number**

sam.broderick-sokol@wilmer.com
**E-mail address**

*[Signature]*
**Signature**

Sam Broderick-Sokol
**Print Clearly or Type Name**

Wilmer, Cutler & Pickering
**Address**
2445 M Street, N.W.
Washington, D.C. 20037

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

| | | |
|---|---|---|
| Richard A. Bieder, Esq. | Gregory G. Jones, Esq. | Marc R. Stanley, Esq. |
| Michael A. Stratton, Esq. | Law Firm of Gregory G. Jones, P.C. | Roger L. Mandel, Esq. |
| Antonio Ponvert III, Esq. | 603 South Main Street, Suite 200 | Stanley, Mandel & Iola |
| Koskoff, Koskoff & Bieder | Grapevine, TX  76051 | 3100 Monticello Avenue |
| 350 Fairfield Avenue | | Suite 750 |
| Bridgeport, CT  06604 | | Dallas, TX  75205 |

*[Signature]* 1/16
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001