# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

FILED

2004 JAN 22 A 10: 57

CASE NUMBER: 3:01 CV 1552 (CFD)

Haddock v. Nationwide Financials Services, Inc.

To the Clerk of this court and all parties of record:

**Enter my appearance as counsel in this case for:** Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co.

Dec. 7, 2003
**Date**

CT23053
**Connecticut Federal Bar Number**

202-663-6410
**Telephone Number**

202-663-6363
**Fax Number**

eric.mogilnicki@wilmer.com
**E-mail address**

*Eric Mogilnicki* (Signature)

Eric Mogilnicki
**Print Clearly or Type Name**

Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C.  20037
**Address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Richard A. Bieder, Esq.
Michael A. Stratton, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX  76051

Mark R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX  75205

1/16
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001