UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, et al.          : | |
|           Plaintiffs          : | |
|     v.                        : | Docket Number: |
|                               : | 3:01CV1552 (CFD) |
| NATIONWIDE FINANCIAL          : | |
| SERVICES, INC., et al.,       : | |
|           Defendants          : | |

## ORDER

In the interest of justice, the above-captioned case is hereby transferred to the Honorable _____, United States Judge, who sits in _____, Connecticut. All further pleadings or documents in this matter should be filed with the Clerk's Office in _____, Connecticut and bear the docket number 3:01cv1552(     ). Pleadings or documents related to this action and filed in any other seat of court will be refused at the Clerk's Office and returned to you unfiled. See Local Rule 7(a).

It is **SO ORDERED**.

Dated at Hartford, Connecticut, this 23rd day of January, 2004.

    /s/ CFD
CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE