UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, AS TRUSTEE OF | § | |
| THE FLYTE TOOL & DIE, | § | |
| INCORPORATED DEFERRED | § | |
| COMPENSATION PLAN, ET AL., | § | |
| | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | CASE NO. 01-CV-1552 (CFD) |
| | § | |
| NATIONWIDE FINANCIAL SERVICES | § | |
| INCORPORATED, AND NATIONWIDE | § | |
| LIFE INSURANCE COMPANY, | § | |
| | § | |
| DEFENDANTS. | § | JANUARY 23, 2004 |

**MOTION FOR EXTENSION OF TIME
RE: PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION
TO PLAINTIFFS' FIRST AMENDED MOTION FOR CLASS CERTIFICATION**

The Plaintiffs, pursuant to Local Rule 7(b)(2) & (3), move the Court for an order

extending the deadline to file Plaintiffs' Reply To Defendants' Opposition To Plaintiffs' First

Amended Motion For Class Certification for a period of seven (7) days, until January 30, 2004.

Plaintiffs respectfully request this short extension due to the scheduling conflicts of plaintiffs'

counsel in pending trial and deposition proceedings.

The defendants have objected to Plaintiffs' request for the seven (7) day extension of

time. This is the first motion to extend the deadline filed unilaterally by the plaintiffs with

respect to this deadline.

Respectfully submitted,

_____
Richard A. Bieder
Federal Bar No. ct04208
Antonio Ponvert, III
Federal Bar No. ct17516

KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)

Roger L. Mandel
Texas Bar No. 12891750
Marc R. Stanley
Texas Bar No. 19046500
Roger L. Mandel
Texas Bar No. 12891750
Martin Woodward
Texas Bar No. 00797693

STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas  75205
214-443-4300
214-443-0358 (Fax)
**PLAINTIFFS' COUNSEL**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that true and correct copies of the foregoing were served this 23rd day of January 2004, upon the following counsel via Facsimile and Regular Mail:

Dennis F. Kerrigan, Jr., Esq.
LeBoeuf Lamb Greene & MacRae
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

Charles C. Platt, Esq.
LeBoeuf Lamb Greene & MacRae
125 West 55th Street
New York, New York 10019-5389

George E. Anhang, Esq.
LeBoeuf Lamb Greene & Mac Rae
1875 Connecticut Avenue, N.W.
Washington, D.C. 20009-5728

_____
                    Richard A. Bieder