FILED

2004 JAN 27 A 10: 08

U.S. DISTRICT COURT
HARTFORD. CT.

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lou Haddock, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, et. al., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 01-CV-1552 (CFD) |
| Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company, | § § § § | |
| Defendants. | § | January 26, 2004 |

### AMENDED AND JOINT MOTION FOR EXTENSION OF TIME AND STIPULATION TO FILE PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' FIRST AMENDED MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' REVISED MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The parties in the above-captioned action hereby stipulate and agree

that Plaintiffs' time to file Plaintiffs' Reply To Defendants' Opposition To

Plaintiffs' First Amended Motion For Class Certification is extended for a

period of seven (7) days, until January 30, 2004, and that defendants' time

to file their revised summary judgment memorandum is extended for a period

of seven (7) days, until January 30, 2004.   The parties respectfully move

the Court for approval of said extensions of time.

The purpose of the instant Amended Motion and Stipulation is to replace

Plaintiffs' Motion for Extension of Time [Docket No. 183] filed on January 23,

2004 and Defendants' Cross-Motion For Extension of Time filed on January 23,

2004.

Respectfully submitted,

Antonio Ponvert, III
Federal Bar No. ct17516
Richard A. Bieder
Federal Bar No. ct04208
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)

Roger L. Mandel
Texas Bar No. 12891750
Marc R. Stanley
Texas Bar No. 19046500
Martin Woodward
Texas Bar No. 00797693

STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas  75205
214-443-4300
214-443-0358 (Fax)

Gregory G. Jones
Texas Bar No. 10889370

LAW FIRM OF GREGORY G. JONES PC
2400 Scott Avenue
Fort Worth, Texas 76103-2200
817-531-3000
817-535-3046 (Fax)

**PLAINTIFFS' COUNSEL**

*Eric Mcgilmthi ny NAT*

Dennis F. Kerrigan, Jr.
CT 09621
Brian O'Donnell
CT 16041
LEBOEUF, LAMB, GREENE & MACRAE
Goodwin Square
225 Asylum Street
Hartford, Connecticut  06103
860-293-3500
860-293-3555 (Fax)

Eric Mogilnicki, Esq.
Samuel Broderick-Sokol, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037
202-663-6000
202-663-6363 (Fax)

Charles C. Platt, Esq.
Wilmer, Cutler & Pickering
399 Park Avenue
New York, N.Y. 10022

DEFENDANTS' COUNSEL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing were served this 26th day of January 2004, upon the following counsel via Facsimile and Regular Mail:

DENNIS F. KERRIGAN, JR.
LEBOEUF, LAMB, GREENE & MACRAE
GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT  06103
860-293-3555 (FAX)

ERIC MOGILNICKI, ESQ.
WILMER, CUTLER & PICKERING
2445 M STREET, N.W.
WASHINGTON, D.C. 20037
202-663-6363 (FAX)

CHARLES C. PLATT, ESQ.
WILMER, CUTLER & PICKERING
399 PARK AVENUE
NEW YORK, N.Y. 10022
212-230-8888

Neal A. DeYoung