UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON for the Anderson & Ferdon Deferred Compensation Plan,<br><br>    PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD)<br><br><br>**DECLARATION OF GARY BERNDT** |

Gary Berndt declares that the following is true under penalty of perjury:

1. I am Accounting Operations Officer, Financial Operations of Nationwide Life Insurance Company ("Nationwide Life"). I submit this declaration to accompany the Defendants' Revised Memorandum of Law In Support of Defendants' Motion for Summary Judgment.

2. I have been with Nationwide Life since 1981 and have been involved with all aspects of the record keeping, financial reporting, daily sub-account valuation, and mutual fund trading and settlement for Nationwide's variable annuity and variable life insurance products over the past twenty years. I currently hold the Chartered Life Underwriter and Chartered Financial Consultant insurance designations, and the Series 6, 26 and 27 registrations of the

National Association of Securities Dealers. Based on my experience, I have personal knowledge of the facts set forth in this declaration.

3. Nationwide Life issues variable annuity contracts, including variable annuity contracts used by retirement plans that qualify for favorable tax treatment under the Internal Revenue Code.

4. Nationwide Life has established variable accounts that hold investment assets of the variable annuity contracts. These assets are kept separate from the assets of Nationwide Life, and the variable accounts are not chargeable with any of Nationwide Life's liabilities outside of the variable account.

5. The variable accounts offered in connection with Nationwide Life's individual variable annuity contracts receive money from retirement plans and from investors who are not 401(k) or 403(b) retirement plans or participants. For example, approximately 84% of the money invested in the Nationwide Variable Account - II as of November 30, 2003 was from investors other than 401(k) and 403(b) retirement plans and participants.

6. Variable accounts are divided into sub-accounts that correspond to each investment option available under the variable annuity contract. When retirement plans and participants enter into variable annuity contracts with Nationwide Life, they allocate their investments within the variable account to the sub-accounts. Each sub-account receives contributions or purchase payments that have been allocated by many investors, including multiple retirement plans and participants.

7. Each sub-account purchases or sells shares of a designated mutual fund to reflect the combined allocations by all of the investors in the variable account.

8. The variable accounts allocate accumulation units of the applicable sub-accounts to the plans and plan participants in keeping with the plans' and plan participants' investment allocations. The accumulation units reflect the amount of money that the plans and participants invested in the variable account.

9. The plans and plan participants do not own mutual fund shares held by the sub-accounts. The mutual fund shares purchased by the sub-accounts are assets of the variable accounts.

_____
Gary Berndt