UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON for the Anderson & Ferdon Deferred Compensation Plan,<br><br>  PLAINTIFFS,<br><br>   v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>   DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD)<br><br><br>**DECLARATION OF WILLIAM GOSLEE** |

William Goslee declares that the following is true under penalty of perjury:

1. I am Vice President-Investment and Advisory Services of Nationwide Life Insurance Company ("Nationwide Life"). I submit this declaration to accompany Defendants' Revised Memorandum of Law in Support of Defendants' Motion for Summary Judgment.

2. I have been with Nationwide Life since July 1995. Initially, I served as Treasurer of Nationwide Advisory Services, the investment management subsidiary of Nationwide Life Insurance at that time that was the principal underwriter of Nationwide's mutual funds. In 1997, I served as Director of Investment Management Relationships, a position in which I oversaw the investment options of the financial products of Nationwide Life and certain affiliates. In 1999, I became a Vice President of Nationwide Life with continuing responsibilities over certain aspects of product development, selection and monitoring of investment options, and sales and support

efforts. Based on my experience, I have personal knowledge of the matters set forth in this declaration.

3.  The mutual funds that participate in Nationwide Life's variable annuity contracts charge fees, which are used to pay for services provided to the mutual funds and their shareholders.

4.  The mutual funds enter into contracts with various service providers to provide investment, administrative, and other services for the mutual funds. Some of those service providers are affiliated with the sponsor of the mutual fund; some are not. The services that these service providers perform for each mutual fund may vary by fund.

5.  Some of the service providers that are affiliated with a mutual fund sponsor enter into contracts with third-party providers, such as Nationwide Life or entities related to Nationwide Life (the "Nationwide entities") to help provide services. Those services can include shareholder services, administration, and other services.

6.  The contracts between Nationwide entities and service providers involve various mutual funds, mutual fund sponsor affiliates, Nationwide entities, services, and payments. In general, the service payments to the Nationwide entities are based on the amounts invested in a particular mutual fund by the different variable accounts (which often include investments by both retirement plans and others) available through variable annuity contracts. However, the payments were sometimes based on a per-account formula.

7.  Most mutual funds have many different shareholders. The sub-account that purchases the shares of a particular mutual fund for a Nationwide Life variable account is generally just one of many different shareholders for any particular fund. The money used to purchase mutual fund shares becomes an asset of the mutual fund, and it is pooled by the mutual

fund with money from other investors, including investors with no relationship with Nationwide Life.

8. The mutual funds that participate in the group variable annuity contracts create prospectuses and Statements of Additional Information ("SAI") that are publicly available for review.

9. The prospectus and SAI for each mutual fund describe the benefits and costs associated with that fund. For example, the prospectus and SAI describe the fees charged by the mutual funds to pay for services provided to the mutual fund and its shareholders.

10. Each mutual fund's prospectus and SAI also describe how the mutual fund retains various advisors, managers, administrators, distributors, transfer agents, and/or other service providers to perform services for the mutual fund.

11. Since 1996, some of the mutual fund prospectuses and SAIs have reported that service providers affiliated with mutual fund sponsors may enter into service contracts with variable annuity issuers, and make payments for services to variable annuity issuers.

_____
William Goslee