UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>    PLAINTIFFS,<br><br>        v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(SRU)<br><br><br><br>January 30, 2004 |

**DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Local Rule 5(d) and the Court's Protective Order on Confidentiality and Privilege of February 3, 2003 (Docket 56) (the "Protective Order"), Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company respectfully request that they be allowed to file under seal certain exhibits that accompany their Memorandum of Law in Support of Defendants' Motion for Summary Judgment ("Summary Judgment Memorandum"). A proposed order is attached.

The Protective Order provides "A Producing Party ... may designate as Confidential any Material which the Producing Party ... has the good faith belief constitutes (a) confidential, commercial, business, financial, or proprietary information, the disclosure of which may have an

adverse effect on the commercial, business or financial position of the Producing Party." Protective Order at 3-4. Documents containing confidential material that are filed with the court "shall be filed and maintained under seal and shall not be available for public inspection." *Id.* at 10. The Protective Order provides further that "[a]ny submissions to the court accompanied by a request to seal will be treated as sealed until the court acts upon the request." *Id.* at 1.

Exhibits 17-20 to Defendants' Summary Judgment Memorandum have either been designated as "confidential" or are portions of deposition testimony that the parties have agreed to maintain confidential pursuant to the Protective Order. Exhibit 17 is a portion of deposition testimony, which the parties have agreed will be kept confidential. Exhibits 18-20 contain proprietary information of Nationwide and mutual fund advisors.

The documents are the following:

- **Exhibit 17:** Portions of the transcript of the March 11, 2003 deposition of Plaintiff Edward Kaplan in this action
- **Exhibit 18:** August 1, 2001 Fund Agreement between Nationwide Financial Services, Inc. and INVESCO Funds Group, Inc.
- **Exhibit 19:** October 14, 1999 Service Agreement between Nationwide Financial Services, Inc. and Janus Service Corporation
- **Exhibit 20:** January 1, 2000 Agreement between Nationwide Financial Services, Inc. and Villanova Mutual Fund Capital Trust

Date: January 30, 2004

        Respectfully submitted,

        Defendants Nationwide Financial Services
        Inc. and Nationwide Life Insurance Co.

By: /s/ Dennis F. Kerrigan
        Dennis F. Kerrigan, Jr., Esq. (CT 09621)
        Brian O'Donnell, Esq. (CT 16041)
        LeBoeuf, Lamb, Greene & MacRae, L.L.P.
        Goodwin Square, 225 Asylum Street
        Hartford, CT 06103
        Telephone:  (860) 293-3500
        Facsimile:  (860) 293-3555

        Charles C. Platt, Esq. (CT 23036)
        Wilmer, Cutler & Pickering
        399 Park Avenue
        New York, NY 10022
        Telephone:  (212) 230-8800
        Facsimile:  (212) 230-8888

        Eric Mogilnicki, Esq. (CT 23053)
        Sam Broderick-Sokol, Esq. (CT 25264)
        Mark Bieter, Esq.
        Wilmer, Cutler & Pickering
        2445 M Street, N.W.
        Washington, D.C. 20037
        Telephone:  (202) 663-6000
        Facsimile:  (202) 663-6363

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>        PLAINTIFFS,<br><br>                v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>        DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(SRU) |

## [PROPOSED] ORDER

This matter came before the Court on Defendants' Motion to File Documents Under Seal. Defendants having demonstrated good cause to have the documents filed under seal, it is hereby **ORDERED** that the Defendants' motion is **GRANTED**.

Date: _____          _____
                                 The Honorable Stefan R. Underhill
                                 United States District Judge

## CERTIFICATION

This is to certify that true and correct copies of the foregoing Defendants' Motion to File Documents Under Seal and [Proposed] Order were served by overnight mail on this 30th day of January, 2004, on the following counsel of record:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____
Mark Bieter