UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(SRU)<br><br><br>January 30, 2004 |

## MOTION REQUESTING THAT THE COURT
## DECIDE SUMMARY JUDGMENT BEFORE DECIDING CLASS CERTIFICATION

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company hereby request that the Court decide Defendants' pending motion for summary judgment, filed on August 28, 2003 (Docket 116) before hearing Plaintiffs' First Amended Motion for Class Certification, filed on September 22, 2003 ("Amended Class Certification Motion") (Docket 128). Defendants' Summary Judgment Motion, which is supported by a revised memorandum of law filed with Magistrate Judge Garfinkel's leave on January 30, 2004 ("Revised Summary Judgment Memorandum"), presents a straightforward question of law that may be resolved expeditiously. In contrast, consideration of Plaintiffs' Amended Class Certification Motion would require resolution of two related motions, additional discovery, and a review of a complex

and extensive record.

The grounds for Defendants' Motion are set forth in detail in the accompanying Memorandum of Law in Support of Defendants' Motion Requesting that the Court Decide Summary Judgment before Class Certification.

Respectfully submitted,

Date: January 30, 2004

Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co.

By: *[signature]*

Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:    (860) 293-3500
Facsimile:    (860) 293-3555

Charles C. Platt, Esq. (CT 23036)
Wilmer, Cutler & Pickering
399 Park Avenue
New York, NY 10022
Telephone:    (212) 230-8800
Facsimile:    (212) 230-8888

Eric Mogilnicki, Esq. (CT 23053)
Sam Broderick-Sokol, Esq. (CT 25264)
Mark Bieter, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

**CERTIFICATION**

This is to certify that true and correct copies of the foregoing Motion Requesting That The Court Decide Summary Judgment Before Class Certification and supporting memorandum were served by overnight mail on this 30th day of January, 2004, on the following counsel of record:

       Richard A. Bieder, Esq.
       Antonio Ponvert III, Esq.
       Koskoff, Koskoff & Bieder
       350 Fairfield Avenue
       Bridgeport, CT 06604

       Gregory G. Jones, Esq.
       Law Firm of Gregory G. Jones, P.C.
       603 South Main Street, Suite 200
       Grapevine, TX 76051

       Marc R. Stanley, Esq.
       Roger L. Mandel, Esq.
       Stanley, Mandel & Iola
       3100 Monticello Avenue
       Suite 750
       Dallas, TX 75205

_____
Mark Bieter