UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, AS TRUSTEE OF THE FLYTE TOOL & DIE, INCORPORATED DEFERRED COMPENSATION PLAN, ET. AL., | § § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CASE NO. 01-CV-1552 |
| NATIONWIDE FINANCIAL SERVICES INCORPORATED, AND NATIONWIDE LIFE INSURANCE COMPANY, | § § § § | |
| DEFENDANTS. | § | JANUARY 29, 2004 |

## MOTION FOR EXTENSION OF TIME AND STIPULATION

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY STIPULATE AND AGREE TO EXTEND THE DEADLINES FOR PLAINTIFFS TO FILE THEIR SUMMARY JUDGMENT OPPOSITION FROM FEBRUARY 23, 2004 TO MARCH 1, 2004 AND FOR DEFENDANTS TO FILE THEIR REPLY FROM MARCH 16, 2004 TO MARCH 23, 2004. THE PARTIES RESPECTFULLY MOVE THE COURT FOR APPROVAL OF SAID EXTENSION OF TIME.

**ORAL ARGUMENT NOT REQUESTED**

RESPECTFULLY SUBMITTED,

_____
RICHARD A. BIEDER
FEDERAL BAR NO. CT04208

KOSKOFF KOSKOFF & BIEDER
350 FAIRFIELD AVENUE
BRIDGEPORT, CONNECTICUT 06604
203-336-4421
203-368-3244 (FAX)

ROGER L. MANDEL
TEXAS BAR NO. 12891750
MARC R. STANLEY
TEXAS BAR NO. 19046500
ROGER L. MANDEL
TEXAS BAR NO. 12891750
MARTIN WOODWARD
TEXAS BAR NO. 00797693

STANLEY, MANDEL & IOLA, L.L.P.
3100 MONTICELLO AVENUE, SUITE 750
DALLAS, TEXAS 75205
214-443-4300
214-443-0358 (FAX)

GREGORY G. JONES
TEXAS BAR NO. 10889370

LAW FIRM OF GREGORY G. JONES PC
603 S. MAIN STREET, SUITE 200
GRAPEVINE, TEXAS 76051
817-424-9001

817-424-1665 (FAX)

**PLAINTIFFS' COUNSEL**

## CERTIFICATION

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN MAILED, POSTAGE PREPAID, ON THIS \_\_\_\_\_ DAY OF JANUARY 2004, TO ALL COUNSEL AND PRO SE PARTIES OF RECORD, AS FOLLOWS:

DENNIS F. KERRIGAN, JR., ESQ.
LEBOEUF LAMB GREENE & MACRAE
GOODWIN SQUARE
225 ASYLUM STREET
HARTFORD, CONNECTICUT 06103

CHARLES C. PLATT, ESQ.
WILMER, CUTLER & PICKERING
399 PARK AVENUE
NEW YORK, NEW YORK 10022-4697

ERIC J. MOGILNICKI
WILMER, CUTLER & PICKERING
2445 M. STREET, N.W.
WASHINGTON, D.C. 20037

_____
RICHARD A. BIEDER