United States District Court
District of Connecticut
FILED AT BRIDGEPORT
Kevin F. Rowe, Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lou Haddock, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, et. al., <br><br> PLAINTIFFS, <br><br> V. <br><br> Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § <br><br> Case No. 01-CV-1552 (SRU) <br><br><br> January 28, 2004 |

### MOTION FOR ADMISSION OF NEAL A. DEYOUNG AS VISITING LAWYER

Pursuant to Local Rule 2(d), undersigned counsel for the plaintiff hereby moves this Court to enter an Order admitting Neal A. DeYoung, Esq., as a visiting lawyer to practice before the Court for purposes of this case, including the conduct of any trial, or any pre-trial proceedings before this Court. In support of this motion, undersigned counsel states as follows:

1. Undersigned counsel represents the plaintiff in the above-captioned action and is admitted to practice before this Court.

2. Neal A. DeYoung is an Attorney with Offices located at 16 West 46th Street, New York, NY. His telephone number is 212-490-9550.

ORDERED ACCORDINGLY.
KEVIN F. ROWE
Clerk, U.S. District Court
By: _____ Deputy Clerk