UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, AS TRUSTEE OF THE FLYTE TOOL & DIE, INCORPORATED DEFERRED COMPENSATION PLAN, ET. AL., | § § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | CASE NO. 3:01CV1552 (SRU) |
| NATIONWIDE FINANCIAL SERVICES INCORPORATED, AND NATIONWIDE LIFE INSURANCE COMPANY, | § § § § § | |
| DEFENDANTS. | § | JANUARY 30, 2004 |

## MOTION ON CONSENT FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiffs, by their undersigned attorneys of record, respectfully seek leave to exceed the page limit contained in Local Rule 7(d) by twenty (20) pages with respect to their Reply In Further Support of Plaintiffs' First Amended Motion for Class Certification. Defendants, by their attorneys of record, have consented to this application. Plaintiffs believe that the additional pages are warranted in view of the importance of the class certification issues and by reason of defendant's filing of opposition memorandum that both exceeded their applicable page limit and raised numerous and complex issues of fact and law.

**ORAL ARGUMENT NOT REQUESTED**

RESPECTFULLY SUBMITTED,

_____
ANTONIO PONVERT, III
FEDERAL BAR NO. CT17516

KOSKOFF KOSKOFF & BIEDER
350 FAIRFIELD AVENUE
BRIDGEPORT, CONNECTICUT 06604
203-336-4421
203-368-3244 (FAX)

ROGER L. MANDEL
TEXAS BAR NO. 12891750
MARC R. STANLEY
TEXAS BAR NO. 19046500
ROGER L. MANDEL
TEXAS BAR NO. 12891750
MARTIN WOODWARD
TEXAS BAR NO. 00797693

STANLEY, MANDEL & IOLA, L.L.P.
3100 MONTICELLO AVENUE, SUITE 750
DALLAS, TEXAS 75205
214-443-4300
214-443-0358 (FAX)

GREGORY G. JONES
TEXAS BAR NO. 10889370

LAW FIRM OF GREGORY G. JONES PC
2400 SCOTT AVENUE
FORT WORTH, TEXAS 76103-2200
817-531-3000

**Plaintiffs' Counsel**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing were served this ___ day of January, 2004, upon the following counsel via the methods indicated:

| | |
|---|---|
| Dennis F. Kerrigan, Jr.<br>LeBoeuf, Lamb, Greene & MacRae<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103 | • • via certified mail, RRR<br>• • via fax 860/293-3555<br>• • via first-class, U.S. mail<br>• • via overnight delivery<br>• • via hand delivery |
| Charles C. Platt<br>Wilmer Cutler & Pickering<br>399 Park Avenue<br>New York, NY 10022 | • • via certified mail, RRR<br>• • via fax 212/230-8888<br>• • via first-class, U.S. mail<br>• • via overnight delivery<br>• • via hand deliver |
| Eric J. Mogilnicki<br>Wilmer Cutler & Pickering<br>2445 M Street, N.W.<br>Washington, D.C.  20037 | • • via certified mail, RRR<br>• • via fax 202/663-6363<br>• • via first-class, U.S. mail<br>• • via overnight delivery<br>• • via hand deliver |

_____
ANTONIO PONVERT, III