UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

LOU HADDOCK, :
trustee of Flyte Tool & Die, Inc :
Deferred Compensation Plan, et al. :
 :
Plaintiffs, : CIVIL ACTION NO.
 : 3:01-cv-1552 (SRU)
v. :
 :
NATIONWIDE FINANCIAL :
SERVICES, INC. and :
NATIONWIDE LIFE INSURANCE CO. :
 :
Defendants. :

---

**RULING ON PENDING MOTIONS**

    Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Co. (collectively "Nationwide") motion for leave to exceed the page limit. **(Doc. # 175) is GRANTED**. Nationwide's motion to file documents under seal **(Dkt. #176) is GRANTED.** Plaintiffs' motions for extension of time **(Docs. # 183, #184) are GRANTED.** The parties' joint motion for extension of time **(Docs. # 185) is GRANTED**.

    Plaintiffs' motion to compel disclosure of documents reviewed *in camera* to which defendants have not sought reconsideration and motion to amend the stay of paragraph seven **(Dkt. # 157-2) and (Dkt. # 157-1) are GRANTED in part** and **DENIED in part**. The Defendants shall produce those documents reviewed *in camera* that are not subject to Defendants' motion for reconsideration. Defendants shall review the remainder of the fifty-two documents for which they assert attorney-client privilege to determine which

documents, if any, are similar to those ordered produced. The review shall be completed within twenty days of this order. After the review, Defendants shall produce to plaintiffs documents they deem to be similar to those ordered produced and the remainder shall be submitted to the undersigned for an *in camera* review. The Court neither adopts nor rejects Defendants' assertion that there is no waiver of attorney-client privilege.

So ordered this the 9th day of February, 2004, at Bridgeport, Connecticut.

/S/ *William I. Garfinkel*
William I. Garfinkel
U.S. Magistrate Judge