UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, AS TRUSTEE OF THE FLYTE TOOL & DIE, INCORPORATED DEFERRED COMPENSATION PLAN, ET. AL., PLAINTIFFS, | § | |
| V. | § | CASE NO. 01-CV-1552 (SRU) |
| NATIONWIDE FINANCIAL SERVICES INCORPORATED, AND NATIONWIDE LIFE INSURANCE COMPANY, DEFENDANTS. | § | JANUARY 28, 2004 |

**MOTION FOR EXTENSION OF TIME AND STIPULATION**

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY STIPULATE AND AGREE TO EXTEND THE DEADLINES FOR PLAINTIFFS TO FILE THEIR SUMMARY JUDGMENT OPPOSITION FROM FEBRUARY 23, 2004 TO MARCH 1, 2004 AND FOR DEFENDANTS TO FILE THEIR REPLY FROM MARCH 16, 2004 TO MARCH 23, 2004. THE PARTIES RESPECTFULLY MOVE THE COURT FOR APPROVAL OF SAID EXTENSION OF TIME.

**ORAL ARGUMENT NOT REQUESTED**

GRANTED; ABSENT OBJECTION.
SO ORDERED. Stefan R. Underhill, U.S.D.J. 2/12/04