UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, AS TRUSTEE OF THE FLYTE TOOL & DIE, INCORPORATED DEFERRED COMPENSATION PLAN, ET. AL., <br><br>PLAINTIFFS, <br><br>v. <br><br>NATIONWIDE FINANCIAL SERVICES INCORPORATED, AND NATIONWIDE LIFE INSURANCE COMPANY, <br><br>DEFENDANTS. | CASE NO. 3:01CV1552 (SRU) <br><br><br>JANUARY 30, 2004 |

## MOTION ON CONSENT FOR LEAVE TO EXCEED PAGE LIMIT

Plaintiffs, by their undersigned attorneys of record, respectfully seek leave to exceed the page limit contained in Local Rule 7(d) by twenty (20) pages with respect to their Reply In Further Support of Plaintiffs' First Amended Motion for Class Certification. Defendants, by their attorneys of record, have consented to this application. Plaintiffs believe that the additional pages are warranted in view of the importance of the class certification issues and by reason of defendant's filing of opposition memorandum that both exceeded their applicable page limit and raised numerous and complex issues of fact and law.

**ORAL ARGUMENT NOT REQUESTED**

MOTION GRANTED.
SO ORDERED. /s/ Stefan R. Underhill, U.S.D.J. 2/12/04