#198

**ORIGINAL**  UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 FEB 18  A 10: 15

| | | |
|---|---|---|
| Lou Haddock, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, et. al., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 01-CV-1552 (SRU) |
| Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company, | § § § § | |
| Defendants. | § | February 9, 2004 |

### FIRST AMENDED JOINT MOTION
### FOR EXTENSION OF TIME AND STIPULATION

The parties in the above-captioned action hereby stipulate and agree to extend the deadlines for Plaintiffs to file their summary judgment opposition from February 23, 2004, to March 8, 2004, and for Defendants to file their reply from March 16, 2004, to March 25, 2004. The parties respectfully move the Court for approval of said extension of time.

This Motion replaces and supercedes the Motion for Extension of Time and Stipulation filed on January 30, 2004.

**ORAL ARGUMENT NOT REQUESTED**

Respectfully submitted,

_____
Marc R. Stanley
Federal Bar No. ct18179
Roger L. Mandel
Federal Bar No. ct18180

STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas  75205
214-443-4300
214-443-0358 (Fax)


Richard A. Bieder
Federal Bar No. ct04208
Antonio Ponvert, III
Federal Bar No. ct17516

KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)


Gregory G. Jones
Federal Bar No. ct23443

LAW FIRM OF GREGORY G. JONES PC
603 S. Main Street, Suite 200
Grapevine, Texas 76051
817-424-9001
817-424-1665 (Fax)

**PLAINTIFFS' COUNSEL**

and

*[signature]*

Eric J. Mogilnicki
Samuel Broderick-Sokol
Mark Bieter

WILMER, CUTLER & PICKERING
2445 M Street, N.W.
Washington, D.C. 20037
202-663-6000
202-663-6363 (Fax)


Charles C. Platt
WILMER, CUTLER & PICKERING
399 Park Avenue
New York, NY 10022
New York, NY 10019
212-230-8800
212-230-8888 (Fax)


Dennis F. Kerrigan
CT 09621
Brian O'Donnell
CT 16041

LEBOEUF, LAMB, GREENE & MACRAE, L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
860-293-3500
860-293-3555 (Fax)

**DEFENDANTS' COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing were served this 12th day of February, 2004, upon the following counsel via the methods indicated:

| | |
|---|---|
| Dennis F. Kerrigan, Jr.<br>LeBoeuf, Lamb, Greene & MacRae<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | ❏ via certified mail, RRR<br>☑ via fax 860/293-3555<br>☑ via first-class, U.S. mail<br>❏ via overnight delivery<br>❏ via hand delivery |
| Charles C. Platt<br>Wilmer Cutler & Pickering<br>399 Park Avenue<br>New York, NY 10022 | ❏ via certified mail, RRR<br>☑ via fax 212/230-8888<br>☑ via first-class, U.S. mail<br>❏ via overnight delivery<br>❏ via hand deliver |
| Eric J. Mogilnicki<br>Wilmer Cutler & Pickering<br>2445 M Street, N.W.<br>Washington, D.C. 20037 | ❏ via certified mail, RRR<br>☑ via fax 202/663-6363<br>☑ via first-class, U.S. mail<br>❏ via overnight delivery<br>❏ via hand deliver |

_____
ROGER L. MANDEL