UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lou Haddock, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, et. al., §§§§<br><br>PLAINTIFFS,<br><br>V.<br><br>Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company,<br><br>DEFENDANTS. | Case No. 01-CV-1552 (SRU) |

**PLAINTIFFS' OBJECTIONS TO AND MOTION TO STRIKE
PORTIONS OF DEFENDANTS' SUMMARY JUDGMENT EVIDENCE**

Plaintiffs object to and move to strike portions of the evidence set forth in Defendants' Local Rule 56(a)1 Statement in Support of Revised Motion for Summary Judgment ("the Revised Statement") [Docket No. 187].

A. *DECLARATION OF WILLIAM GOSLEE AS REFERENCED IN PARAGRAPHS 17 TO 21 OF THE REVISED STATEMENT.*

Plaintiffs object to paragraph 5 of the Declaration in which Mr. Goslee testifies that various unspecified contracts contain provisions relating to the provision of shareholder services, administration, and other services. This testimony violates Federal Rule of Evidence 1002, the Best Evidence Rule. The best evidence of the contents of those contracts is the contracts themselves.

Furthermore, to the extent this testimony is offered to prove that Defendants were in fact providing services to mutual funds in return for revenue sharing payments, Defendants are offering statements in the contracts to prove the truth of the matters asserted in those statements.

1

Accordingly, this testimony constitutes inadmissible hearsay under Federal Rule of Evidence 802.

Plaintiffs likewise object to Paragraph 6 of the Declaration, which also describes statements contained in various unspecified contracts and offers those statements to prove the truth of the matters asserted in those statements. Accordingly, this testimony is likewise inadmissible pursuant to Federal Rules of Evidence 1002 and 802.

B.   *THE DOCUMENTS REFERENCED IN PARAGRAPHS 16 TO 21 OF THE REVISED STATEMENT.*

In paragraphs 16 to 21 of the Revised Statement, Defendants offer statements from: (i) The Best of America Retirement Advisor Group Variable Annuity Contract Profile (Ex. 11) at N 01139; (ii) 1998 Variable Account - II SAI (Ex. 4) at N 014024; (iii) 1997 Annual Report of Nationwide Variable Account - II (Ex. 12) at 21; (iv) 1999 Variable Account - II SAI (Ex. 3) at N 014100; (v) Fund Agreement Between Nationwide Financial Services, Inc. and INVESCO Fund Group (Ex. 18); (vi) Service Agreement Between Nationwide Financial Services, Inc. and Janus Service Corporation (Ex. 19); and (vii) Agreement Between Nationwide Financial Services, Inc. and Villanova Fund Capital Trust (Ex. 20) at N 01324.

These statements are offered to prove the truth of the matters they assert; namely, that Defendants provide services to mutual funds or their affiliates in return for the revenue sharing payments. As such, these statements constitute inadmissible hearsay pursuant to Federal Rule of Evidence 802.

Respectfully submitted,

_____
Marc R. Stanley
Federal Bar No. ct18179
Roger L. Mandel
Federal Bar No. ct18180
Martin Woodward
Federal Bar No. ct25263
STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas  75205
214-443-4300
214-443-0358 (Fax)


Antonio Ponvert, III
Federal Bar No. ct17516
Richard A. Bieder
Federal Bar No. ct04208
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)


Gregory G. Jones
Federal Bar No. ct23443
LAW FIRM OF GREGORY G. JONES PC
603 S. Main Street, Suite 200
Grapevine, Texas 76051
817-424-9001
817-424-1665 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that true and correct copies of the foregoing were served this ___ day of March, 2004, upon the following counsel via the methods indicated:

| | |
|---|---|
| Dennis F. Kerrigan, Jr.<br>LeBoeuf, Lamb, Greene & MacRae<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103 | ☐ via certified mail, RRR<br>☐ via fax 860/293-3555<br>☐ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery |
| Charles C. Platt<br>Wilmer Cutler & Pickering<br>399 Park Avenue<br>New York, NY 10022 | ☐ via certified mail, RRR<br>☐ via fax 212/230-8888<br>☐ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand deliver |
| Eric J. Mogilnicki<br>Wilmer Cutler & Pickering<br>2445 M Street, N.W.<br>Washington, D.C.  20037 | ☐ via certified mail, RRR<br>☐ via fax 202/663-6363<br>☐ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand deliver |

_____
Roger L. Mandel