UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON for the Anderson & Ferdon Deferred Compensation Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(SRU)<br><br><br>March 9, 2004 |

## MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF
## REGARDING CLASS CERTIFICATION

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company (collectively, "Nationwide") hereby respectfully move for permission to file a four-page sur-reply brief addressing an argument raised for the first time in Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' First Amended Motion for Class Certification. Specifically, Plaintiffs assert for the first time that their claim for restitution is equitable in nature under Section 209 of the Restatement (First) of Restitution. Because Nationwide has not had an opportunity to explain to the Court the deficiencies in Plaintiffs' new argument, Nationwide moves for

permission to file a three-page brief on this subject. Should the Court decide to permit and review the referenced sur-reply brief, said sur-reply brief is filed herewith, titled Sur-Reply in Support of Defendants' Opposition to Plaintiffs' First Amended Motion for Class Certification.

    Defendants, Nationwide Financial Services Inc.
    and Nationwide Life Insurance Co.

By: *[signature]*
Dennis F. Kerrigan, Jr. (CT 09621)
Brian O'Donnell, Esq. (CT 09621)
LeBoeuf, Lamb, Greene & MacRae, L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:   (860) 293-3500
Facsimile:   (860) 293-3555

Charles C. Platt (CT 23036)
Wilmer, Cutler & Pickering
399 Park Avenue
New York, NY 10022
Telephone:   (212) 230-8800
Facsimile:   (212) 230-8888

Of Counsel:

Eric J. Mogilnicki, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037
Telephone:   (202) 663-6000
Facsimile:   (202) 663-6363

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Motion for Leave to File Sur-Reply Brief Regarding Class Certification was served via facsimile and first class mail on this 9th day of March, 2004 on the following counsel of record:

Richard A. Beider, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street
Suite 200
Grapevine, TX 76051

Roger L. Mandel, Esq.
Marc Stanley, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Dennis F. Kerrigan, Jr.