UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lou Haddock, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, et. al.,<br><br>PLAINTIFFS,<br><br>V.<br><br>Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company,<br><br>DEFENDANTS. | §§§§§§§§§§§§§ | FILED<br>DEC 14  12 00 PM '01<br>U.S. DISTRICT CLERK<br>HARTFORD, CONN.<br><br>Case No. 01-CV-1552 (CFD)<br><br><br><br>December 13, 2001 |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**

Plaintiffs respectfully request that this Court, pursuant to Federal Rule of Civil Procedure 23, enter an order allowing them to maintain this case as a class action on behalf of a class defined as follows:

> *All employee retirement and defined benefit plans covered by the Employee Retirement Income Security Act ("ERISA") which had operative variable annuity contracts with Nationwide Life Insurance Company ("Nationwide Life") at any time from January 1, 1992, to the present ("the Class Period") for Nationwide Life to provide an investment platform consisting of mutual funds.*

Plaintiffs' motion is made, pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3), on the grounds that joinder of all members of the class is impracticable; there are questions of law and fact common to the class; the claims of the named plaintiffs are typical of the claims of the class; the named plaintiffs will fairly and adequately protect the interests of the class; common questions of fact and law predominate over questions affecting individual class members; and a class action is the superior method for the fair and efficient adjudication of this controversy.

**ORAL ARGUMENT IS REQUESTED**