#208 ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR -8 A 9: 37

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| Lou Haddock, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, et. al., | § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § | Case No. 01-CV-1552 (SRU) |
| Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company, | § § § § | |
| DEFENDANTS. | § | March 4, 2004 |

### PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5(d) and the Court's Protective Order on Confidentiality and Privilege of February 3, 2003 (the "Protective Order"), Plaintiffs respectfully request that they be allowed to file under seal Plaintiffs' Supplemental Confidential Appendix in Support of Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment and Revised Memorandum of Law in Support of Defendants' Motion for Summary Judgment, which contains the following documents:

Tab A -- August 9, 1993 Nationwide internal email.

Tab B -- August 17, 1993 Nationwide internal email.

Tab C -- November 17, 1993 Nationwide internal memorandum from the Pensions Management Team to a number of persons.

Tab D -- November 28, 1994 internal email of Nationwide.

Tab E -- task list for the filing of a prohibited transaction exemption in connection with accepting money from mutual funds.

Tab F -- October 24, 1995 Nationwide internal memorandum from Steve Rose to the Competitive Pricing Implementation Team.

All of these documents have been previously designated as "Confidential" by Defendants pursuant to the Protective Order because they allegedly contained: (a) confidential, commercial,

1