Case 3:01-cv-01552-SRU    Document 215    Filed 03/16/2004    Page 1 of 1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan, | CIVIL ACTION NO.: 3:01CV1552(SRU) |
| PLAINTIFFS, | |
| v. | January 30, 2004 |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., | |
| DEFENDANTS. | |

### DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5(d) and the Court's Protective Order on Confidentiality and Privilege of February 3, 2003 (Docket 56) (the "Protective Order"), Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company respectfully request that they be allowed to file under seal certain exhibits that accompany their Memorandum of Law in Support of Defendants' Motion for Summary Judgment ("Summary Judgment Memorandum"). A proposed order is attached.

The Protective Order provides "A Producing Party ... may designate as Confidential any Material which the Producing Party ... has the good faith belief constitutes (a) confidential, commercial, business, financial, or proprietary information, the disclosure of which may have an

MOTION GRANTED.
SO ORDERED.