UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 23 P 4: 11

U.S. DISTRICT COURT
BRIDGEPORT, CONN

LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,

   PLAINTIFFS,

   v.

NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,

   DEFENDANTS.

CIVIL ACTION NO.:

3:01CV1552(SRU)

March 22, 2004

## STIPULATION ON EXTENSION OF TIME

The parties in the above-captioned matter hereby stipulate and agree to extend the deadline for Defendants to file their Reply in Support of Defendants' Motion for Summary Judgment and their Opposition to Plaintiffs' Objections to and Motion to Strike Portions of Defendants' Summary Judgment Evidence from March 25, 2004 to April 2, 2004. The parties respectfully move the Court for approval of the extension of time. A proposed order is attached.

1

Date: March 22, 2004

| | |
|---|---|
| Plaintiffs, Lou Haddock, *et al.* | Defendants' Nationwide Financial Services Inc. and Nationwide Life Insurance Co. |
| By: /s/ Roger Mandel | By: /s/ Eric Mogilnicki / ME |
| Roger Mandel, Esq. | Eric Mogilnicki, Esq. |
| Stanley, Mandel & Iola | Wilmer Cutler Pickering LLP |
| 3100 Monticello Avenue, Suite 750 | 2445 M Street, N.W. |
| Dallas, TX 75205 | Washington, D.C. 20037 |
| Telephone: (214) 443-4300 | Telephone: (202) 663-6000 |
| Facsimile: (214) 443-0358 | Facsimile: (202) 663-6363 |
| Plaintiffs' Counsel | Defendants' Counsel |

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAR 23 P 4: 11

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan, | CIVIL ACTION NO.: 3:01CV1552(SRU) |
| PLAINTIFFS, | |
| v. | |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., | |
| DEFENDANTS. | |

### [PROPOSED] ORDER

The Court has read and considered the parties' Stipulation on Extension of Time, and based on such consideration, the Court HEREBY ORDERS THAT the deadline for Defendants to file their Reply in Support of Defendants' Motion for Summary Judgment and Opposition to Plaintiffs' Objection to and Motion to Strike Portions of Defendants' Summary Judgment Evidence shall be moved from March 25, 2004 to April 2, 2004.

Date: _____

_____
The Honorable Stefan R. Underhill
United States District Judge

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing Stipulation on Extension of Time was served via overnight mail, on this 22nd day of March, 2004, on the following counsel of record:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____
Mark Bieter