# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,

    PLAINTIFFS,

v.

NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,

    DEFENDANTS.

CIVIL ACTION NO.:

3:01CV1552(SRU)

March 22, 2004

## STIPULATION ON EXTENSION OF TIME

The parties in the above-captioned matter hereby stipulate and agree to extend the deadline for Defendants to file their Reply in Support of Defendants' Motion for Summary Judgment and their Opposition to Plaintiffs' Objections to and Motion to Strike Portions of Defendants' Summary Judgment Evidence from March 25, 2004 to April 2, 2004. The parties respectfully move the Court for approval of the extension of time. A proposed order is attached.

1