UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>    PLAINTIFFS,<br><br>    v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(SRU)<br><br><br><br>April 2, 2004 |

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company seek leave to exceed the page limit contained in Local Rule 7(d) by 12 pages with respect to Defendants' Reply Memorandum in Support of Summary Judgment. Defendants require additional pages to respond adequately to new theories raised in Plaintiffs' 40-page opposition brief. For example, Plaintiffs have unveiled a "functional approach" theory of ERISA liability, *see* Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Docket 205) at 12-20, that they did not mention when describing their legal theories in their Motion for Class Certification. Defendants respectfully

request the Court to grant leave to exceed the page limit so they can address these new theories.

                                                Respectfully submitted,

Date: April 2, 2004

                                      Defendants Nationwide Financial Services
                                      Inc. and Nationwide Life Insurance Co.

By: _____
                           Dennis F. Kerrigan, Jr., Esq. (CT 09621)
                           Brian O'Donnell, Esq. (CT 16041)
                           LeBoeuf, Lamb, Greene & MacRae, L.L.P.
                           Goodwin Square, 225 Asylum Street
                           Hartford, CT 06103
                           Telephone:   (860) 293-3500
                           Facsimile:   (860) 293-3555

                           Charles C. Platt, Esq. (CT 23036)
                           Wilmer Cutler Pickering LLP
                           399 Park Avenue
                           New York, NY 10022
                           New York, NY 10019-5389
                           Telephone:   (212) 230-8800
                           Facsimile:   (212) 230-8888

                           Eric Mogilnicki, Esq.
                           Samuel Broderick-Sokol, Esq.
                           Karen Daly, Esq.
                           Mark Bieter, Esq.
                           Wilmer Cutler Pickering LLP
                           2445 M Street, N.W.
                           Washington, D.C. 20037
                           Telephone:   (202) 663-6000
                           Facsimile:   (202) 663-6363

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing Motion for Leave to Exceed Page Limit was served via overnight mail and facsimile on this 2nd day of April, 2004, on the following counsel of record:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Dennis F. Kerrigan, Jr.