# 221

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan, | CIVIL ACTION NO. 3:01CV1552(SRU) |
| PLAINTIFFS, | |
| v. | April 2, 2004 |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., | |
| DEFENDANTS. | |

Granted. The clerk shall docket the Reply brief as ordered. /s/ 4/12/04

## MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company seek leave to exceed the page limit contained in Local Rule 7(d) by 12 pages with respect to Defendants' Reply Memorandum in Support of Summary Judgment. Defendants require additional pages to respond adequately to new theories raised in Plaintiffs' 40-page opposition brief. For example, Plaintiffs have unveiled a "functional approach" theory of ERISA liability, *see* Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Docket 205) at 12-20, that they did not mention when describing their legal theories in their Motion for Class Certification. Defendants respectfully