CLERK
U.S. DISTRICT COURT
BRIDGEPORT CONN.

FILED

JAN 30  4 17 PM '04

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan, | CIVIL ACTION NO.: 3:01CV1552(SRU) |
| PLAINTIFFS, | January 30, 2004 |
| v. | |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., | |
| DEFENDANTS. | |

## MOTION REQUESTING THAT THE COURT DECIDE SUMMARY JUDGMENT BEFORE DECIDING CLASS CERTIFICATION

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company hereby request that the Court decide Defendants' pending motion for summary judgment, filed on August 28, 2003 (Docket 116) before hearing Plaintiffs' First Amended Motion for Class Certification, filed on September 22, 2003 ("Amended Class Certification Motion") (Docket 128). Defendants' Summary Judgment Motion, which is supported by a revised memorandum of law filed with Magistrate Judge Garfinkel's leave on January 30, 2004 ("Revised Summary Judgment Memorandum"), presents a straightforward question of law that may be resolved expeditiously. In contrast, consideration of Plaintiffs' Amended Class Certification Motion would require resolution of two related motions, additional discovery, and a review of a complex

FILED
2004 MAY -1  P 4
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

#189

Granted. A hearing on the motion for summary judgment is hereby scheduled for Tuesday, June 1, 2004 at 3:00 p.m. in Courtroom 1 at the United States District Court, 915 Lafayette Blvd., Bridgeport, CT. So ordered.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge
05/07/04