UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, ET AL. | : | |
| | : | |
| v. | : | 3:01 CV 1552 (SRU) |
| | : | |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO. | : : : | |

## ORDER

In light of matters discussed at oral argument on June 1, 2004, the plaintiffs, Lou Haddock et al. ("Haddock"), should file an amended complaint setting forth their current theories of liability. Plaintiffs are hereby ordered to file such amended complaint **on or before June 16, 2004.**

It is so ordered.

Dated at Bridgeport this 4th day of June 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge