UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 14 P 3: 36

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552 (SRU)<br><br><br><br>June 14, 2004 |

## STIPULATED MOTION TO REVISE SUPPLEMENTAL BRIEFING SCHEDULE

At the June 1, 2004 summary judgment hearing, the Court granted Defendants' request to submit supplemental briefing on summary judgment issues raised at the hearing. In consultation with the parties, the Court made Defendants' brief due three weeks after the hearing, Plaintiffs' response due three weeks later, and Defendants' reply due ten days after Plaintiffs' response.

On June 4, 2004, the Court ordered Plaintiffs to file an amended complaint by June 16, 2004. *See* June 4, 2004, Order (Docket 232). In light of this Order, the parties request that the supplemental summary judgment briefing schedule be revised so that the supplemental briefs can directly address the exact contents of the forthcoming amended complaint. Accordingly, the parties propose that Defendants' supplemental brief be due three weeks after service of the

amended complaint, Plaintiffs' response be due three weeks after service of Defendants' supplemental brief, and Defendants' reply be due ten days after service of Plaintiffs' response.

Respectfully submitted,

| Plaintiffs Lou Haddock, et al. | Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co. |
|---|---|
| By: _(signed with permission - BOD)_ *Roger Mandel* | By: _/s/_ |
| Roger Mandel, Esq. (CT18180) | Dennis F. Kerrigan, Jr., Esq. (CT 09621) |
| Stanley, Mandel & Iola LLP | Brian O'Donnell, Esq. (CT 16041) |
| 3100 Monticello Avenue, Suite 750 | Leboeuf, Lamb, Green & Macrae LLP |
| Dallas, TX 75205 | Goodwin Square, 225 Asylum Street |
| Telephone: (214) 443-4300 | Hartford, CT 06103 |
| Facsimile: (214) 443-0358 | Telephone: (202) 663-6000 |
|  | Facsimile: (202) 663-6363 |
| Plaintiffs' Counsel | Defendants' Counsel |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan, <br><br>PLAINTIFFS, <br><br>v. <br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., <br><br>DEFENDANTS. | CIVIL ACTION NO.: <br><br>3:01CV1552 (SRU) <br><br>June 14, 2004 |

## [PROPOSED] ORDER

The Stipulated Motion to Revise Supplemental Briefing Schedule is GRANTED.

1. Defendants' supplemental brief on summary judgment issues is due three weeks after service of Plaintiffs' Fourth Amended Complaint.

2. Plaintiffs' supplemental response brief is due three weeks after service of Defendants' Supplemental Brief.

3. Defendants' supplemental reply brief is due ten days after service of Plaintiffs Supplemental Response Brief..

**The Honorable Stefan R. Underhill**
**United States District Judge**