UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552(CFD)<br><br><br><br>July 2, 2004 |

### DEFENDANTS' MOTION
### FOR EXTENSION OF TIME NUNC PRO TUNC
### TO ANSWER PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT

Pursuant to Local Rule 7(b), Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company ("Nationwide") hereby move for an extension of time until July 13, 2004, within which to file their Answer to Plaintiffs' Fourth Amended Class Action Complaint, dated June 1, 2004.

Plaintiffs' counsel has consented to the requested extension of time.

                Respectfully submitted,

Date: July 2, 2004        Defendants Nationwide Financial Services
                                     Inc. and Nationwide Life Insurance Co.

By: _____
      Dennis F. Kerrigan, Jr., Esq. (CT 09621)
      Brian O'Donnell, Esq. (CT 16041)
      LeBoeuf, Lamb, Greene & MacRae, L.L.P.
      Goodwin Square, 225 Asylum Street
      Hartford, CT 06103
      Telephone:   (860) 293-3500
      Facsimile:    (860) 293-3555
      E-mail:       bodonnel@llgm.com

Eric Mogilnicki, Esq. (CT 23053)
Sam Broderick-Sokol, Esq. (CT 25264)
Mark Bieter, Esq.
Wilmer, Cutler & Pickering
2445 M Street, N.W.
Washington, D.C. 20037
Telephone:   (202) 663-6000
Facsimile:    (202) 663-6363


Charles C. Platt, Esq. (CT 23036)
Wilmer, Cutler & Pickering
399 Park Avenue
New York, NY 10022
Telephone:   (212) 230-8800
Facsimile:    (212) 230-8888

## CERTIFICATION

This is to certify that true and correct copies of the foregoing Defendants' Motion for Extension of Time Nunc Pro Tunc to Answer Plaintiffs' Fourth Amended Class Action Complaint was served via U.S. Mail, postage prepaid, on this 2nd day of July, 2004, on the following counsel of record:

    Richard A. Bieder, Esq.
    Antonio Ponvert III, Esq.
    Koskoff, Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, CT 06604

    Gregory G. Jones, Esq.
    Law Firm of Gregory G. Jones, P.C.
    603 South Main Street, Suite 200
    Grapevine, TX 76051

    Marc R. Stanley, Esq.
    Roger L. Mandel, Esq.
    Stanley, Mandel & Iola
    3100 Monticello Avenue
    Suite 750
    Dallas, TX 75205

_____
Brian O'Donnell