UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUL -7 A 9: 17
U.S. DISTRICT COURT
BRIDGEPORT, CONN

LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON as trustee of the Anderson & Ferdon Deferred Compensation Plan,

    PLAINTIFFS,

v.

NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,

    DEFENDANTS.

CIVIL ACTION NO.:

3:01CV1552(CFD)

July 6, 2004

## DECLARATION OF DENNIS F. KERRIGAN, JR.

DENNIS F. KERRIGAN, JR. declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at the firm of LeBoeuf, Lamb, Greene & MacRae, L.L.P., counsel for Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Company in this action. I am admitted to practice in the State of Connecticut.

2. This declaration is made upon my personal knowledge and I am competent to testify as to the facts set forth herein.

3. In support of their Supplemental Memorandum of Law in Support Defendants' Motion for Summary Judgment, Defendants submit selected pages of the transcript of the deposition of Plaintiffs' expert witness Samuel Issacharoff, taken on April 4, 2003.

4.      The document attached as Exhibit A hereto is a true and correct copy of selected pages of the deposition of Samuel Issacharoff taken on April 4, 2003.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2004 at Hartford, Connecticut.

_____
Dennis F. Kerrigan, Jr.

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing Declaration of Dennis F. Kerrigan, Jr. was served via overnight mail, on this 6th day of July, 2004, on the following counsel of record:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____
Dennis F. Kerrigan, Jr.