**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT     2004 JUL 13 P 1:51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

LOU HADDOCK, as trustee of the Flyte Tool & Die,     :
Incorporated Deferred Compensation Plan, PETER     :
WIBERG, as trustee of the Crown Tool & Die     :
Deferred Compensation Plan, ALAN GOUSE, as     :     CIVIL ACTION NO.:
trustee of the Greater Hartford Easter Seal     :
Rehabilitation Center Deferred Compensation Plan,     :     3:01CV1552 (SRU)
RONALD SIMON as trustee of the Hartford Roofing,     :
Inc. Deferred Compensation Plan, CARL     :
ANDERSON as trustee of the Anderson & Ferdon     :
Deferred Compensation Plan,     :

     PLAINTIFFS,     :

             v.     :

NATIONWIDE FINANCIAL SERVICES INC., and     :
NATIONWIDE LIFE INSURANCE CO.,     :

     DEFENDANTS.     :     July 13, 2004
                            :

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO ANSWER PLAINTIFFS' FOURTH AMENDED CLASS ACTION COMPLAINT

Pursuant to Local Rule 7(b), Defendants Nationwide Financial Services, Inc. and

Nationwide Life Insurance Company ("Nationwide") hereby move for an extension of time until

July 16, 2004, within which to file their Answer to Plaintiffs' Fourth Amended Class Action

Complaint, dated June 1, 2004.

Plaintiffs' counsel has consented to the requested extension of time.

Respectfully Submitted,

Defendants Nationwide Financial Services
Inc. and Nationwide Life Insurance Co.

By: _____
Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
Leboeuf, Lamb, Green & Macrae LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Defendants' Counsel

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing Defendants' Motion for

Extension of Time to Answer Plaintiffs' Fourth Amended Class Action Complaint was served via

facsimile and first class mail, this 13th day of July, 2004, on the following counsel of record:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____
Brian O'Donnell

3