ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL 28 A 9: 41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

LOU HADDOCK, as trustee of the Flyte Tool § 
& Die Company, Inc. 401-K Profit Sharing §
Plan, PETER WIBERG, as trustee of the §
Crown Tool & Die Co. Inc. Salary Deferral §
Profit Sharing, ALAN GOUSE, as trustee of §
the Greater Hartford Easter Seal Rehabilitation §
Center, Inc., Tax Sheltered Annuity Plan §
and the Money Accumulation Pension Plan §
for the Employees of Hartford Easter §
Rehabilitation Center, Inc., Trust, EDWARD §
KAPLAN, as trustee of the Hartford Roofing §
401(k) Profit Sharing Plan and the Hartford §       CASE NO. 01-CV-1552 (SRU)
South, L.L.C. 401(k) Profit Sharing Plan, and §
DENNIS FERDON, as trustee of the Anderson §
& Ferdon P.C. 401(k) Profit Sharing Plan, §
§
    PLAINTIFFS, §
§
v. §
§
NATIONWIDE FINANCIAL SERVICES §
INC., and NATIONWIDE LIFE §
INSURANCE CO., §
§
    DEFENDANTS. §

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFFS' RESPONSE, AND MEMORANDUM OF LAW IN SUPPORT,
TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(b), Plaintiffs hereby move for an extension of time until August 6, 2003, within which to file their response to Defendants' Supplemental Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated July 6, 2004, and an extension to August 27, 2004, for Defendants to file their reply thereto.

Defendants' counsel has consented to the requested extensions of time.

-1-

Respectfully submitted,

*[signature: Roger L. Mandel]*

Marc R. Stanley
Federal Bar No. ct18179
Roger L. Mandel
Federal Bar No. ct18180

STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205
214-443-4300
214-443-0358 (Fax)


Antonio Ponvert III
Federal Bar No. ct17516
Richard A. Bieder
Federal Bar No. ct04208
Michael Stratton
Federal Bar No. ct08166

KOSKOFF KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)


Gregory G. Jones
Federal Bar No. ct23443

LAW FIRM OF GREGORY G. JONES PC
603 S. Main Street, Suite 200
Grapevine, Texas 76051
817-424-9001
817-424-1665 (Fax)

**PLAINTIFFS' COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing were served this 27th day of July, 2004, upon the following counsel via the methods indicated:

| | |
|---|---|
| Dennis F. Kerrigan, Jr.<br>LeBoeuf, Lamb, Greene & MacRae<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103 | ☐ via certified mail, RRR<br>☒ via fax 860/293-3555<br>☐ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery |
| Charles C. Platt<br>Wilmer Cutler Pickering Hale and Dorr<br>399 Park Avenue<br>New York, NY 10022 | ☐ via certified mail, RRR<br>☒ via fax 212/230-8888<br>☐ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery |
| Eric J. Mogilnicki<br>Wilmer Cutler Pickering Hale and Dorr<br>2445 M Street, N.W.<br>Washington, D.C.  20037 | ☐ via certified mail, RRR<br>☒ via fax 202/663-6363<br>☐ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery |

_____
Roger L. Mandel