# STANLEY, MANDEL & IOLA, L.L.P.
## ATTORNEYS & COUNSELORS

ROGER L. MANDEL
BOARD CERTIFIED - CIVIL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION
DIRECT DIAL NO.: 214-443-4302
EMAIL: rmandel@smi-dallas.com

2004 JUL 30 P 2: 04

U.S. DISTRICT COURT
BRIDGEPORT, CONN

3100 MONTICELLO AVENUE, SUITE 750
DALLAS, TEXAS 75205
TEL: 214-443-4300 • FAX: 214-443-0358

July 29, 2004

*via federal express*
Stefan R. Underhill
U.S. District Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

>   Re:   *Lou Haddock, as Trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan v. Nationwide Financial Services, Inc. and Nationwide Life Insurance Co.*; Case No. 01-CV-1552 - SRU

Dear Judge Underhill:

In response to Plaintiffs' Fourth Amended Complaint, Defendants not only filed an answer but also their second amended counterclaims. *See* Defendants' Answer to Plaintiffs' Fourth Amended Complaint and Amended Counterclaims [Docket No. 242].

Back in July of 2003, Plaintiffs filed a motion to dismiss Defendants' first amended counterclaims, and the parties completely briefed the issues. Plaintiffs believe the parties' prior briefing is fully applicable to the second amended counterclaims, and they request the Court, as a matter of efficiency, to treat that briefing as fully applicable to the second amended counterclaims and to rule on their dismissal based upon that briefing at its first convenience.

For your information, the applicable pleadings are:

1.  Plaintiffs' Notice of Motion and Motion to Dismiss Nationwide's Amended Counterclaims filed June 10, 2003 [Docket No. 97];

2.  Memorandum in Support of Plaintiffs' Motion to Dismiss Nationwide's Amended Counterclaim filed June 10, 2003 [Docket No. 98];

A REGISTERED LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Judge Underhill
July 29, 2004
Page 2

3. Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Dismiss Nationwide's Amended Counterclaims filed July 7, 2003 [Docket No. 104]; and

4. Reply Memorandum in Support of Plaintiffs' Motion to Dismiss Nationwide's Amended Counterclaims filed July 28, 2003 [Docket No. 108].

We will greatly appreciate the Court promptly letting us know if it intends to proceed as suggested in this letter.

Sincerely,

Roger L. Mandel

cc: Mr. Eric Mogilnicki (via fax and reg. mail)
Mr. Dennis F. Kerrigan, Jr. (via fax and reg. mail)
Mr. Charles C. Platt (via fax and reg. mail)
Mr. Antonio Ponvert (via fax only)
Mr. Richard Bieder (via fax only)
Mr. Greg Jones (via fax only)
Mr. Marc R. Stanley