## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552 (SRU)<br><br><br><br>August 12, 2005 |

### OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE
### TO FILE SUPPLEMENTAL BRIEF

Defendants respectfully oppose Plaintiffs' request for leave to submit a brief relating to *Coldesina v. Estate of Simper*, 407 F.3d 1126 (10th Cir. 2005). *Coldesina* explicitly relies upon precedents that are discussed in the voluminous briefs already before the Court.

If the Court is disposed to allow Plaintiffs to provide a supplemental brief, Defendants request leave to respond, including providing the Court with recent cases that support Defendants' Motion for Summary Judgment.

Dated: August 12, 2005

                        Defendants Nationwide Financial Services Inc.
                        and Nationwide Life Insurance Co.

By: *[signature: Jennifer G. Ballou]*
Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
Jessica A. Ballou, Esq. (CT 22253)
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:(860) 293-3500
Facsimile: (860) 293-3555

Charles C. Platt, Esq. (CT 23036)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
New York, NY 10019-5389
Telephone:(212) 230-8800
Facsimile: (212) 230-8888

Eric Mogilnicki, Esq.
Samuel Broderick-Sokol, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing Defendants' Opposition to Plaintiffs' Motion for Leave to File Supplemental Brief was served via facsimile and first-class mail on this 12th day of August, 2005, on the following counsel of record:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____
Jessica A. Ballou