UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lou Haddock, as trustee of the<br>Flyte Tool & Die, Incorporated<br>Deferred Compensation Plan, et. al.,<br><br>Plaintiffs,<br><br>V.<br><br>Nationwide Financial Services<br>Incorporated, and Nationwide Life<br>Insurance Company,<br><br>Defendants. | <br><br><br><br><br><br>Case No. 01-CV-1552(SRU)<br><br><br><br><br><br>August 9, 2005 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

As of August 27, 2004, Defendants' Motion for Summary Judgment was fully briefed and argued and submitted to the Court for decision. Plaintiffs recently became aware of a decision by the Tenth Circuit which they believe is highly relevant to the issues pending before the Court: *Coldesina v. Estate of Simper*, 407 F.3d 1126 (10th Cir. 2005). Plaintiffs accordingly seek leave to file a supplemental brief of no more than five pages explaining to the Court the relevance of this decision. Plaintiffs would not object to Defendants filing a response of equal length.

Respectfully submitted,

_____
Antonio Ponvert III
Federal Bar No. ct17516
Richard A. Bieder
Federal Bar No. 04208

KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)


Marc R. Stanley
Federal Bar No. ct18179
Roger L. Mandel
Federal Bar No. ct18180

STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205
214-443-4300
214-443-0358 (Fax)


Gregory G. Jones
Federal Bar No. ct23443

LAW FIRM OF GREGORY G. JONES PC
603 S. Main Street, Suite 200
Grapevine, Texas 76051
817-424-9001
817-424-1665 (Fax)

**PLAINTIFFS' COUNSEL**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that true and correct copies of the foregoing were served this ___ day of August, 2005, upon the following counsel via the methods indicated:

| | |
|---|---|
| Dennis F. Kerrigan, Jr.<br>LeBoeuf, Lamb, Greene & MacRae<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103 | ☐ via certified mail, return receipt requested<br>☐ via fax 860/293-3555<br>☐ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery |
| Charles C. Platt<br>Wilmer Cutler & Pickering<br>399 Park Avenue<br>New York, NY 10022 | ☐ via certified mail, return receipt requested<br>☐ via fax 212/230-8888<br>☐ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery |
| George E. Anhang<br>LeBoeuf, Lamb, Greene & MacRae<br>1875 Connecticut Avenue, NW<br>Suite 1200<br>Washington, DC  10009 | ☐ via certified mail, return receipt requested<br>☐ via fax 202/986-8102<br>☐ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery |

                                                                   _____
                                                                   Antonio Ponvert III