# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan,<br><br>　　PLAINTIFFS,<br><br>　　　　v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>　　DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552 (SRU)<br><br><br><br><br><br>September 20, 2005 |

## MOTION FOR LEAVE TO RESPOND TO
## PLAINTIFFS' SUPPLEMENTAL MEMORANDUM REGARDING NEW DECISION

Defendants respectfully request leave to file the attached 5-page response to Plaintiffs' Supplemental Memorandum Regarding New Decision (Docket 253). Plaintiffs have previously stated that they do not object to the filing of such a brief, *see* Plaintiffs' Motion for Leave to File Supplemental Brief (Docket 251) at 9, and Defendants believe that the brief would assist the Court in assessing the relevance of the new decision relied on by Plaintiffs and in resolving Defendants' Motion for Summary Judgment.

Dated: September 20, 2005

                Defendants Nationwide Financial Services Inc.
                and Nationwide Life Insurance Co.

By: 

Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Jessica A. Ballou, Esq. (CT 22253)
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555
Email: Dennis.Kerrigan@llgm.com

Charles C. Platt, Esq. (CT 23036)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: Charles.Platt@wilmerhale.com

Eric Mogilnicki, Esq.
Samuel Broderick-Sokol, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Eric.Mogilnick@wilmerhale.com

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing Defendants' Motion For Leave to Respond to Plaintiffs' Supplemental Memorandum Regarding New Decision was served via facsimile and first-class mail, this 20th day of September, 2005, on the following counsel of record:

>Richard A. Bieder, Esq.
>Antonio Ponvert III, Esq.
>Koskoff, Koskoff & Bieder
>350 Fairfield Avenue
>Bridgeport, CT 06604
>
>Gregory G. Jones, Esq.
>Law Firm of Gregory G. Jones, P.C.
>603 South Main Street, Suite 200
>Grapevine, TX 76051
>
>Marc R. Stanley, Esq.
>Roger L. Mandel, Esq.
>Stanley, Mandel & Iola
>3100 Monticello Avenue
>Suite 750
>Dallas, TX 75205

_____
Jessica A. Ballou