UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Incorporated Deferred Compensation Plan, et al.,<br>    Plaintiff,<br><br>        v.<br><br>NATIONWIDE FINANCIAL SERVICES, INC. and NATIONWIDE LIFE INSURANCE CO.,<br>    Defendants. | CIVIL ACTION NO.<br>3:01cv1552 (SRU) |

## RULING DENYING MOTION TO STRIKE

Nationwide Financial Services, Inc. and Nationwide Life Insurance Co. have moved to strike the affidavits of Professor Samuel Issacharoff, the plaintiff's putative expert on class certification. The defendants argue principally that Issacharoff's statements consist of legal conclusions and are, thus, inadmissible.

The defendants are correct that Issacharoff's testimony is in large part, if not entirely, legal argument. Nevertheless, because Issacharoff's testimony does not risk prejudicing the fact-finder and because in rendering my decision on class certification, I will treat it as legal argument, the motion to strike (doc. # 177) is DENIED. *See In re PaineWebber Ltd. Partnerships Litigation*, 171 F.R.D. 104, 119 n.36 (S.D.N.Y. 1997) ("It is unnecessary to reach a decision regarding [the expert's] status . . . because her actual testimony was substantively indistinguishable from legal argument, and is considered as such by this court.").

It is so ordered.

Dated at Bridgeport, Connecticut, this 30th day of September 2005.

                                    /s/_____
                                         Stefan R. Underhill
                                         United States District Judge