UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Incorporated Deferred Compensation Plan, et al., <br>　　Plaintiff, <br><br> v. <br><br> NATIONWIDE FINANCIAL SERVICES, INC. and NATIONWIDE LIFE INSURANCE CO., <br>　　Defendants. | CIVIL ACTION NO. <br> 3:01cv1552 (SRU) |

**RULING DENYING MOTION TO STRIKE**

The plaintiffs have moved to strike portions of evidence set forth in the defendants' Local Rule 56(a)1 Statement in Support of the Revised Motion for Summary Judgment. They argue that the certain paragraphs of William Goslee's affidavit violate Federal Rule of Evidence 1002 and that certain documents referenced in paragraphs 16 to 21 of the Local Rule 56(a)1 Statement are inadmissible hearsay.

The portions of Goslee's affidavit that reference various contracts do not violate Rule 1002. The so-called best evidence rule does not prevent a witness with personal knowledge from testifying about contractual relationships.

The documents in paragraphs 16 to 21 are admissible as business records. Fed. R. Evid. 803(6). Although the defendants have not yet laid that foundation, they can later submit a supplemental affidavit in order to do so.

Plaintiffs' motion to strike (doc. # 206) is DENIED.

It is so ordered.

Dated at Bridgeport, Connecticut, this 30th day of September 2005.

/s/_____
Stefan R. Underhill
United States District Judge