DEC 2 7 2005

FILED

2006 JAN -5  A 9: 55

U.S. DISTRICT COURT
BRIDGEPORT, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LOU HADDOCK, as trustee of the Flyte Tool & Die   :
Company, Inc. 401-K Profit Sharing Plan, PETER   :
WIBERG, as trustee of the Crown Tool & Die Co.   :
Inc. Salary Deferral Profit Sharing, ALAN GOUSE,   :
as trustee of Greater Hartford Easter Seal   :
Rehabilitation Center, Inc., Tax Sheltered Annuity   :
Plan and the Money Accumulation Pension Plan for   :
the Employees of Hartford Easter Rehabilitation   :
Center, Inc., Trust, EDWARD KAPLAN, as trustee of   :
the Hartford Roofing 401(k) Profit Sharing Plan and   :
the Hartford South, L.L.C. 401(k) Profit Sharing Plan,   :
and DENNIS FERDON, as trustee of the Anderson &   :
Ferdon P.C. 401(k) Profit Sharing Plan,   :

    PLAINTIFFS,   :

        v.   :

NATIONWIDE FINANCIAL SERVICES INC., and   :
NATIONWIDE LIFE INSURANCE CO.,   :

    DEFENDANTS.   :

CIVIL ACTION NO.:

3:01CV1552 (SRU)

**DECLARATION OF
STEVEN J. ROSE**

Steven J. Rose declares that the following is true under penalty of perjury:

1.      I submit this declaration to accompany Defendants' Local Rule 56(a)1 Statement
in Support of Revised Motion for Summary Judgment (Docket 187).

2.      I am Vice President of Nationwide Life Insurance Company ("Nationwide Life").
My responsibilities have included operations and product management in Nationwide Life's

group variable annuity business. I have been with Nationwide Life since September 1985. Based on my experience, I have personal knowledge of the matters set forth in this declaration.

3.      I submit this declaration with respect to the following document referred to in paragraphs 16-21 of Defendants' Local Rule 56(a)1 Statement and attached as an exhibit to Defendants' Revised Memorandum of Law in Support of Defendants' Motion for Summary Judgment (Docket 186):

- The Best of America Retirement Advisor Group Variable Annuity Contract Profile (Exhibit 11).

4.      This document, which is attached to this declaration, is a true and correct copy of the document in the files of Nationwide Life and Nationwide Financial Services, Inc.

5.      This document was prepared by individuals at Nationwide Life in the course of regularly conducted business activity, and it was the regular practice of Nationwide Life to keep this document as part of its business activities. The document was prepared to provide, and does provide, then-current information regarding the features and costs of a Nationwide Life variable annuity contract, and the features and costs of the sub-accounts accompanying that contract, and was prepared routinely to convey that information to contractholders and the public generally. The document was prepared by individuals at Nationwide Life who had personal knowledge of the then-current information, and was prepared at or near the time the information was generated.

Steven J. Rose

2

# The BEST of AMERICA® Retirement Advisor℠

## Group Annuity Variable Contract Profile

### Markets

The BEST of AMERICA® Retirement Advisor℠ Variable (Variable Contract) is a group annuity contract (APO-2243* & APO-2954). The contract may be used with retirement plans which receive favorable tax treatment under Section 401(a) of the Internal Revenue Code. The contract is especially well suited for employee-directed, defined contribution plans, but may be used in trustee-directed, defined benefit plans as well.

*Some state specific versions also apply.

### The Variable Contract and its Fund Options

This variable return contract consists of numerous fund options with a range of investment objectives. Returns are based upon the performance of the underlying funds in which the assets are invested.

The Variable Contract may be used in combination with certain other Nationwide® funding vehicles, referred to as "companioning," to provide greater diversity in investment options.

A variety of variable funds are offered in the Variable Contract. Investment alternatives offer maximum investment flexibility among several leading professionally managed funds. Each fund is held and accounted for at market value. Even though principal and interest are not guaranteed, the historical investment performance of the Variable Contract funds makes them an attractive addition to retirement programs.

The variety of funds offered in the Variable Contract is a result of alliances formed with various fund houses. An outcome of these alliances is that certain fund houses have realized substantial administrative and/or distribution expense savings. In light of these savings, the fund houses make payments to an affiliate of Nationwide Life Insurance Company which are passed on in whole or in part in the form of reduced asset management charges. These payments may be made as a percentage of assets or as a combination of a percentage of assets and a per-participant dollar amount. These payments do not constitute payment in any manner for investment advisory services; the fund house retains all investment advisory responsibilities.

The funds offered in the Variable Contract are separated into three groups: Primary Plus, Primary, and Optional. These groups represent three different ranges of payments made by the fund houses. The current ranges for each group are as follows:

| Fund Group | Payment Range |
|---|---|
| Primary Plus | 0.25% to 0.58% on assets and $0 to $12 per participant |
| Primary | 0.15% to 0.25% on assets |
| Optional | 0.00% to 0.08% on assets |

The contractholder may select any of the funds offered to include in the Variable Contract, subject to any limitations imposed by a fund or companion contract. If the plan permits participants to direct the investment of their retirement savings, participants may then choose from among the selected funds.

