FILED

2006 JAN -5  A 9: 55

U.S. DISTRICT COURT
BRIDGEPORT, CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552 (SRU)<br><br><br><br>DECLARATION OF STEVEN SAVINI |

Steven Savini declares that the following is true under penalty of perjury:

1.  I submit this declaration to accompany Defendants' Local Rule 56(a)1 Statement in Support of Revised Motion for Summary Judgment (Docket 187).

2.  I am Associate Vice President – Associate General Counsel at Nationwide Life Insurance Company ("Nationwide Life"). My responsibilities include reviewing documents prepared for filing with the United State Securities and Exchange Commission (SEC). I have

been with Nationwide Life since 1984. Based on my experience, I have personal knowledge of the matters set forth in this declaration.

3. I submit this declaration with respect to the following documents referred to in paragraphs 16-21 of Defendants' Local Rule 56(a)1 Statement (the "Documents) and attached as exhibits to Defendants' Revised Memorandum of Law in Support of Defendants' Motion for Summary Judgment (Docket 186):

- 1998 Variable Account - II SAI (Exhibit 4);
- 1997 Annual Report of Nationwide Variable Account - II (Exhibit 12);
- 1999 Variable Account - II SAI (Exhibit 3).

4. Those Documents, which are attached to this declaration, are true and correct copies of the documents in the files of Nationwide Life and Nationwide Financial Services, Inc.

5. These Documents were prepared by individuals at Nationwide Life in the course of regularly conducted business activity, and it was the regular practice of Nationwide Life to keep these Documents as part of its business activities. The Documents were prepared to provide, and do provide, then-current information regarding the features and costs of Nationwide Life variable annuity contracts, and the features and costs of the sub-accounts accompanying those contracts, and were prepared routinely to convey that information to contractholders and the public generally. The Documents were prepared by individuals at Nationwide Life who had personal knowledge of the then-current information, and were prepared at or near the time the information was generated.

_____
PAIGE L. RYAN
Attorney At Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.03 R.C.

_____
Steven Savini

2