FILED

2006 JAN -5 A 9: 56

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan, | CIVIL ACTION NO.: <br><br> 3:01CV1552 (SRU) |
| PLAINTIFFS, | |
| v. | |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., | DECLARATION OF <br> WILLIAM GOSLEE |
| DEFENDANTS. | |

William Goslee declares that the following is true under penalty of perjury:

1. I submit this declaration to accompany Defendants' Local Rule 56(a)1 Statement in Support of Revised Motion for Summary Judgment (Docket 187).

2. I am Vice President - Investment and Advisory Services of Nationwide Life Insurance Company ("Nationwide Life"). My responsibilities include managing Nationwide Life's relationships with various mutual funds and mutual fund advisors. I have been with

Nationwide Life since July 1995. Based on my experience, I have personal knowledge of the matters set forth in this declaration.

3. I submit this declaration with respect to the following documents referred to in paragraphs 16-21 of Defendants' Local Rule 56(a)1 Statement (the "Documents") and attached as exhibits to Defendants' Revised Memorandum of Law in Support of Defendants' Motion for Summary Judgment (Docket 186):

- Fund Agreement Between Nationwide Financial Services, Inc. and INVESCO Funds Group (Exhibit 18);

- Service Agreement Between Nationwide Financial Services, Inc. and Janus Service Corporation (Exhibit 19); and

- Agreement Between Nationwide Financial Services, Inc. and Villanova Mutual Fund Capital Trust (Exhibit 20).

4. The Documents, which are attached to this declaration, are true and correct copies of the documents in the files of Nationwide Life and Nationwide Financial Services, Inc. ("Nationwide Financial," with Nationwide Life, "Nationwide").

5. The Documents are agreements between Nationwide Financial and other companies that were prepared in the course of the regularly conducted business activity of Nationwide Financial, and it was the regular practice of Nationwide Financial to keep these Documents as part of its business activities. These agreements reflect the terms agreed to by the parties, and were prepared at or near the time those terms were agreed upon. Individuals at Nationwide Financial prepared these Documents for the purpose of recording the agreed-upon terms.

*[signature]*
William Goslee