## CERTIFICATION

This is to certify that true and correct copies of the Declarations of Steven J. Rose, Steven

Savini, and William Goslee, submitted to the court to accompany Defendants' Local Rule 56(a)1

Statement in Support of Revised Motion for Summary Judgment (Docket 187), were served via

overnight delivery on the 23rd day of December, 2005, on the following counsel of record:

      Richard A. Bieder, Esq.
      Koskoff, Koskoff & Bieder
      350 Fairfield Avenue
      Bridgeport, CT 06604

      Gregory G. Jones, Esq.
      Law Firm of Gregory G. Jones, P.C.
      603 South Main Street, Suite 200
      Grapevine, TX 76051

      Roger L. Mandel, Esq.
      Stanley, Mandel & Iola
      3100 Monticello Avenue
      Suite 750
      Dallas, TX 75205

                                                 Mark Bieter