# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552 (SRU)<br><br><br>January 23, 2006 |

## MOTION FOR LEAVE TO WITHDRAW

Defendants respectfully seek leave for Eric Mogilnicki, formerly of WilmerHale, to withdraw as counsel of record in this action. WilmerHale, through Charles Platt and Sam Broderick-Sokol, will remain as counsel for Defendants, as will attorneys from LeBoeuf, Lamb, Greene & MacRae LLP. Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned has provided notice of this Motion to the Defendants via certified mail (see attached certificate of service).

Dated: January 23, 2006

                        Defendants Nationwide Financial Services Inc.
                        and Nationwide Life Insurance Co.

By: _/s/_____
     Dennis F. Kerrigan, Jr., Esq. (CT 09621)
     Brian O'Donnell, Esq. (CT 16041)
     LeBoeuf, Lamb, Greene & MacRae LLP
     Goodwin Square, 225 Asylum Street
     Hartford, CT 06103
     Telephone:(860) 293-3500
     Facsimile: (860) 293-3555

     Charles C. Platt, Esq. (CT 23036)
     Wilmer Cutler Pickering Hale and Dorr LLP
     399 Park Avenue
     New York, NY 10022
     Telephone:(212) 230-8800
     Facsimile: (212) 230-8888

     Samuel Broderick-Sokol, Esq.
     Wilmer Cutler Pickering Hale and Dorr LLP
     2445 M Street, N.W.
     Washington, D.C. 20037
     Telephone: (202) 663-6000
     Facsimile: (202) 663-6363

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing Defendants' Motion For Leave to Withdraw was served via first-class mail, postage prepaid, this 23rd day of January 2006 on the following counsel of record:

>Richard A. Bieder, Esq.
>Antonio Ponvert III, Esq.
>Koskoff, Koskoff & Bieder
>350 Fairfield Avenue
>Bridgeport, CT 06604
>
>Gregory G. Jones, Esq.
>Law Firm of Gregory G. Jones, P.C.
>603 South Main Street, Suite 200
>Grapevine, TX 76051
>
>Marc R. Stanley, Esq.
>Roger L. Mandel, Esq.
>Stanley, Mandel & Iola
>3100 Monticello Avenue
>Suite 750
>Dallas, TX 75205

The foregoing Defendants' Motion For Leave to Withdraw was also served via certified mail on this 23rd day of January 2006 on Defendants as follows:

>W. Joseph Schleppi, Esq.
>Nationwide Insurance Companies
>One Nationwide Plaza
>Columbus, OH 43215



Dennis F. Kerrigan, Jr.