UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, et al. | ) <br> ) CIVIL ACTION NO. <br> ) 3:01CV1552 (SRU) <br> V. ) <br> ) <br> NATIONWIDE FINANCIAL SERVICES ) <br> INC., et al. ) March 17, 2006 <br> ) |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for the plaintiffs in the above matter, in addition to the appearances already on file.

By _____
William M. Bloss
Federal Bar No. ct01008
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, CT 06604
Tel: 203-336-4421
Fax: 203 368-3244
Email: bbloss@koskoff.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 17th day of March, 2006, to all counsel as follows:

Dennis F. Kerrigan, Jr., Esq.
LeBoeuf Lamb Greene & MacRae
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

Charles C. Platt, Esq.
LeBoeuf Lamb Greene & MacRae
125 West 55th Street
New York, New York 10019-5389

George E. Anhang, Esq.
LeBoeuf Lamb Greene & Mac Rae
1875 Connecticut Avenue, N.W.
Washington, D.C. 20009-5728

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones PC
611 South Main Street, Ste. 300
Grapevine, TX 76051

Marc Stanley, Esq.
Roger Mandel, Esq.
Stanley Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, Texas 75205

William M. Bloss