**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on March 21, 2006 a copy of Plaintiffs' Fifth Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dennis F. Kerrigan, Jr.
LeBoeuf, Lamb, Greene & MacRae
Goodwin Square
225 Asylum Street
Hartford, CT  06103

Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr
399 Park Avenue
New York, NY 10022

Samuel Broderick-Sokol
Wilmer Cutler Pickering Hale and Dorr
2445 M Street, N.W.
Washington, D.C.  20037

                                                        /s/_____
                                                   Richard A. Bieder (ct 04208)