WILMERHALE

FILED

2006 MAR 31  A 10: 17

March 28, 2006

**By Facsimile and First Class Mail**

Charles C. Platt
+1 212 230 8860 (t)
+1 212 230 8888 (f)
charles.platt@wilmerhale.com

U.S. DISTRICT COURT

Hon. Stefan R. Underhill
U.S. District Judge
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:   Haddock et al. v. Nationwide, Case No. 01-CV-1552 (SRU)

Dear Judge Underhill:

I write in response to Plaintiffs' March 20, 2006 letter requesting that Judge Garfinkel proceed with his *in camera* review of documents submitted by Defendants in March 2004. Plaintiffs contend that the documents are relevant to class certification issues and should be reviewed promptly.

Defendants respectfully request that at this point in the case, Judge Garfinkel's *in camera* review would be premature. The Court's March 8 Conference Memorandum allowed Plaintiffs the opportunity to file a Fifth Amended Class Action Complaint, which they did on March 21. The Court accordingly granted Defendants the opportunity to file a motion to dismiss in response to the latest complaint, and Defendants intend to do so.

The Court's review of documents for which Defendants have asserted privilege claims should therefore not occur until final resolution of Defendants' motion to dismiss. Because of the important policies behind attorney-client privilege and work product protection, a court should conduct *in camera* review only when such a review becomes necessary and appropriate. *See United States v. Zolin*, 491 U.S. 554, 570-71 (1989) (quoting *United States v. Reynolds*, 345 U.S. 1, 8 (1953)) ("Too much judicial inquiry into the claim of privilege would force disclosure of the thing the privilege was meant to protect ….").

Sincerely,

Charles Platt

cc: Richard Bieder, Esq.
    Greg Jones, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022
Baltimore   Beijing   Berlin   Boston   Brussels   London   Munich   New York   Northern Virginia   Oxford   Palo Alto   Waltham   Washington

USIDOCS 5578050v2

WILMERHALE

Hon. Stefan R. Underhill
March 23, 2006
Page 2

Antonio Ponvert, Esq.
Marc R. Stanley, Esq.