# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br>3:01CV1552 (SRU)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>APRIL 7, 2006 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company hereby move the Court, pursuant to Rule 7(b)(1) of the Local Rules of Civil Procedure, for an initial extension of time of ten (10) calendar days, until and including April 20, 2006, within which to file its response to Plaintiffs' Fifth Amended Class Action Complaint dated March 21, 2006 in the above-captioned matter.

**ORAL ARGUMENT NOT REQUESTED**

In support of this motion, the undersigned represents that the requested additional extension of time is needed to properly address the complex ERISA issues raised by this case and due to the required jury service in New York of Defendant's lead counsel. In addition, the extension is necessary to properly address the claims brought by each of the five plaintiff plans and the individualized circumstances of their various relationships with the Defendants.

Pursuant to Local Rule 7(b)(3), the undersigned contacted Richard A. Bieder, Plaintiffs' counsel, and was advised that Plaintiffs have no objection to this request. This is the Defendants' first request for an extension of time with regard to filing a response to Plaintiffs' Fifth Amended Class Action Complaint.

WHEREFORE, Defendants respectfully request that this motion be granted for the reasons set forth herein.

DEFENDANTS
NATIONWIDE FINANCIAL SERVICES, INC.
NATIONWIDE LIFE INSURANCE COMPANY

By: _____
Dennis F. Kerrigan, Jr., Esq. (CT 09621)
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555
E-mail: dennis.kerrigan@llgm.com

Charles C. Platt, Esq. (CT 23036)
WilmerHale
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8860
Facsimile: (212) 230-8888
E-mail: charles.platt@wilmerhale.com

## CERTIFICATION

I hereby certify that on this 7th day of April 2006, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
William Bloss, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Martin Woodward, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

_____
Dennis F. Kerrigan, Jr.