UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552 (SRU)<br><br>April 20, 2006 |

**DEFENDANTS' MOTION TO DISMISS**
**FIFTH AMENDED CLASS ACTION COMPLAINT**

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company respectfully move to dismiss Plaintiffs' Fifth Amended Class Action Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As set forth in the attached Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiffs' Fifth Amended Class Action Complaint, Plaintiffs' Fifth Amended Class Action Complaint is based entirely on theories of Defendants' alleged status as ERISA fiduciaries that the Court has rejected or that Plaintiffs

**ORAL ARGUMENT REQUESTED**

previously waived and abandoned. In addition, the attached memorandum further explains that those theories are insufficient to state a claim as a matter of law.

WHEREFORE, Defendants respectfully move the Court to dismiss Plaintiffs' Fifth Amended Class Action Complaint in its entirety and with prejudice.

Date: April 20, 2006                          Respectfully submitted,

                                              /s/ Jessica A. Ballou (CT 22253)
                                              Dennis F. Kerrigan, Jr. (CT 09621)
                                              Brian O'Donnell (CT 16041)
                                              Jessica A. Ballou (CT 22253)
                                              LeBoeuf, Lamb, Greene & MacRae LLP
                                              Goodwin Squire
                                              225 Asylum Street
                                              Hartford, CT 06103
                                              Telephone: (860) 293-3500
                                              Facsimile: (860) 293-3555
                                              Email: jballou@llgm.com

                                              Defendants Nationwide Financial Services Inc.
                                              and Nationwide Life Insurance Co.

                                              Charles C. Platt, Esq. (CT 23036)
                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                              399 Park Avenue
                                              New York, NY 10022
                                              Telephone: (212) 230-8800
                                              Facsimile: (212) 230-8888

                                              Daniel H. Squire, Esq. (*application for admission
                                                    pro hac vice pending*)
                                              Sam Broderick-Sokol, Esq.
                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                              2445 M Street, N.W.
                                              Washington, D.C. 20037
                                              Telephone: (202) 663-6000
                                              Facsimile: (202) 663-6363

## **CERTIFICATION**

I hereby certify that on this 20th day of April 2006, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

/s/ Jessica A. Ballou (CT 22253)