# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan, | CIVIL ACTION NO.: <br><br> 3:01CV1552 (SRU) <br><br><br> April 20, 2006 |

     PLAINTIFFS,

          v.

NATIONWIDE FINANCIAL SERVICES INC., and
NATIONWIDE LIFE INSURANCE CO.,

     DEFENDANTS.

## DECLARATION OF BRIAN O'DONNELL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIFTH AMENDED COMPLAINT

BRIAN O'DONNELL declares pursuant to 28 U.S.C. § 1746 as follows:

1.     I am an attorney at the firm of LeBoeuf, Lamb, Greene & MacRae LLP, counsel for Defendants Nationwide Financial Services and Nationwide Life Insurance Company in this action. I am admitted to the bar of the State of Connecticut.

2.     This declaration is made upon my personal knowledge and I am competent to testify as to the facts set forth herein.

3.     Defendants submit the following documents in support of their Motion to Dismiss Plaintiffs' Fifth Amended Class Action Complaint.

4.     Exhibit A is a true and correct copy of Plaintiffs' Fifth Amended Class Action Complaint (Docket 270).

5.     Exhibit B is a true and correct copy of the Court's March 7, 2006 Amended Memorandum of Decision (Docket 266).

6.     Exhibit C is a true and correct copy of Plaintiffs' First Amended Class Action Complaint (Docket 4).

7.     Exhibit D is a true and correct copy of Plaintiff Carl Anderson's Responses and Objections to Defendants' First Set of Interrogatories.

8.     Exhibit E is a true and correct copy of Defendants' Objection to Magistrate Judge's Ruling Denying Discovery (Docket 170).

9.     Exhibit F is a true and correct copy of Revised Memorandum of Law in Support of Defendants' Motion for Summary Judgment (Docket 186).

10.     Exhibit G is a true and correct copy of the Court's Order of June 4, 2004 (Docket 232).

11.     Exhibit H is a true and correct copy of Plaintiffs' Fourth Amended Class Action Complaint (Docket 235).

12.     Exhibit I is a true and correct copy of the Court's March 8, 2006 Conference Memorandum (Docket 267).

2

13.     Exhibit J is a true and correct copy of Plaintiffs' Motion for Leave to File Second Amended Complaint (Docket 55).

14.     Exhibit K is a true and correct copy of a January 22, 2003 letter from Dennis F. Kerrigan, Jr. to Roger Mandel.

15.     Exhibit L is a true and correct copy of a January 24, 2003 letter from Roger Mandel to Dennis Kerrigan and George Anhang.

16.     Exhibit M is a true and correct copy of a February 5, 2003 letter from Antonio Ponvert to George Anhang.

17.     Exhibit N is a true and correct copy of Plaintiffs' Opposition to Defendants' Motion to Compel Interrogatory Answers (Docket 65).

18.     Exhibit O is a true and correct copy of Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Compel Plaintiffs to Answer Interrogatories (Docket 71).

19.     Exhibit P is a true and correct copy of Plaintiffs' Motion for Leave to File Third Amended Complaint (Docket 83).

20.     Exhibit Q is a true and correct copy of the Transcript of April 4, 2003 Deposition of Samuel Issacharoff at 53-55, 58, and 97.

21.     Exhibit R is a true and correct copy of Plaintiffs' Third Amended Class Action Complaint (Docket 95).

22.     Exhibit S is a true and correct copy of Plaintiffs' First Amended Memorandum in Support of Plaintiffs' First Amended Motion for Class Certification (Docket 129).

23.     Exhibit T is a true and correct copy of Defendants' Supplemental Memorandum of Law in Support of Defendants' Motion for Summary Judgment (Docket 239).

24.    Exhibit U is a true and correct copy of the Flyte Tool & Die Company, Inc. Group Annuity Contract.

25.    Exhibit V is a true and correct copy of the Anderson & Ferdon Individual Annuity Contract.

26.    Exhibit W is a true and correct copy of The Greater Hartford Easter Seal Rehabilitation Center Individual Annuity Contract.

27.    Exhibit X is a true and correct copy of the Crown Tool & Die Co, Inc. Group Annuity Contract.

28.    Exhibit Y is a true and correct copy of Defendants' Reply to Plaintiffs' Local Rule 56(a)2 Statement (Docket 223).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 19, 2006, at Hartford, Connecticut

Brian O'Donnell, Esq. (CT 16041)
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103

Telephone:(860) 293-3500
Facsimile:  (860) 293-3555
Brian.O'Donnell@llgm.com

## CERTIFICATION

I hereby certify that on this 20th day of April 2006, I electronically filed the foregoing

with the Clerk of the District Court using the CM/ECF system, which sent notification of such

filing to the following:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

_____/s/  Jessica A. Ballou  (CT 22253)_____