UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan,<br><br>    PLAINTIFFS,<br><br>        v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552 (SRU)<br><br><br><br>April 20, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co. have manually filed Exhibits A-Y to the Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Fifth Amended Class Action Complaint dated April 20, 2006. The manual filing consists of a paper copy and a PDF version of the manual filing on a computer disk.

The exhibits have not been filed electronically because the electronic file size of the exhibits exceed 1.5 MB.

The exhibits have been manually served on the service list.

Date: April 20, 2006                                Respectfully submitted,

     /s/ Jessica A. Ballou (CT 22253)
Dennis F. Kerrigan, Jr. (CT 09621)
Brian O'Donnell (CT 16041)
Jessica A. Ballou (CT 22253)
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Squire
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555
Email: jballou@llgm.com

Defendants Nationwide Financial Services Inc.
and Nationwide Life Insurance Co.

Charles C. Platt, Esq. (CT 23036)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone:    (212) 230-8800
Facsimile:    (212) 230-8888

Daniel H. Squire, Esq. (*application for admission pro hac vice pending*)
Sam Broderick-Sokol, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
2445 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

## **CERTIFICATION**

I hereby certify that on this 20th day of April 2006, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

                                          /s/ Jessica A. Ballou (CT 22253)