UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan, | : : : : : : : : : : : : : | CIVIL ACTION NO.: <br><br> 3:01CV1552 (SRU) <br><br><br><br> April 20, 2006 |
| PLAINTIFFS, | : : | |
| v. | : : | |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., | : : | |
| DEFENDANTS. | : | |

## MOTION FOR ADMISSION OF DANIEL H. SQUIRE AS VISITING LAWYER

Pursuant to Local Rule 83.1(d), undersigned counsel for the defendants hereby moves this Court to enter an Order admitting Daniel H. Squire of Wilmer Cutler Pickering Hale and Dorr LLP as a visiting lawyer to practice before the Court for purposes of this case, including the conduct of any trial or any pre-trial proceedings before this Court. In support of this motion, undersigned counsel states as follows:

1.      Undersigned counsel represents the defendants in the above-captioned action and is admitted to practice before this Court.

2.    Undersigned counsel is an associate of the law firm of LeBoeuf, Lamb, Greene & MacRae LLP. Daniel H. Squire is a partner at Wilmer Cutler Pickering Hale and Dorr LLP, located at 1801 Pennsylvania Avenue, NW, Washington, DC 20006. Mr. Squire's telephone number is 202-663-6000, fax number is 202-663-6363, and email address is daniel.squire@wilmerhale.com.

3.    The additional qualifications and pertinent facts related to Mr. Squire's application are included in the Affidavit of Daniel H. Squire, attached to this motion and incorporated herein by reference.

4.    The undersigned counsel for defendants represents, and will continue to represent, the defendants in this action, and will serve as the sponsoring lawyer for Mr. Squire, in accordance with the requirements of Rule 83.1 of this Court's Local Rules of Civil Procedure.

5.    Granting this motion would not require modification of any scheduling order entered pursuant to Fed R. Civ. P. 16(b) or of any of the deadlines established by the standing order on scheduling in civil cases.

6.    In accordance with Local Rule 83.1, a fee of $25 accompanies this motion.

WHEREFORE, defendants' undersigned counsel respectfully requests that the Court

grant this Motion for Admission of Daniel H. Squire as Visiting Lawyer.

Date: April 20, 2006                        Respectfully submitted,

                                            Jessica A. Ballou  (CT 22253)
                                            LeBoeuf, Lamb, Greene & MacRae LLP
                                            Goodwin Squire
                                            225 Asylum Street
                                            Hartford, CT 06103
                                            Telephone:  (860) 293-3500
                                            Facsimile:  (860) 293-3555
                                            Email:  jballou@llgm.com

                                            Defendants Nationwide Financial Services Inc.
                                            and Nationwide Life Insurance Co.

                                            Charles C. Platt, Esq. (CT 23036)
                                            Wilmer Cutler Pickering Hale and Dorr LLP
                                            399 Park Avenue
                                            New York, NY  10022
                                            Telephone:    (212) 230-8800
                                            Facsimile:    (212) 230-8888

                                            Daniel H. Squire, Esq. (*application for admission
                                                    pro hac vice pending*)
                                            Sam Broderick-Sokol, Esq.
                                            Wilmer Cutler Pickering Hale and Dorr LLP
                                            2445 M Street, N.W.
                                            Washington, D.C. 20037
                                            Telephone: (202) 663-6000
                                            Facsimile:  (202) 663-6363

3

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan,

     PLAINTIFFS,

          v.

NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,

     DEFENDANTS.

CIVIL ACTION NO.:

3:01CV1552 (SRU)

April 20, 2006

## AFFIDAVIT OF DANIEL H. SQUIRE

I, Daniel H. Squire, hereby depose and say as follows:

1.     I am a partner of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 2445 M Street, NW, Washington, DC 20037, and am duly admitted to practice law in the District of Columbia.

2.     My telephone number is 202-663-6060, my fax number is 202-663-6363, and email address is daniel.squire@wilmerhale.com.

3.    I have personal knowledge of the facts stated in this Affidavit and, if called and sworn as a witness, I could and would competently testify to the truth of the matters stated herein.

4.    I make this Affidavit in support of the motion for my admission as a Visiting Lawyer to this Court for the purpose of representing defendants in all phases, including discovery and trial, of this matter.

5.    Defendants requested that my law firm, Wilmer Cutler Pickering Hale and Dorr LLP, represent them in this case and has retained the firm to do so.

6.    I have been a member in good standing of the Bar of the District of Columbia since 1980. I am admitted to practice in all the courts of the District of Columbia.

7.    I have not been denied admission or disciplined by this Court or any other court.

8.    I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

9.    I will immediately notify this Court of any matter affecting my standing at the Bar of any other court.

10.    For the foregoing reasons, I respectfully request that I be admitted as a Visiting Lawyer to this Court for the purpose of representing the defendants in connection with this matter.

11.    The affiant says nothing further.

Signed and sworn under the pains and penalties of perjury this 19th day of April, 2006.

Daniel H. Squire, Affiant

2

Signed and sworn to before me,
the undersigned authority, this
19th day of April, 2006, to certify
which witness my hand and seal
of office.

_____
NOTARY PUBLIC – DISTRICT OF COLUMBIA

ANDREA D. WILLIS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires February 28, 2009

3

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent via Federal Express on this 20th day

of April 2006, to the following:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

Jessica A. Ballou