UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lou Haddock, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, et. al., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 01-CV-1552 |
| Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company, | § § § § § | |
| Defendants. | § | April 24, 2006 |

**MOTION FOR EXTENSION OF TIME**

Plaintiffs hereby move the Court, pursuant to Rule 7(b)(1) of the Local Rules of Civil Procedure, for an initial extension of time of ten (10) calendar days until and including May 22, 2006 within which to file its Opposition to Defendants' Motion to Dismiss Fifth Amended Class Action Complaint. Defendants have no objection to this request.

Respectfully submitted,

/s/
Richard A. Bieder (ct 04208)
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421 (Tel)
203-368-3244 (Fax)

Roger L. Mandel
Texas Bar No. 12891750
Marc R. Stanley
Texas Bar No. 19046500
Roger L. Mandel
Texas Bar No. 12891750
Martin Woodward
Texas Bar No. 00797693

STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205
214-443-4300
214-443-0358 (Fax)

Gregory G. Jones
Texas Bar No. 10889370

LAW FIRM OF GREGORY G. JONES PC
603 S. Main Street, Suite 200
Grapevine, Texas 76051
817-424-9001
817-424-1665 (Fax)

**PLAINTIFFS' COUNSEL**

## **CERTIFICATION**

I hereby certify that on this 24th day of April, 2006 I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Dennis F. Kerrigan, Jr., Esq.
LeBoeuf Lamb Greene & MacRae
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

Charles C. Platt, Esq.
Wilmer, Cutler & Pickering
399 Park Avenue
New York, New York 10022-4697

Daniel H. Squire, Esq.
Sam Broderick-Sokol, Esq.
Wilmer, Cutler & Pickering
2445 M. Street, N.W.
Washington, D.C.  20037

                                                   /s/
                                          Richard A. Bieder