## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan,<br><br>    PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552 (SRU)<br><br><br><br>May 3, 2006 |

### NOTIFICATION OF CHANGE OF ADDRESS

Please note that, effective May 1, 2006, the mailing address for attorneys Daniel H. Squire and Sam Broderick-Sokol, and the main address for Wilmer Cutler Pickering Hale and Dorr LLP in Washington, D.C., has been changed to: 1875 Pennsylvania Ave., N.W., Washington, D.C., 20006. The telephone and fax numbers previously used in this action remain the same. The address and numbers for attorney Charles Platt also remain the same.

Respectfully submitted,

Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co.

By:    /s/ Jessica A. Ballou
Dennis F. Kerrigan, Jr. (CT 09621)
Brian O'Donnell (CT 16041)
Jessica A. Ballou (CT 22253)
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Squire
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555
Email: jballou@llgm.com

Charles C. Platt, Esq. (CT 23036)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone:(212) 230-8800
Facsimile: (212) 230-8888

Daniel H. Squire, Esq.
Sam Broderick-Sokol, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

## CERTIFICATION

I hereby certify that on this 3rd day of May 2006, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

/s/ Jessica A. Ballou

2