# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER: 3:01CV1552(SRU)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Nationwide Financial Services, Inc. and
Nationwide Life Insurance Company., Defendants

___5/3/06___
Date

___phv01012___
Connecticut Federal Bar Number

___(202) 663-6060___
Telephone Number

___(202) 663-6363___
Fax Number

___daniel.squire@wilmerhale.com___
E-mail address

_____
Signature

Daniel H. Squire
Print Clearly or Type Name

1875 Pennsylvania Avenue, N.W.
Address

Washington, DC 20006

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

See Attached Service List

_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24

## SERVICE LIST

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205