# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan,<br><br>PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552 (SRU)<br><br><br>June 6, 2006 |

### DECLARATION OF JESSICA A. BALLOU
### IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM
### IN SUPPORT OF MOTION TO DISMISS
### PLAINTIFFS' FIFTH AMENDED CLASS ACTION COMPLAINT

JESSICA A. BALLOU declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at the firm of LeBoeuf, Lamb, Greene & MacRae LLP, counsel for Defendants Nationwide Financial Services and Nationwide Life Insurance Company in this action. I am admitted to the bar of the State of Connecticut.

2. This declaration is made upon my personal knowledge and I am competent to testify as to the facts set forth herein.

3. Defendants submit the following documents, which are cited on page 10 of their Reply Memorandum in Support of Motion to Dismiss Plaintiffs' Fifth Amended Class Action Complaint.

4. Attachment 1 is a true and correct copy of the Supplemental Memorandum in Support of Defendants' Motion for Summary Judgment dated July 6, 2004 (Docket 239).

5. Attachment 2 is a true and correct copy of the Supplemental Reply Memorandum in Support of Defendants' Motion for Summary Judgment dated August 27, 2004 (Docket 249).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2006, at Hartford, Connecticut

*[signature]*
Jessica A. Ballou, Esq. (CT 22253)
LeBoeuf, Lamb, Greene & MacRae LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555
jballou@llgm.com

## **CERTIFICATION**

I hereby certify that on this 6th day of June 2006, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX 76051

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

_____
Jessica A. Ballou