UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Dye Company Inc. 401(k) Profit-Sharing Plan, et al.,<br>    Plaintiffs,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., et al.,<br>    Defendants. | Civil Action No.<br>3:01cv1552 (SRU) |

## CONFERENCE MEMORANDUM

On October 9, 2007, I held a phone conference on the record with Marc Stanley, Richard Bieder, Roger Mandel, Martin Woodward, and Gregory Jones, representing the plaintiffs; and Dennis Kerrigan, Charles Platt, and Daniel Squire, representing the defendants. The purpose of the conference was to discuss scheduling. As a result of the discussion, I set the following deadlines.

Defendants shall file an answer to the complaint by **October 12, 2007**. Plaintiffs shall file their motion for class certification, and any revised expert report, by **November 15, 2007**. Discovery on the motion for class certification shall conclude by **February 15, 2008**. Defendants shall file their response to the motion for class certification by **April 1, 2008**. Plaintiffs shall file their reply by **May 1, 2008**. Discovery on the merits of the litigation shall commence immediately.

Dated at Bridgeport, Connecticut, this 9th day of October 2007.

/s/
Stefan R. Underhill
United States District Judge