UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, EDWARD KAPLAN as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, DENNIS FERDON as trustee of the Anderson & Ferdon Deferred Compensation Plan,<br><br>    PLAINTIFFS,<br><br>v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANTS. | CIVIL ACTION NO:<br><br>3:01CV1552(SRU) |

**PLAINTIFFS' NOTICE OF MOTION AND
MOTION TO DISMISS NATIONWIDE'S AMENDED COUNTERCLAIMS**

Plaintiffs respectfully request that this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), enter an order dismissing all three counts of the counterclaims filed against them by Defendants, Nationwide Financial Services, Inc., and Nationwide Life Insurance Co. (collectively, "Nationwide") in Defendants' Answer to Plaintiffs' Fifth Amended Complaint and Amended Counterclaims [Docket No. 290].

Plaintiffs' motion is made, pursuant to Federal Rule of Civil Procedure 12(b)(6), on the grounds that Nationwide's counterclaims fail to state a claim upon which relief can be granted.

Plaintiffs' request is based on this Motion, the Memorandum of Law in Support of this Motion, all papers and records on file with the clerk or which may be submitted prior to or at the

time of the hearing, and any further evidence which may be submitted at the hearing of this matter.

                    Respectfully submitted,

*/s/ Roger L. Mandel*
_____
Marc R. Stanley
Federal Bar No. ct18179
Roger L. Mandel
Federal Bar No. ct18180
Martin Woodward
Federal Bar No. ct25263
STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205
214-443-4300
214-443-0358 (Fax)


Richard A. Bieder
Federal Bar No. ct04208
Antonio Ponvert, III
Federal Bar No. ct17516
KOSKOFF KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)


Gregory G. Jones
Federal Bar No. ct23443
LAW FIRM OF GREGORY G. JONES PC
2400 Scott Avenue
Fort Worth, Texas 76103-2200
817-531-3000
817-535-3046 (Fax)

**PLAINTIFFS' COUNSEL**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on November 1, 2007, a copy of Plaintiffs' Notice of Motion and Motion to Dismiss Nationwide's Amended Counterclaims was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dennis F. Kerrigan, Jr.
LeBoeuf, Lamb, Greene & MacRae
Goodwin Square
225 Asylum Street
Hartford, CT  06103

Charles C. Platt
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
399 Park Avenue
New York, NY 10022

Mr. Daniel H. Squire
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

*/s/ Roger L. Mandel*
_____
                    Roger L. Mandel