# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, PETER WIBERG, as trustee of the Crown Tool & Die Deferred Compensation Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center Deferred Compensation Plan, RONALD SIMON as trustee of the Hartford Roofing, Inc. Deferred Compensation Plan, CARL ANDERSON For the Anderson & Ferdon Deferred Compensation Plan, <br><br>    PLAINTIFFS, <br><br> v. <br><br> NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., <br><br>    DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO: <br><br> 3:01CV1552(SRU) <br><br><br><br><br><br><br><br><br><br><br><br><br><br> NOVEMBER 14, 2007 |

## MOTION TO SUBSTITUTE PLAINTIFFS

The plaintiffs herein move to substitute:

Christopher Anderson in place of Dennis A. Ferdon as Trustee of the Anderson Law Firm, P.C. 401(k) Profit Sharing Plan and Trust, formerly the Anderson & Ferdon, P.C. Section 401(k) Profit Sharing Plan.

Defendants do not object to this substitution.

  /s/_____
Antonio Ponvert III
Federal Bar No. ct17516
Richard A. Bieder
Federal Bar No. ct04208
KOSKOFF KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)


Gregory G. Jones
Texas Bar No. 10889370
LAW FIRM OF GREGORY G. JONES PC
2400 Scott Avenue
Fort Worth, Texas 76103-2200
817-531-3000
817-535-3046 (Fax)


Marc R. Stanley
Texas Bar No. 19046500
Roger L. Mandel
Texas Bar No. 12891750
Martin Woodward
Texas Bar No. 00797693
STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas  75205
214-443-4300
214-443-0358 (Fax)
**PLAINTIFFS' COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of November, 2007, 1 electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Dennis F. Kerrigan, Jr.
Dewey & LeBoeuf
Goodwin Square
225 Asylum Street
Hartford, CT  06103

Charles C. Platt
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
399 Park Avenue
New York, NY 10022

Mr. Daniel H. Squire
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

                                                           _____/s/_____
                                                           Antonio Ponvert