UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan, <br>   PLAINTIFFS, <br><br> v. <br><br> NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., <br>   DEFENDANTS. | 01CV-1552 (SRU) <br><br><br><br> NOVEMBER 14, 2007 |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), plaintiff Lou Haddock, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan hereby dismisses his claims and the plan's claims as named plaintiff in the case, without prejudice to their rights as unnamed class members.

Respectfully submitted,

_____/s/_____
Antonio Ponvert III (ct17516)

Richard A. Bieder
Federal Bar No. ct04208

KOSKOFF KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)

Marc R. Stanley
Federal Bar No. ct18179
Roger L. Mandel
Federal Bar No. ct18180

STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205
214-443-4300
214-443-0358 (Fax)

Gregory G. Jones
Federal Bar No. ct23443

LAW FIRM OF GREGORY G. JONES PC
603 S. Main Street, Ste 200
Grapevine, Texas 76051
817-424-9001
817-424-1665 (Fax)

**PLAINTIFFS' COUNSEL**

## **CERTIFICATION**

I hereby certify that on this 14th day of November, 2007 I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Dennis F. Kerrigan, Jr., Esq.
Dewey & LeBoeuf
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103

Charles C. Platt, Esq.
Wilmer, Cutler & Pickering
399 Park Avenue
New York, New York 10022-4697

Daniel H. Squire, Esq.
Sam Broderick-Sokol, Esq.
Wilmer, Cutler & Pickering
2445 M. Street, N.W.
Washington, D.C.  20037

\_\_\_/s/_____
Antonio Ponvert