UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, ET AL., | Civil Action No.: |
| Plaintiffs, | 3:01CV1552 (SRU) |
| v. | |
| NATIONWIDE FINANCIAL SERVICES, INC., ET AL. | |
| Defendants. | November 14, 2007 |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF HEATH A. BROOKS**

Pursuant to Rule 83.1(d) of the Local Rules of this Court, Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company hereby move for an order allowing the admission of Heath A. Brooks as a visiting attorney to argue or try the above-referenced case in whole or in part as counsel.

This motion is based on the attached Affidavit of Heath A. Brooks, which notes that he is an attorney practicing with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, in Washington, D.C., and a member in good standing of the bars of the State of New York, the District of Columbia, and the United States Court of Appeals for the Sixth Circuit.

Dated: November 14, 2007    By: _____
Dennis F. Kerrigan, Jr. (CT 09621)
Brian O'Donnell (CT 16041)
Dewey & LeBoeuf LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:    (860) 293-3500
Facsimile:    (860) 293-3555

Charles C. Platt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone:    (212) 230-8800
Facsimile:    (212) 230-8888

Daniel H. Squire, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

## CERTIFICATION

I hereby certify that on this 14th day of November, 2007, I served the foregoing via overnight delivery on the following:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street
Suite 200
Grapevine, TX 76051

Marc Stanley, Esq.
Roger Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____
Brian O'Donnell