UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, ET AL., | : Civil Action No.: |
| Plaintiffs, | : 3:01CV1552 (SRU) |
| v. | : |
| NATIONWIDE FINANCIAL SERVICES, INC., ET AL. | : |
| Defendants. | : November 13, 2007 |

**AFFIDAVIT OF HEATH A. BROOKS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned, Heath A. Brooks, having been duly sworn, hereby deposes and says:

1. I am an attorney practicing law with the firm Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006, telephone number (202) 663-6973, facsimile number (202) 663-6363, and email address heath.brooks@wilmerhale.com;

2. I make this affidavit in support of the motion for my admission *pro hac vice* on behalf of Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company;

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice. I am a member of the bars of the State of New York, the District of Columbia, and the United States Court of Appeals for the Sixth Circuit;

4. I have not been denied admission or disciplined by this Court or any other court;

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut;

6. Further affiant sayeth naught.

USIDOCS 6441289v1

Dated at Washington, DC this 13th day of November 2007.

*Heath A. Brooks*
_____
Heath A. Brooks

Subscribed and sworn to before me
this  13  day of November, 2007.

*Teresa L. Shirley*
_____
Notary Public
My Commission Expires: 4/30/11