UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Lou Haddock, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, et. al., <br><br>    Plaintiffs, <br><br>v. <br><br>Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company, <br><br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : Case No. 01-CV-1552 (SRU) <br> : <br> : <br> : <br> : <br> : <br> : November 15, 2007 |

**NOTICE OF MANUAL FILING OF
APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION BASED ON FIFTH AMENDED COMPLAINT**

Plaintiffs give notice of the manual filing of Appendix in Support of Plaintiffs' Motion for Class Certification Based on Fifth Amended Complaint, attached hereto. A copy of this document has been manually served upon all parties.

Respectfully submitted,

_____
Richard A. Bieder
Federal Bar No. ct04208
Antonio Ponvert, III
Federal Bar No. ct17516
KOSKOFF KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)

Marc R. Stanley
Federal Bar No. ct18179
Roger L. Mandel
Federal Bar No. ct18180
Martin Woodward

    Federal Bar No. ct25263
STANLEY, MANDEL & IOLA, L.L.P.
3100 Monticello Avenue, Suite 750
Dallas, Texas  75205
214-443-4300
214-443-0358 (Fax)

Gregory G. Jones
Federal Bar No. ct23443
LAW FIRM OF GREGORY G. JONES PC
603 S. Main Street, Suite 200
Grapevine, Texas 76051
817-424-9001
817-424-1665 (Fax)

**PLAINTIFFS' COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing were served this 15th day of November, 2007, upon the following counsel via the methods indicated:

| Counsel | Method |
|---|---|
| Dennis F. Kerrigan, Jr.<br>LeBoeuf, Lamb, Greene & MacRae<br>Goodwin Square<br>225 Asylum Street<br>Hartford, CT  06103 | ❒ via certified mail, RRR<br>√ via fax 860/293-3555<br>√ via first-class, U.S. mail<br>❒ via overnight delivery<br>❒ via hand delivery |
| Charles C. Platt<br>Wilmer Cutler & Pickering<br>399 Park Avenue<br>New York, NY 10022 | ❒ via certified mail, RRR<br>√ via fax 212/230-8888<br>√ via first-class, U.S. mail<br>❒ via overnight delivery<br>❒ via hand delivery |
| George E. Anhang<br>LeBoeuf, Lamb, Greene & MacRae<br>1875 Connecticut Avenue, NW<br>Suite 1200<br>Washington, DC  10009 | ❒ via certified mail, RRR<br>√ via fax 202/986-8102<br>√ via first-class, U.S. mail<br>❒ via overnight delivery<br>❒ via hand delivery |

_____
Richard A. Bieder