UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, ET AL., | Civil Action No.: |
| Plaintiffs, | 3:01CV1552 (SRU) |
| v. | |
| NATIONWIDE FINANCIAL SERVICES, INC., ET AL. | |
| Defendants. | November 20, 2007 |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF MARK L. BIETER**

Pursuant to Rule 83.1(d) of the Local Rules of this Court, Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company hereby move for an order allowing the admission of Mark L. Bieter as a visiting attorney to argue or try the above-referenced case in whole or in part as counsel.

This motion is based on the attached Affidavit of Mark L. Bieter, which notes that he is an attorney practicing with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, in Washington, D.C., and a member in good standing of the bars of the State of Maryland, the District of Columbia, and the United States Court of Appeals for the Fourth Circuit.

Dated: November 20, 2007        By: _/s/_____
Dennis F. Kerrigan, Jr. (CT 09621)
Brian O'Donnell (CT 16041)
Dewey & LeBoeuf LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:    (860) 293-3500
Facsimile:    (860) 293-3555

Charles C. Platt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone:    (212) 230-8800
Facsimile:    (212) 230-8888

Daniel H. Squire, Esq.
Heath A. Brooks, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:    (202) 663-6000
Facsimile:    (202) 663-6363

## CERTIFICATION

I hereby certify that on this 20th day of November, 2007, I served the foregoing via facsimile and first-class mail on the following counsel of record.

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
630 E. Southlake Boulevard
Suite 110
Southlake, TX 76092

Marc Stanley, Esq.
Roger Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____
Brian O'Donnell

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, ET AL., | Civil Action No.: |
| Plaintiffs, | 3:01CV1552 (SRU) |
| v. | |
| NATIONWIDE FINANCIAL SERVICES, INC., ET AL. | |
| Defendants. | November 19, 2007 |

**AFFIDAVIT OF MARK L. BIETER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned, Mark L. Bieter, having been duly sworn, hereby deposes and says:

1. I am an attorney practicing law with the firm Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006, telephone number (202) 663-6126, facsimile number (202) 663-6363, and email address mark.bieter@wilmerhale.com;

2. I make this affidavit in support of the motion for my admission *pro hac vice* on behalf of Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company;

3. I am a member in good standing in every jurisdiction in which I have been admitted to practice. I am a member of the bars of Maryland, the District of Columbia, and the United States Court of Appeals for the Fourth Circuit.

4. I have not been denied admission or disciplined by this Court or any other court;

5. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut;

6. Further affiant sayeth naught.

Dated at Washington, D.C. this 19th day of November 2007.

_____
Mark L. Bieter

Subscribed and sworn to before me
this 19th day of November, 2007.


_____
Notary Public
My Commission Expires: 8-14-2012