# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, ET AL., | : CIVIL ACTION NO.: |
| PLAINTIFFS, | : 3:01CV1552 (SRU) |
| v. | : |
| NATIONWIDE FINANCIAL SERVICES INCORPORATED, ET AL. | : NOVEMBER 21, 2007 |
| DEFENDANTS. | : |

### DECLARATION OF BRIAN O'DONNELL
### IN SUPPORT OF NATIONWIDE'S MEMORANDUM OF LAW
### IN OPPOSITION TO PLAINTIFFS' MOTION TO DIMSISS
### NATIONWIDE'S AMENDED COUNTERCLAIMS

I, BRIAN O'DONNELL, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at the firm of Dewey & LeBoeuf LLP, counsel for Defendants Nationwide Financial Services and Nationwide Life Insurance Company in this action. I am admitted to the bar of the State of Connecticut.

2. This declaration is made upon my personal knowledge and I am competent to testify as to the facts set forth herein.

3. Defendants submit this declaration and its attachment in support of their Memorandum Of Law In Opposition To Plaintiffs' Motion To Dismiss Nationwide's Amended Counterclaims.

4. The document attached hereto as Exhibit A is a true and correct copy of selected pages from the transcript of the March 4, 2003 deposition of Peter Wiberg.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 21, 2007, at Hartford, Connecticut.

                                                    _____
Brian O'Donnell, Esq. (CT 16041)
Dewey & LeBoeuf, L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:  (860) 293-3500
Facsimile:  (860) 293-3555
bodonnell@dl.com

## **CERTIFICATION**

The undersigned hereby certifies that on November 21, 2007, a copy of the foregoing Declaration was filed electronically, served by mail on the following counsel of record, and should be sent by e-mail to the same counsel by operation of the Court's electronic filing system:

    Richard A. Bieder, Esq.
    Antonio Ponvert III, Esq.
    Koskoff, Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, CT 06604

    Gregory G. Jones, Esq.
    Law Firm of Gregory G. Jones, P.C.
    630 E. Southlake Boulevard
    Suite 110
    Southlake, TX 76092

    Marc Stanley, Esq.
    Roger Mandel, Esq.
    Stanley, Mandel & Iola
    3100 Monticello Avenue
    Suite 750
    Dallas, TX 75205

_____
Brian O'Donnell

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, ET. AL., | : | CIVIL ACTION NO.: |
| | : | |
| PLAINTIFFS, | : | 3: 01-CV-1552 (SRU) |
| v. | : | |
| | : | |
| NATIONWIDE FINANCIAL SERVICES INCORPORATED, ET AL. | : | |
| | : | |
| DEFENDANTS. | : | NOVEMBER 21, 2007 |

**NOTICE OF MANUAL FILING OF CONFIDENTIAL DOCUMENT**

Defendants give notice of the manual filing of a Confidential Document consisting of selected pages from the March 4, 2003 deposition transcript of Peter Wiberg.

DEFENDANTS,

By: /s/
Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
Dewey & LeBoeuf, LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555
dkerrigan@dl.com
bodonnell@dl.com

## CERTIFICATION

The undersigned hereby certifies that on November 21, 2007, a copy of the foregoing Notice was filed electronically, served by mail on the following counsel of record, and should be sent by e-mail to the same counsel by operation of the Court's electronic filing system:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
630 E. Southlake Boulevard
Suite 110
Southlake, TX 76092

Marc Stanley, Esq.
Roger Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Brian O'Donnell