UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, ET AL., | : |
| PLAINTIFFS, | : |
| v. | : CASE NO. 01-CV-1552 (SRU) |
| NATIONWIDE FINANCIAL SERVICES INCORPORATED, ET AL. | : |
| DEFENDANTS. | : NOVEMBER 21, 2007 |

## MOTION TO FILE UNDER SEAL

Pursuant to the Order of the Court dated February 3, 2003 (Droney, J), and Rule 5(e)(2) of the Local Rules of Civil Procedure, Defendants Nationwide Financial Services, Inc., and Nationwide Life Insurance Company (collectively, "Nationwide"), hereby move to seal certain pages of the transcript of the deposition of Plaintiff Peter Wiberg, which Nationwide has attached as Exhibit A to the Declaration of Brian O'Donnell in Support of Nationwide's Memorandum of Law in Opposition to Plaintiffs' Motion to Dismiss Nationwide's Amended Counterclaims, filed on this date.

The ground for this motion is that the parties have stipulated that deposition transcripts are confidential, and Nationwide thus anticipates that Plaintiffs will view the referenced deposition pages as confidential. Nationwide leaves it to Plaintiffs to supplement this argument if they so choose.

WHEREFORE, Nationwide moves to seal Exhibit A to the Declaration of Brian O'Donnell in Support of Nationwide's Memorandum of Law in Opposition to Plaintiffs' Motion to Dismiss Nationwide's Amended Counterclaims, dated November 21, 2007.

Dated: November 21, 2007

By: _____
Dennis F. Kerrigan, Jr. (CT 09621)
Brian O'Donnell (CT 16041)
Dewey & LeBoeuf LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:   (860) 293-3500
Facsimile:   (860) 293-3555

Charles C. Platt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone:   (212) 230-8800
Facsimile:   (212) 230-8888

Daniel H. Squire, Esq.
Heath A. Brooks, Esq. (phv02293)
Mark L. Bieter, Esq. (phv02294)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:   (202) 663-6000
Facsimile:   (202) 663-6363

## CERTIFICATION

The undersigned hereby certifies that on November 21, 2007, a copy of the foregoing Motion to File Under Seal was filed electronically, served by mail on the following counsel of record, and should be sent by e-mail to the same counsel by operation of the Court's electronic filing system.

>Richard A. Bieder, Esq.
>Antonio Ponvert III, Esq.
>Koskoff, Koskoff & Bieder
>350 Fairfield Avenue
>Bridgeport, CT 06604
>
>Gregory G. Jones, Esq.
>Law Firm of Gregory G. Jones, P.C.
>630 E. Southlake Boulevard
>Suite 110
>Southlake, TX 76092
>
>Marc Stanley, Esq.
>Roger Mandel, Esq.
>Stanley, Mandel & Iola
>3100 Monticello Avenue
>Suite 750
>Dallas, TX 75205

_____
Brian O'Donnell