UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 NOV 26  A 9: 37
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| LOU HADDOCK, ET. AL., | CIVIL ACTION NO.: |
| PLAINTIFFS, | 3: 01-CV-1552 (SRU) |
| v. | |
| NATIONWIDE FINANCIAL SERVICES INCORPORATED, ET AL. | |
| DEFENDANTS. | NOVEMBER 21, 2007 |

**NOTICE OF MANUAL FILING OF CONFIDENTIAL DOCUMENT**

Defendants give notice of the manual filing of a Confidential Document consisting of selected pages from the March 4, 2003 deposition transcript of Peter Wiberg.

DEFENDANTS,

By: _____
Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
Dewey & LeBoeuf, LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555
dkerrigan@dl.com
bodonnell@dl.com

## CERTIFICATION

The undersigned hereby certifies that on November 21, 2007, a copy of the foregoing Notice was filed electronically, served by mail on the following counsel of record, and should be sent by e-mail to the same counsel by operation of the Court's electronic filing system:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
630 E. Southlake Boulevard
Suite 110
Southlake, TX 76092

Marc Stanley, Esq.
Roger Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____
Brian O'Donnell