# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

LOU HADDOCK, et al                          :
      Plaintiffs,                         :
                                   :
                                   :
      v.                                    :    NO. 3:01 CV 1552 (SRU)
                                   :
NATIONWIDE FINANCIAL SVCS, INC., et al :
      Defendants.                         :

# REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge   Garfinkel   for the following purpose:

____      All purposes except trial, unless the parties consent to trial before the Magistrate Judge

____      A ruling on all pretrial motions except dispositive motions

____      To supervise discovery and resolve discovery disputes

_XX_      A request for an in camera review of documents relating to issues raised in:

             **doc. #74 Motion to Compel**, and granted in part and denied in part in **doc. #96 (order) by Judge Garfinkel**

____      A settlement conference

____      A conference to discuss the following: _____

____      Other: _____

SO ORDERED this 27th day of December 2007, at Bridgeport, Connecticut.

                                   /s/ Stefan R. Underhill
_____  Stefan R. Underhill
                                   United States District Judge