UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die, Company, Inc. 401-K Profit Sharing Plan, et al., : : : : | |
| PLAINTIFFS, : : | CIVIL ACTION NO.: 3:01CV1552(CFD) |
| v. : : | |
| NATIONWIDE FINANCIAL SERVICES INC., et al., : : : | |
| DEFENDANTS.    :: | January 23, 2008 |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Pursuant to District of Connecticut Local Rule 7(e), Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company (collectively "Nationwide") move for leave to withdraw the appearance of Sam Broderick-Sokol as counsel for Nationwide in the above-captioned matter. Mr. Broderick-Sokol represented Nationwide in conjunction with his affiliation with the firm Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), but Mr. Broderick-Sokol is no longer affiliated with WilmerHale and no longer participates in the representation of Nationwide in this matter. Nationwide continues to be represented by other WilmerHale attorneys, including Charles C. Platt, and also by attorneys from Dewey & LeBoeuf LLP, including Dennis F. Kerrigan, Jr. and the undersigned. Nationwide is aware of, and consents to, the withdrawal of Mr. Broderick-Sokol's appearance.

WHEREFORE, the undersigned respectfully requests that this motion for leave to withdraw the appearance of Sam Broderick-Sokol be granted.

By: *(signature)*
Dennis F. Kerrigan, Jr. (CT 69621)
Brian O'Donnell (CT 16041)
Dewey & LeBoeuf L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555


Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8860
Facsimile: (212) 230-8888


Daniel H. Squire
Mark Bieter
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

CERTIFICATION

The undersigned hereby certifies that on January 23, 2008, a copy of the foregoing Motion for Leave to Withdraw Appearance was filed electronically with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the following:

Marc Stanley, Esq.
Roger Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue, Suite 750
Dallas, TX 75205
Telephone: (214) 443-4300
Facsimile: (214) 443-0358

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
630 E. Southlake Boulevard, Suite 110
Southlake, TX 76092
Telephone: (817) 424-9001
Facsimile: (817) 424-1665

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
Telephone: (203) 336-4421
Facsimile: (203) 368-3244

Dennis F. Kerrigan, Jr. (CT 09621)
Brian O'Donnell (CT 16041)
Dewey & LeBoeuf LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555

Charles C. Platt, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Daniel H. Squire, Esq.
Heath A. Brooks, Esq. (phv02293)
Mark L. Bieter, Esq. (phv02294)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

_____
Brian O'Donnell