UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as Trustee of the Flyte Tool & Die Company, Inc. 401-k Profit Sharing Plan, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br>    Defendants. | CIVIL ACTION NO.<br>3:01cv1552 (SRU) |

## ORDER ON SUPPLEMENTAL BRIEFING

At the motion hearing held on February 8, 2008, defense counsel made an oral motion, which I granted, to submit supplemental briefing on the issue whether the defendants' contribution claim should apply to any disgorgement award for the plaintiffs. In order to prevent any lingering confusion on what issues the briefing should address, I am clarifying the question presented as follows:

> Why a counterclaim for contribution against the Trustees states a claim with respect to any award requiring the defendants to disgorge to the Plans the value of the "revenue sharing payments" when the defendants do not allege that the Trustees received any monetary or other direct benefit from the revenue sharing payments, and why an offset to such disgorgement award would not be an adequate way to account for the value of any indirect benefit the Plans may have received as a result of the revenue sharing payments?

I set the following schedule:

The defendants' brief is due by **February 29, 2008**.

The plaintiffs' response is due by **March 21, 2008**.

The defendants reply brief is due by **April 2, 2008**.

It is so ordered.

Dated at Bridgeport, Connecticut, this 12th day of February 2008.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge