UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan,<br><br>　　PLAINTIFFS,<br><br>　　　　v.<br><br>NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,<br><br>　　DEFENDANTS. | CIVIL ACTION NO.:<br><br>3:01CV1552 (SRU) |

**NOTICE OF MANUAL FILING OF REDACTED
CONFIDENTIAL APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION BASED ON FIFTH AMENDED COMPLAINT**

Please take notice that Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company (collectively, "Nationwide"), have manually filed the attached Redacted Confidential Appendix pursuant to the Court's Order of November 27, 2007 [316] granting Motion to Seal.

The attached document has not been filed electronically because the electronic file size of the document exceeds 1.5 MB. This Notice, with attachment, has been manually served on all parties.

Dated: February 19, 2008

Respectfully submitted,

Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co.

By: _____
Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
Dewey & LeBoeuf LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:   (860) 293-3500
Facsimile:  (860) 293-3555

Charles C. Platt, Esq. (CT 23036)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
Telephone:   (212) 230-8800
Facsimile:   (212) 230-8888

Daniel H. Squire, Esq.
Mark Bieter, Esq.
Heath A. Brooks, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363

## **CERTIFICATION**

This is to certify that a true and correct copy of the Notice was filed electronically and the Notice with attachments were filed via Federal Express (next day service) on this 19th day of February 2008 on the following counsel of record:

Richard A. Bieter, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
630 E. Southlake Blvd., Suite 110
Southlake, TX 76092

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____
Dennis F. Kerrigan, Jr.