UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, et al., | : : : | CIVIL ACTION NO.: 3:01CV1552 (SRU) |
| PLAINTIFFS, | : : | |
| v. | : : | |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., | : : : | |
| DEFENDANTS. | : | |

**DEFENDANTS' UNOPPOSED MOTION TO AMEND THE SCHEDULE
FOR COMPLETION OF CLASS DISCOVERY AND BRIEFING
ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company (collectively, "Nationwide"), by their undersigned counsel, hereby move to amend the schedule for completion of class discovery and briefing on Plaintiffs' motion for class certification. Plaintiffs, through counsel, do not oppose this motion.

The Court's October 9, 2007 Conference Memorandum [Doc. #289] provides, inter alia, that discovery on Plaintiffs' motion for class certification was to be concluded by February 15, 2008; that Defendants are to file their response to the motion by April 1, 2008; and that Plaintiffs are to file their reply by May 1, 2008.

Prior to the conclusion of the period for class discovery, Plaintiffs noticed a 30(b)(6) deposition of Defendants, and requested several categories of documents, on topics relating to the motion for class certification. The 30(b)(6) deposition was scheduled for February 20, 2008, until Plaintiffs' counsel requested on February 15, 2008 that the deposition be rescheduled to allow time for their review of documents previously produced and for the parties to discuss

issues raised in Plaintiffs' counsel's February 14, 2008 letter regarding the production of additional documents. The parties have agreed to reschedule that deposition for April 16, 2008, following Defendants' production of additional documents and allowing sufficient time for Plaintiffs' counsel's review. There is currently no deadline for completion of discovery on the merits.

The Court's Conference Memorandum provided for Defendants' filing of their response to Plaintiff's motion for class certification six weeks following the completion of class discovery. Based on the delay in scheduling Defendants' 30(b)(6) deposition on topics relating to the motion for class certification, Defendants request seven business days following that deposition to file their response.

Accordingly, Defendants respectfully request an amendment to the existing schedule to provide for (1) the completion of discovery on the motion for class certification by April 16, 2008, (2) Defendants' filing of their response to the motion for class certification by April 25, 2008, and (3) Plaintiffs' filing of their reply by May 28, 2008.

Dated: March 11, 2008

Defendants Nationwide Financial Services Inc.
and Nationwide Life Insurance Co.

By: _____
Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
Dewey & LeBoeuf, L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555

- 3 -

       Charles C. Platt, Esq. (CT 23036)
       Wilmer Cutler Pickering Hale and Dorr LLP
       399 Park Avenue
       New York, NY 10022
       Telephone: (212) 230-8800
       Facsimile: (212) 230-8888

       Daniel H. Squire, Esq.
       Mark Bieter, Esq.
       Heath A. Brooks, Esq.
       Wilmer Cutler Pickering Hale and Dorr LLP
       1875 Pennsylvania Ave., N.W.
       Washington, D.C. 20006
       Telephone: (202) 663-6000
       Facsimile: (202) 663-6363

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L OU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., <br><br> DEFENDANTS. | CIVIL ACTION NO.: <br><br> 3:01CV1552 (SRU) |

## ORDER AMENDING SCHEDULE

Defendants have made a motion to amend the schedule for completion of class discovery and briefing on Plaintiffs' motion for class certification, which Plaintiffs do not oppose.

The deadlines established in my October 9, 2007 Conference Memorandum [Doc. #289] are revised as follows:

Outstanding discovery on the motion for class certification shall conclude by **April 16, 2008.**

Defendants shall file their response to the motion for class certification by **April 25, 2008.**

Plaintiffs shall file their reply by **May 28, 2008.**

Dated at Bridgeport, Connecticut, this ___ day of March, 2008.

_____
Stefan R. Underhill
United States District Judge

## **CERTIFICATION**

I hereby certify that on this 11th day of March, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Richard A. Bieter, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
630 E. Southlake Blvd., Suite 110
Southlake, TX 76092

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____
Brian O'Donnell