UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2008 MAR 19 A 8: 59
US DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., <br><br> DEFENDANTS. | CIVIL ACTION NO. <br><br> 3:01CV1552 (SRU) |

### ORDER AMENDING SCHEDULE

Defendants have made a motion to amend the schedule for completion of class discovery and briefing on Plaintiffs' motion for class certification, which Plaintiffs do not oppose.

The deadlines established in my October 9, 2007 Conference Memorandum [Doc. #289] are revised as follows:

Outstanding discovery on the motion for class certification shall conclude by **April 16, 2008.**

Defendants shall file their response to the motion for class certification by **April 25, 2008.**

Plaintiffs shall file their reply by **May 28, 2008.**

Dated at Bridgeport, Connecticut, this 18th day of March, 2008.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge