UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, et al., | : CIVIL ACTION NO.: <br> : <br> : 3:01CV1552 (SRU) |
| PLAINTIFFS, | : |
| v. | : |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., | : |
| DEFENDANTS. | : |

**DEFENDANTS' MOTION UPON
CONSENT TO EXTEND BRIEFING SCHEDULE**

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company (collectively, "Nationwide"), by their undersigned counsel, hereby move for a five day extension of time, until April 7, 2008, within which to file the reply brief contemplated by this Court's Order on Supplemental Briefing dated February 12, 2008 [Doc. # 327]. Plaintiffs, through counsel, consent to this motion.

The Court's Order on Supplemental Briefing provided, inter alia, that Plaintiffs' responsive brief was to be filed by Friday, March 21, 2008, but due to the Court's closure for Good Friday, Plaintiffs did not file their brief until the following Monday, March 24, 2008. By this motion, Defendants are seeking a brief extension of time within which to file their reply to that responsive brief. The requested extension will account for the Court's closure and also

provide Defendants with a two week period within which to prepare their reply, as contemplated and noted by the Court during oral argument on February 8, 2008. (See transcript of February 8, 2008 hearing, page 42, lines 22-23).

Dated: March 25, 2008

Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co.

By: *[signature]*

Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
Dewey & LeBoeuf, L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555

Charles C. Platt, Esq. (CT 23036)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

Daniel H. Squire, Esq.
Mark Bieter, Esq.
Heath A. Brooks, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

## CERTIFICATION

I hereby certify that on this 25th day of March, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Richard A. Bieter, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
630 E. Southlake Blvd., Suite 110
Southlake, TX 76092

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Dennis F. Kerrigan, Jr.