UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, et al<br>    Plaintiffs, | :<br>:<br>:<br>: |
| v. | : NO. 3:01 CV 1552 (SRU) |
| NATIONWIDE FINANCIAL SVCS, INC., et al<br>    Defendants. | :<br>:<br>: |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge __Garfinkel__ for the following purpose:

___ All purposes except trial, unless the parties consent to trial before the Magistrate Judge

___ A ruling on all pretrial motions except dispositive motions

___ To supervise discovery and resolve discovery disputes

_XX_ A request for an in camera review of documents relating to issues raised in:

**doc. #74 Motion to Compel, and granted in part and denied in part in doc. #96 (order) by Judge Garfinkel**

___ A settlement conference

___ A conference to discuss the following: _____

___ Other: _____

SO ORDERED this 27th day of December 2007, at Bridgeport, Connecticut.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge