UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> NATIONWIDE FINANCIAL SERVICES, INC., and NATIONWIDE LIFE INSURANCE CO., <br><br> DEFENDANTS. | CIVIL ACTION NO.: <br><br> 3:01CV1552 (SRU) <br><br><br><br><br><br><br><br><br> April 25, 2008 |

## DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to Local Rule 5(d) and the Court's Protective Order on Confidentiality and Privilege of February 3, 2003 (Doc. # 56) ("Protective Order"), Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company respectfully request that they be allowed to file under seal certain exhibits that accompany Defendants' Opposition to Plaintiffs' Motion for Class Certification Based on Fifth Amended Complaint ("Opposition"), and exhibits that accompany the report attached to the Declaration of Robert J. Mackay, Ph.D. ("Expert Report") that accompanies the Opposition[1]. A proposed order is attached.

The Protective Order provides "A Producing Party … may designate as Confidential any Material which the Producing Party … has the good faith belief constitutes (a) confidential, commercial, business, financial, or proprietary information, the disclosure of which may have an

---

[1] For the Court's ease of reference, Defendants are including with the documents to be submitted under seal the entire Expert Report, including both its confidential and non-confidential exhibits. Defendants are separately submitting the Expert Report and its non-confidential exhibits with their public filing.

adverse effect on the commercial, business or financial position of the Producing Party …; or (b) personal information, including financial information, concerning Persons who purchased individual annuities or certificates of group annuities." Protective Order at 3-4. The Protective Order provides further that "[a]ny submission to the court accompanied by a request to seal will be treated as sealed until the court acts upon the request."

The documents, Exhibits A-R to Defendants' Opposition, and Exhibits 1A, 1B, 2A, 2B, 2C, and 2D to the Expert Report, have either been designated as "confidential" or are transcripts of deposition testimony that the parties have agreed to maintain confidential pursuant to the Protective Order. The documents contain proprietary information of Nationwide, mutual fund entities, and the plans, or personal information of individual plan participants.

The confidential documents attached as exhibits to Defendants' Opposition are the following:

1. Exhibit A: October 1, 2006 Amendment No. 2 to Fund Agreement between Nationwide Financial Services, Inc. and Gartmore Mutual Fund Capital Trust.

2. Exhibit B: January 1, 2000 Agreement between Nationwide Financial Services, Inc. and Villanova Mutual Fund Capital Trust.

3. Exhibit C: Best of America IV IDSC ("Investor Dealer Service Center") Product Listing.

4. Exhibit D: Sample Request of Exchange of Contract Value or Allocation of Future Payment forms submitted by participants in the Anderson Plan.

5. Exhibit E: Specimen communication from Nationwide Financial Services, Inc. regarding "Important Investment Offering Notification Regarding Your Retirement Plan" dated October 18, 2004.

6. Exhibit F: October 25, 1996 correspondence regarding the Crown Contract, and an amendment to the Crown Contract.

7. Exhibit G: May 8, 1997 amendment to the Flyte Contract.

8. Exhibit H: October 14, 1999 Service Agreement between Nationwide Financial Services, Inc. and Janus Service Corporation.

9. Exhibit I: June 1, 2003 Restated Service Agreement among Nationwide Financial Services, Inc., Nationwide Investment Services Corporation , Nationwide Life Insurance Company, Nationwide Life and Annuity Insurance Company, the Dreyfus Corporation, and Dreyfus Service Corporation.

10. Exhibit J: November 20, 2006 Recordkeeping Agreement between Nationwide Financial Services, Inc. and Federated Shareholder Services, Inc.

11. Exhibit K: January 6, 2003 Administrative Services Agreement among Nationwide Life Insurance Company, Nationwide Life and Annuity Insurance Company, Nationwide Financial Services, Inc. and AIM Advisors.

12. Exhibit L: February 15, 2002 Distribution Services Agreement among Nationwide Investment Services Corp., Nationwide Life Insurance Company, Nationwide Life and Annuity Insurance Company, and AIM Distributors, Inc.

13. Exhibit M: Portions of the transcript from the February 24, 2002 deposition of Hector "Lou" Haddock in this matter.

14. Exhibit N: Transcript of the March 4, 2003 deposition of Peter Wiberg in this matter.

15. Exhibit O: Transcript from the February 13, 2003 deposition of Allen Gouse in this matter.

16. Exhibit P: Transcript from the December 12, 2007 deposition of Peter Wiberg in this matter.

17. Exhibit Q: Transcript from the December 12, 2007 deposition of Allen Gouse in this matter.

18. Exhibit R: Transcript from the December 13, 2007 deposition of Dennis A. Ferdon in this matter.

The confidential documents attached as exhibits to the Expert Report are the following:

1. Exhibit 1A is Schedule A to the February 15, 2002 Distribution Services Agreement between Nationwide and AIM Distributors, Inc.

2. Exhibit 1B is Schedule C to the June 1, 2003 Restated Service Agreement between Nationwide and Dreyfus.

3. Exhibit 2A is Exhibits A and B to the August 22, 1996 Services Agreement between Nationwide and Dreyfus.

4. Exhibit 2B is Exhibit B to the January 27, 2000 Service Agreement between Nationwide and Dreyfus.

5. Exhibit 2C is Schedule B to the July 22, 2005 Amendment to Restated Service Agreement between Nationwide and Dreyfus.

6. Exhibit 2D is Exhibit C to the September 15, 2004 Amended and Restated Fund Participation and Shareholder Services Agreement between Nationwide and American Century.

                                                    Respectfully submitted,

Dated:  April 25, 2008                    Defendants Nationwide Financial Services Inc.
                                                  and Nationwide Life Insurance Co.

By: _____
      Dennis F. Kerrigan, Jr., Esq. (CT 09621)
      Brian O'Donnell, Esq. (CT 16041)
      Dewey and LeBoeuf, L.L.P.
      Goodwin Square, 225 Asylum Street
      Hartford, CT 06103
      Telephone:    (860) 293-3500
      Facsimile:    (860) 293-3555

      Charles C. Platt, Esq. (CT 23036)
      Wilmer Cutler Pickering Hale and Dorr LLP
      399 Park Avenue
      New York, NY  10022
      Telephone:    (212) 230-8800
      Facsimile:    (212) 230-8888

      Daniel H. Squire, Esq.
      Mark Bieter, Esq.
      Heath A. Brooks, Esq.
      Wilmer Cutler Pickering Hale and Dorr LLP
      1875 Pennsylvania Ave., N.W.
      Washington, D.C. 20006
      Telephone:    (202) 663-6000
      Facsimile:    (202) 663-6363

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, et al., | : : : | CIVIL ACTION NO.: 3:01CV1552 (SRU) |
| PLAINTIFFS, | : : | |
| v. | : : | |
| NATIONWIDE FINANCIAL SERVICES, INC., and NATIONWIDE LIFE INSURANCE CO., | : : : | |
| DEFENDANTS. | : : | |

### [PROPOSED] ORDER

This matter came before the Court on Defendants' Motion to File Documents Under Seal.

Defendants having demonstrated good cause to have the documents filed under seal, it is hereby

ORDERED that the Defendants' motion is GRANTED

Date: _____    _____
The Honorable Stefan R. Underhill
United States District Judge

## **CERTIFICATION**

I hereby certify that on 25th day of April, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
630 E. Southlake Blvd., Suite 110
Southlake, TX 76092

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_/s/ Dean F. Kennedy_

2