UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, ET. AL., | : | CIVIL ACTION NO.: |
| | : | |
| PLAINTIFFS, | : | 3: 01-CV-1552 (SRU) |
| v. | : | |
| | : | |
| NATIONWIDE FINANCIAL SERVICES INCORPORATED, ET AL. | : | |
| | : | |
| DEFENDANTS. | : | APRIL 25, 2008 |

NOTICE OF MANUAL FILING

Defendants give notice of the manual filing of the Expert Report of Robert J. Mackay, Ph.D Without Confidential Exhibits (Which Were Filed Under Seal).

DEFENDANTS,

By: _____
Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
Dewey & LeBoeuf, LLP
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3500
Facsimile: (860) 293-3555
dkerrigan@dl.com
bodonnell@dl.com

# CERTIFICATION

I hereby certify that on 25th day of April, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
630 E. Southlake Blvd., Suite 110
Southlake, TX 76092

Marc R. Stanley, Esq.
Roger L. Mandel, Esq.
Stanley, Mandel & Iola
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

_____