UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, EDWARD KAPLAN, as trustee of the Hartford Roofing 401(k) Profit Sharing Plan and the Hartford South, L.L.C. 401(k) Profit Sharing Plan, and DENNIS FERDON, as trustee of the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan, :  PLAINTIFFS, :  v. :  NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., :  DEFENDANTS. | CIVIL ACTION NO.: 3:01CV1552 (SRU)  May 1, 2008 |

## MOTION NUNC PRO TUNC FOR LEAVE TO EXCEED PAGE LIMIT

Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company hereby move nunc pro tunc for leave to exceed the page limitation, contained in Rule 7(d) of the Local Rules of Civil Procedure, by 10 pages with respect to Defendants' Opposition to Plaintiff's Motion for Class Certification based on Fifth Amended Complaint ("Opposition Memorandum"). Defendants filed the Opposition Memorandum on April 25, 2008, and inadvertently did not file this Motion for Leave to Exceed Page Limit at the same time. Defendants believe that an Order extending the page limitation is warranted due to the complex issues raised by Plaintiffs' motion for class certification. Defendants' counsel conferred with

Plaintiffs' counsel about this request, and was advised that Plaintiffs will not oppose this motion if Defendants will consent to a similar request by Plaintiffs for an extension. On several previous occasions in this case, the Court has granted similar requests to exceed the page limits of the rules, including by orders dated August 31, 2004 and April 12, 2004.

Dated:  May 1, 2008                                   Respectfully submitted,

                                                      Defendants Nationwide Financial Services Inc.
                                                      and Nationwide Life Insurance Co.


                                                      By: _____
                                                      Brian O'Donnell, Esq. (CT 16041)
                                                      Dewey & LeBoeuf, L.L.P.
                                                      Goodwin Square, 225 Asylum Street
                                                      Hartford, CT 06103
                                                      Telephone:  (860) 293-3500
                                                      Facsimile:   (860) 293-3555

                                                      Charles C. Platt, Esq. (CT 23036)
                                                      Wilmer Cutler Pickering Hale and Dorr LLP
                                                      399 Park Avenue
                                                      New York, NY  10022
                                                      Telephone:  (212) 230-8800
                                                      Facsimile:  (212) 230-8888

                                                      Daniel H. Squire, Esq.
                                                      Mark Bieter, Esq.
                                                      Heath A. Brooks, Esq.
                                                      Wilmer Cutler Pickering Hale and Dorr LLP
                                                      1875 Pennsylvania Ave., N.W.
                                                      Washington, D.C. 20006
                                                      Telephone: (202) 663-6000
                                                      Facsimile:  (202) 663-6363

CERTIFICATION

I hereby certify that on the 1st day of May, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the following:

>Richard A. Bieder, Esq.
>Antonio Ponvert III, Esq.
>Koskoff, Koskoff & Bieder
>350 Fairfield Avenue
>Bridgeport, CT 06604
>
>Gregory G. Jones, Esq.
>Law Firm of Gregory G. Jones, P.C.
>630 E. Southlake Blvd., Suite 110
>Southlake, TX 76092
>
>Marc R. Stanley, Esq.
>Roger L. Mandel, Esq.
>Stanley, Mandel & Iola
>3100 Monticello Avenue
>Suite 750
>Dallas, TX 75205

_____
Brian O'Donnell