UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOU HADDOCK, ET AL.,                    :

    Plaintiffs,                         :

       vs.                            : No. 3:01cv1552(SRU)(WIG)

NATIONWIDE FINANCIAL SERVICES, INC.:
and NATIONWIDE LIFE INSURANCE CO.,
                               :
    Defendants.
----------------------------------X

### Ruling on Defendants' *In Camera* Documents

Following this Court's February 9, 2004 Ruling on Pending

Motions [Doc. # 197], Defendants submitted under seal 52

documents or portions thereof for *in camera* review, along with a

Memorandum Regarding *In Camera* Documents [Doc. # 217].  Due to

the filing of several intervening motions, review of these

documents was postponed.  The Court has now reviewed all of the

documents submitted by Defendants and renders the following

ruling on Defendants' asserted privilege claims:

1.    Document 10[1] - N 013546 - Meeting Minutes 6/2/95 - Two

---

[1]  These document numbers correspond to the numbers in
Defendants' privilege logs dated April 23, 2003 (Documents 1-52),
and August 12, 2003 (Documents 53-90).  The "N" numbers are the
Bates stamp numbers on the document, followed by a brief
description of the nature of the document.  A more detailed
description is set forth in the privilege log.  Defendants
represent that they have produced to Plaintiffs the seven *in
camera* documents ordered by the Court to be disclosed (*see* Ruling
dtd. 9/18/03 [Doc. # 126] and Ruling on Motion for
Reconsideration dtd. 2/9/04[Doc. # 196]) and 53 documents or
portions thereof listed on the privilege logs that are similar to
those produced.  This ruling addresses the remaining 52 documents

redacted portions do not need to be disclosed.

2.    Document 11 - N 013552 - Meeting Minutes 5/12 95 - One
      redacted sentence does not need to be disclosed.

3.    Document 14 - N 013800-01 - Memorandum with Attachment
      11/29/03 - This document does not need to be produced.

4.    Document 16 - N 013817-19 - Memorandum 11/23/93 - This
      document does not need to be produced.

5.    Document 17 - N 013820-21 - Memorandum 11/5/93 - This
      document does not need to be produced.

6.    Document 18 - N 013822-24 - Letter 10/14/93 - This document
      does not need to be produced.

7.    Document 19 - N 013825-29 - Memorandum 10/4/93 - This
      document does not need to be produced.

8.    Document 20 - N 013830 - Memorandum 10/4/93 - This document
      does not need to be produced.

9.    Document 21 - N 013831-35 - Memorandum 10/4/93 - This
      document does not need to be produced.

10.   Document 23 - N 013838-40 - Memorandum 8/27/93 - This
      document does not need to be produced.

11.   Document 24 - N 013841-69 - Memorandum 8/3/93 - This
      document does not need to be produced.

12.   Document 27 - N 013874 - Memorandum 4/23/93 - This document
      does not need to be produced.

13.   Document 28 - N 013875-78 - Memorandum with Attachment
      4/20/93 - This document does not need to be produced.

14.   Document 29 - N 013879-80 - Memorandum 4/19/93 - This
      document does not need to be produced.

15.   Document 31 - N 013885 - Memorandum 4/12/93 - This document
      does not need to be produced.

---

or portions thereof that Defendants maintain are privileged based
on the Court's prior rulings.

16.  Document 32 - N 013886-89 - Memorandum with Attachment
     4/7/93 - This document does not need to be produced.

17.  Document 34 - N 0138983 - Outline 8/1/95 - The redacted
     portion does not need to be disclosed.

18.  Document 36 - N 014399 - E-mail 7/18/95 - The portion of the
     last sentence in the first paragraph under "Compliance
     Activity" does not need to be disclosed.

19.  Document 37 - N 014403 - E-mail 6/28/95 - The one redacted
     sentence in the middle of the page does not need to be
     disclosed.

