UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lou Haddock, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, et. al., | § § § § | |
| PLAINTIFFS, | § § § | |
| V. | § § | Case No. 01-CV-1552 (SRU) |
| Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company, | § § § § | |
| DEFENDANTS. | § | May 21, 2008 |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND THE
SCHEDULE FOR COMPLETION OF CLASS DISCOVERY AND
BRIEFING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs hereby move to amend the schedule for completion of class certification discovery and briefing on Plaintiffs' motion for class certification. Defendants, through counsel, do not oppose this motion.

In its Order Amending Schedule of March 19, 2008 [Doc. #332], this Court set the deadline for concluding the discovery on the motion for class certification for April 16, 2008, the deadline for Defendants to file their response to the class certification motion for April 25, 2008, and the deadline for Plaintiffs to file their reply for May 28, 2008.

When Plaintiffs filed Plaintiffs' Motion for Class Certification Based on Fifth Amended Complaint and Memorandum in Support ("Motion") [Doc. #299] and supporting materials on November 15, 2007, they did not submit any expert declaration or expert testimony in support. On April 25, 2008, Defendants filed Defendants' Opposition to Plaintiffs' Motion for Class Certification Based on the Fifth Amended Complaint ("Opposition") [Doc. #338], including an expert report of Robert J. Mackay, Ph.D., an economist. Plaintiffs request an opportunity to

respond to that expert report.

In support of their class certification reply, Plaintiffs believe they will need to obtain declarations from one or two experts, including one from a Ph.D. economist to directly rebut Dr. Mackay. In order to: (1) locate and retain such expert(s), (2) have the expert(s) review the necessary materials, (3) depose Dr. Mackay, (4) obtain the transcript of Dr. Mackay's deposition, (5) have the expert(s) review the transcript, (6) have the experts issue their declarations or reports, and (7) draft the reply, Plaintiffs reasonably believe they will need an extension of the deadline for filing the reply brief from May 28, 2008, to September 29, 2008. If Plaintiffs can file sooner than September 28, 2008, they will do so.

The parties agree that Defendants should have an opportunity thereafter to depose Plaintiffs' expert(s) and to file a sur-reply limited to responding to the Plaintiffs' expert(s)'s report. Defendants, of course, reserve the right to ask the Court for leave to file a sur-reply addressing other issues, and Plaintiffs reserve the right to oppose such a request.

Accordingly, unopposed by Defendants, Plaintiffs request the Court to enter an order providing as follows:

1. The deadline for Plaintiffs to file their class certification reply is extended to September 29, 2008;

2. For the purpose of expert discovery, the deadline for completion of class certification discovery is extended to October 29, 2008;

3. Defendants will make Dr. Mackay available for deposition on a mutually agreeable date, at a mutually agreeable location, no later than July 25, 2008;

4. Plaintiffs will identify their expert(s) to Defendants, including serving copies of the expert(s)'s curriculum vitae(s), by no later than thirty days after Dr. Mackay's deposition;

5. Plaintiffs will file their expert(s)'s declarations or report(s) at the same time they file their class certification reply and no later than September 29, 2008;

6. Plaintiffs will make available and Defendants will take the deposition(s) of Plaintiffs' expert(s) within thirty (30) days after Plaintiffs file their class certification reply and expert declaration(s) or report(s);

7. Defendants shall file their sur-reply, limited to responding to Plaintiffs' expert(s)'s declaration(s) or report(s), within thirty (30) days after Defendants have completed Plaintiffs' expert(s)'s deposition(s); and

8. Defendants reserve the right to seek leave of Court to file a sur-reply that addresses other issues, and Plaintiffs reserve the right to oppose such a request.

DATED: May 21, 2008                                  Respectfully submitted,


/s/ Roger L. Mandel
Marc R. Stanley
Roger L. Mandel
Martin Woodward
STANLEY, MANDEL & IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX  75205


Richard A. Bieder
Federal Bar No. ct04208
Antonio Ponvert, III
Federal Bar No. ct17516
KOSKOFF KOSKOFF & BIEDER
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)


Gregory G. Jones
Federal Bar No. ct23443
LAW FIRM OF GREGORY G. JONES PC
603 S. Main Street, Suite 200
Grapevine, Texas 76051
817-424-9001
817-424-1665 (Fax)

*Attorneys for Plaintiffs*

- 4 -

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 21, 2008, a copy of Plaintiffs' Plaintiffs' Response To Defendants' February 29, 2008 Supplemental Memorandum (Re. Motion To Dismiss Counterclaims) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

    Dennis F. Kerrigan, Jr.
    Dewey & LeBoeuf
    Goodwin Square
    225 Asylum Street
    Hartford, CT  06103

    Charles C. Platt
    Wilmer Cutler Pickering Hale and Dorr
    399 Park Avenue
    New York, NY 10022

                          /s/ Roger L. Mandel
                          Roger L. Mandel