UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, et al., | : CIVIL ACTION NO.: |
| | : 3:01CV1552 (SRU) |
| PLAINTIFFS, | : |
| v. | : |
| NATIONWIDE FINANCIAL SERVICES, INC., and NATIONWIDE LIFE INSURANCE CO., | : |
| DEFENDANTS. | : May 30, 2008 |

**MOTION FOR PERMISSION TO FILE DOCUMENT *EX PARTE* AND *IN CAMERA***

Nationwide Financial Services, Inc. and Nationwide Life Insurance Co. (collectively, "Nationwide") respectfully move for permission to file a document *ex parte* and *in camera*, for the Court's consideration in conjunction with Nationwide's Motion for Partial Reconsideration of Ruling on Defendants' *In Camera* Documents, dated May 30, 2008 ("Motion for Partial Reconsideration").

In the Motion for Partial Reconsideration, Nationwide referred the Court to a document that was previously submitted for *in camera* review and then deemed by the Court to be privileged. That document, Document 33, provides context for the Court's evaluation of Nationwide's Motion for Partial Reconsideration, and Nationwide therefore requests that the Court review Document 33 in conjunction with the Motion for Reconsideration. For the Court's convenience, Nationwide therefore offers to submit an additional copy of Document 33, and first seeks the Court's permission to submit the copy *ex parte* and *in camera*.

                                                Respectfully submitted,

Dated: May 30, 2008                    Defendants Nationwide Financial Services Inc.
                                                and Nationwide Life Insurance Co.

By:           /S/
Dennis F. Kerrigan, Jr., Esq. (CT 09621)
Brian O'Donnell, Esq. (CT 16041)
Dewey and LeBoeuf, L.L.P.
Goodwin Square, 225 Asylum Street
Hartford, CT 06103
Telephone:  (860) 293-3500
Facsimile:  (860) 293-3555

Charles C. Platt, Esq. (CT 23036)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888

Daniel H. Squire, Esq.
Mark Bieter, Esq.
Heath A. Brooks, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

## CERTIFICATION

I hereby certify that on the 30th day of May, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>Richard A. Bieder, Esq.
>Antonio Ponvert III, Esq.
>Koskoff, Koskoff & Bieder
>350 Fairfield Avenue
>Bridgeport, CT 06604
>
>Gregory G. Jones, Esq.
>Law Firm of Gregory G. Jones, P.C.
>630 E. Southlake Blvd., Suite 110
>Southlake, TX 76092
>
>Marc R. Stanley, Esq.
>Roger L. Mandel, Esq.
>Stanley, Mandel & Iola
>3100 Monticello Avenue
>Suite 750
>Dallas, TX 75205

_____/S/_____
Brian O'Donnell