UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, as Trustee of the FLYTE TOOL & DIE, INCORPORATED DEFERRED COMPENSATION PLAN, et al., | : : : : | |
| Plaintiffs, | : : | Case No. 01-CV-1552 (SRU) |
| v. | : : | |
| NATIONWIDE FINANCIAL SERVICES INCORPORATED, and NATIONWIDE LIFE INSURANCE COMPANY, | : : : : | |
| Defendants. | : : | |

## APPEARANCE

Please enter my appearance as counsel of record for Defendants Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company in the above-styled action.

Respectfully submitted, this 28th day of July, 2008.

/s/ Thomas F. Clauss, Jr.
Thomas F. Clauss, Jr. (ct 12392)

WIGGIN and DANA LLP
400 Atlantic Street
Stamford, Connecticut 06901
Telephone: (203) 363-7600
Facsimile:  (203) 363-7676
Email: tclauss@wiggin.com

## CERTIFICATE OF SERVICE

It is hereby certified that on this day a true copy of the foregoing **APPEARANCE** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated:  July 28th 2008.

/s/ Thomas F. Clauss, Jr.
Thomas F. Clauss, Jr.

\20114\1\2081530.1