## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, et al., | : CIVIL ACTION NO.: |
| PLAINTIFFS, | : 3:01CV1552 (SRU) |
| v. | : |
| NATIONWIDE FINANCIAL SERVICES INC., et al. | : |
| DEFENDANTS. | : AUGUST 15, 2008 |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCES OF DENNIS F. KERRIGAN, JR. AND JESSICA A. BALLOU FOR DEFENDANTS NATIONWIDE FINANCIAL SERVICES INC. AND NATIONWIDE LIFE INSURANCE COMPANY

Pursuant to District of Connecticut Local Rule 7(e), the undersigned respectfully moves for leave to withdraw the appearances of Dennis F. Kerrigan, Jr. and Jessica A. Ballou as counsel for Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Company (collectively "Nationwide") in the above-captioned matter.

Attorney Kerrigan has left the firm of Dewey & LeBoeuf and is no longer engaged in the representation of Nationwide. Attorney Ballou represented Nationwide in conjunction with her affiliation with the Connecticut office of Dewey & LeBoeuf, but she is now employed in the San Francisco, California office of Dewey & LeBoeuf. Numerous other attorneys will continue to represent Nationwide in this action, including Charles C. Platt and Mark L. Bieter of WilmerHale, Thomas F. Clauss, Jr. of Wiggin and Dana in Stamford, Connecticut, and Brian O'Donnell of Dewey & LeBoeuf LLP in Hartford, Connecticut. Nationwide is being served with a copy of this Motion by certified mail pursuant to Local Rule 7(e).

2

WHEREFORE, the undersigned respectfully moves for leave to withdraw the appearances of Dennis F. Kerrigan, Jr. and Jessica A. Ballou on behalf of Nationwide.

By: /s/ Brian O'Donnell
Brian O'Donnell
Federal Bar No. ct16041
Dewey & LeBoeuf LLP
225 Asylum Street
Hartford, CT 06103
Telephone: (860) 293-3747
Fax: (860) 241-1347
E-mail: bodonnell@dl.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that Nationwide was served on August 15, 2008 with a copy of this motion by certified mail in accordance with Local Rule 7(e). The undersigned also hereby certifies that on August 15, 2008, a copy of the foregoing Motion to Withdraw Appearances was filed electronically with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Marc R. Stanley, Esq. | Dennis F. Kerrigan, Jr., Esq. (CT 09621) |
| Roger L. Mandel, Esq. | Brian O'Donnell, Esq. (CT 16041) |
| Stanley, Mandel & Iola | Dewey & LeBoeuf LLP |
| 3100 Monticello Avenue, Suite 750 | Goodwin Square, 225 Asylum Street |
| Dallas, TX 75205 | Hartford, CT 06103 |
| Telephone: (214) 443-4300 | Telephone: (860) 293-3500 |
| Facsimile: (214) 443-0358 | Facsimile: (860) 293-3555 |
| | |
| Gregory G. Jones, Esq. | Charles C. Platt, Esq. |
| Law Firm of Gregory G. Jones, P.C. | Wilmer Cutler Pickering Hale and Dorr LLP |
| 630 E. Southlake Boulevard, Suite 110 | 399 Park Avenue |
| Southlake, TX 76092 | New York, NY 10022 |
| Telephone: (817) 424-9001 | Telephone: (212) 230-8800 |
| Facsimile: (817) 424-1665 | Facsimile: (212) 230-8888 |
| | |
| Richard A. Bieder, Esq. | Daniel H. Squire, Esq. |
| Antonio Ponvert III, Esq. | Heath A. Brooks, Esq. (phv02293) |
| Koskoff, Koskoff & Bieder | Mark L. Bieter, Esq. (phv02294) |
| 350 Fairfield Avenue | Wilmer Cutler Pickering Hale and Dorr LLP |
| Bridgeport, CT 06604 | 1875 Pennsylvania Avenue, N.W. |
| Telephone: (203) 336-4421 | Washington, D.C. 20006 |
| Facsimile: (203) 368-3244 | Telephone: (202) 663-6000 |
| | Facsimile: (202) 663-6363 |

      By:   /s/ Brian O'Donnell
              Brian O'Donnell