### Minimum Deposit Requirements

- $50,000 first contract year deposit estimate to all Nationwide companion contracts.

N 011139
CONFIDENTIAL

## Asset Management Charge

The application separates the funds into three groups: Primary Plus, Primary, and ____ional. The Variable Contract funds are subject to an asset management charge, which is a percentage of assets netted from each fund's daily unit value.

The asset management charge is reviewed, and changed if appropriate, on the first contract anniversary occurring no earlier than six months from the effective date of the contract, and on each subsequent anniversary. The asset management charge is based on the sum of amounts in this contract and its companion contract(s). The asset management charge for the funds in each fund group is specified in The BEST of AMERICA® Retirement Advisor℠ Summary of Contract Information and will be reflected in the Contract Summary Pages.

## Contingent Deferred Sales Charge

Under certain circumstances, a contingent deferred sales charge (CDSC) may be applied. If this contract contains a CDSC, it will be specified in The BEST of AMERICA Retirement Advisor Summary of Contract Information and will be reflected in the Contract Summary Pages. The CDSC is based on a declining scale and declines to zero after not more than nine contract years. If assessed, the charge is applied to the value of the withdrawal. The same CDSC schedule applies to all Nationwide® companion contracts.

Any applicable CDSC percentages will be applied to reduce the following:

- Amounts transferred to a funding successor;

- Cash payments to officers or 10% owners as defined in IRC Section 416, including:

    1. in-service withdrawals (except loans, financial hardships of $50,000 or less taken at least 12 months prior to separation from service, and amounts required to be distributed as a result of compliance with Section 401(a)(9) of the Internal Revenue Code),

    2. disability payments (if the disability does not meet the Social Security definition),

    3. payments made upon separation from service or retirement;

- Outstanding loan balances of officers or 10% owners upon payment of a cash payment on or after severance of employment;

- Cash payments to participants resulting from a termination of plan or reduction in number of participants of at least fifteen (15)%;

- Cash payments or loan amounts from the Variable Contract which exceed the contract's pro rata share (if the plan is trustee-directed).

## Other Expenses & How Charges are Paid

Except for the CDSC and the asset management charge, plan and/or contract charges may be paid directly by the contractholder or withdrawn from the contract's funds. All payments subject to a CDSC are made net of the charge.

At the Contractholder's request:

- Withdrawals to pay other plan or trust fees or expenses may be made from the contract's funds and paid to the person or entity specified.

- Other plan or contract expenses may be withdrawn from the contract's funds for services rendered by Nationwide.

N 011140
CONFIDENTIAL

## Exchanges

Exchanges are defined as the movement of money from one companion contract to another, or among fund options of the Variable Contract. Exchanges are not subject to a contingent deferred sales charge.

- Exchanges may be made from one Variable Contract fund to another or from a Variable Contract fund to a companion contract.

- Exchanges from a Variable Contract fund are completed within three business days following Nationwide®'s receipt of written request.

- All exchanges are made at market value.

## Transfers

A transfer is defined as a transaction which occurs when amounts are moved from this contract to a funding successor. A funding successor is the plan's or successor plan's trustee or any other institution providing investment options under the plan. Transfers are subject to a contingent deferred sales charge.

- Transfers from the Variable Contract to a funding successor are completed within twelve business days following Nationwide's receipt of the contractholder's written request.

- All transfers are made at market value.

## Benefit Payments

Withdrawals may be made from this contract to pay benefits under the plan. Benefits may be paid from the contract as either fixed annuities purchased under the contract for the plan participants or as cash payments.

- Cash payments are made from the contract within five business days following Nationwide's receipt of written request.

- Annuity purchases are made from the contract within fifteen business days following Nationwide's receipt of written request.

- Withdrawals to pay benefits under the plan to officers or 10% owners are subject to a contingent deferred sales charge.

- Withdrawals to pay benefits allowed under the plan are made at market value.

## Earnings On Monies Pending Deposit or Distribution

Nationwide will not pay interest on monies prior to the date of deposit into the Variable Contract or after the date monies are withdrawn from the Variable Contract. In the event contribution directions or withdrawal directions for distributions or transfers are not received with all necessary information in a form satisfactory to Nationwide, monies pending deposit or distribution/transfer will be held in a holding account in which no interest is paid. In these situations, Nationwide will timely notify the Authorized Representative of the missing or incomplete information, and in the case of contributions, will return the contributions to the plan sponsor/trustee in the event a timely response is not received.

The holding accounts used are interest bearing accounts. The interest earned on monies held in these accounts is retained by Nationwide.

N 011141
CONFIDENTIAL



This document highlights the key provisions of this contract. It is not intended to supersede the contract.
In the case of inconsistency, the contract language will govern.
Please refer to The BEST of AMERICA® Retirement Advisor℠ Summary of Contract Information
for specific information and the specimen contract for complete contract provisions.

APO-4752 (05/00)

N 011142
CONFIDENTIAL