20.  Document 38 - N 014420 - Outline undated - The redacted
     portions must be disclosed.

21.  Document 43 - N 014439 - E-mail 7/13/94 - The redacted
     portion must be disclosed.

22.  Document 44 - N 014441 - E-mail 8/3/94 - The redacted
     portion must be disclosed.

23.  Document 48 - N 014636 - Outline undated - The redacted
     portion does not need to be disclosed.

24.  Document 49 - N 014637 - Memorandum 5/9/94 - This document
     does not need to be produced.

25.  Document 50 - N 014638 - Memorandum 7/27/94 - This document
     does not need to be produced.

26.  Document 51 - N 014639-54 - Memorandum with Attachments
     2/17/97 - This document does not need to be produced.

27.  Document 52 - N 014655-56 - Memorandum with Attachment
     2/20/97 - The redacted portion does not need to be
     disclosed.

28.  Document 54 - N 015219, N 015221 - Memorandum with
     Attachment 3/17/93 - The redacted portions do not need to be
     disclosed.

29.  Document 55 - N 015234 - Memorandum 3/18/93 - The redacted
     portion does not need to be disclosed.

30.  Document 56 - N 015240, N 015244 - Memorandum with
     Attachment 3/22/93 - The redacted portions do not need to be

disclosed.

31. Document 57 - N 015249 - Memorandum with Attachment 3/23/93
    - The redacted portion does not need to be disclosed.

32. Document 59 - N 015283 - Minutes 2/12/93 - The redacted
    portion sentence must be disclosed.

33. Document 60 - N 015285 - Minutes 8/6/93 - The redacted
    portions must be disclosed.

34. Document 61 - N 015288 - Minutes 8/17/93 - The redacted
    portion must be disclosed.

35. Document 62 - N 015290 - Minutes 9/3/93 - The redacted
    portion must be disclosed.

36. Document 63 - N 015292 - Minutes 9/17/93 - The redacted
    portion must be disclosed.

37. Document 64 - N 015293, N 015295 - Minutes 10/11/93 - The
    first redacted paragraph does not need to be disclosed.  The
    second redacted portion must be disclosed.

38. Document 65 - N 015297 - Minutes 10/26/93 - The first
    redacted portion does not need to be disclosed.  The second
    and third redacted portions must be disclosed.  They do not
    reflect the giving or seeking of legal advice.

39. Document 66 - N 015299, N 015300 - Minutes 11/12/93 - The
    redacted portions must be produced.

40. Document 67 - N 015303 - Minutes 11/23/93 - The redacted
    portion must be produced.

41. Document 68 - N 015306 - Minutes 12/6/93 - The redacted
    portion must be produced.

42. Document 69 - N 015307-09 - Minutes 1/3/94 - The first and
    third redacted portions do not need to be disclosed.  The
    second and fourth redacted portions must be disclosed.

43. Document 70 - N 015310-13 - Minutes 1/17/94 - The first
    redacted portion does not need to be disclosed.  The second
    and third redacted portions do need to be disclosed.

44. Document 71 - N 015314 - Minutes 2/7/94 - The redacted
    portion must be produced.

45.  Document 74 - N 015331 - Minutes 6/2/94 - The one redacted
     sentence does not need to be disclosed.

46.  Document 76 - N 015346-48 - Memorandum 3/15/93 - This
     document does not need to be produced.

47.  Document 77 - N 015369 - Memorandum 11/11/93 - This document
     does not need to be produced.

48.  Document 78 - N 015371 - Chart 11/11/93 - The redacted
     portion must be disclosed.

49.  Document 85 - N 015540-41 - E-mail 10/02/95 - The redacted
     sentences in paragraph 4 do not need to be disclosed.

50.  Document 87 - N 015564 - Memorandum with Attachment 8/14/96
     - The redacted sentence does not need to be disclosed.

51.  Document 88 - N 015567 - E-mail 1/7/97 - The redacted
     portion must be disclosed.

52.  Document 89 - N 015576 - Memorandum 6/6/95 - The redacted
     portion does not need to be disclosed.

     SO ORDERED, this  20th  day of May, 2008, at Bridgeport,

Connecticut.


          /s/ William I. Garfinkel
     WILLIAM I. GARFINKEL
     United States Magistrate Judge