# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401(k) Profit Sharing Plan, et al.,
    Plaintiffs,

v.

NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO.,
    Defendants.

No. 3:01cv1552 (SRU)

## CONFERENCE MEMORANDUM

On December 17, 2009, I held an in person conference on the record with Richard Beider, Roger Mandel, and Marc Stanley representing the plaintiffs, and Thomas Clauss, Charles Platt, Daniel Squire, and a Nationwide representative, representing the defendants. Gregory Jones, representing the plaintiffs, participated by phone. The purpose of the conference was to set a schedule for discovery and dispositive motion briefing, and to address the plaintiffs' motion to decertify the class of counterclaim defendants.

With respect to discovery and dispositive motions, I set the following deadlines:

| | |
|---|---|
| Disclosure of possible trial witnesses | October 15, 2010 |
| Completion of merits fact discovery | December 15, 2010 |
| Plaintiffs to serve expert reports on class claims<br>Defendants to serve expert reports on counterclaims | August 16, 2010 |
| Defendants to serve expert reports on class claims<br>Plaintiffs to serve expert reports on counterclaims | October 15, 2010 |
| Serve rebuttal expert reports | November 15, 2010 |
| Expert depositions | December 15, 2010 |

| | |
|---|---|
| Dispositive motions | January 28, 2011 |
| Filing oppositions to dispositive motions | February 28, 2011 |
| Filing replies in support of dispositive motions | March 28, 2011 |

A trial date was set for July 1, 2011. I encouraged the parties to videotape their depositions if a witness is unlikely to be able to appear at trial. I informed the parties that I prefer both deposition transcripts and video be submitted at trial if deposition testimony is necessary.

I acknowledged that I inadvertently certified the counterclaim defendants as a class in my certification order of November 6, 2009. I therefore granted the plaintiffs' motion to decertify the counterclaims **(doc. # 427)** without prejudice to the defendants' timely filing of a motion to certify the class of counterclaim defendants.

I set the following schedule for the remaining briefing related to class certification and the amended complaint and answer:

| | |
|---|---|
| Plaintiffs' answer to defendants' counterclaim | January 15, 2010 |
| Defendants' motion for class certification | January 29, 2010 |
| Plaintiffs' objection to class certification | February 26, 2010 |
| Defendants' reply in support of class certification motion | March 12, 2010 |

It is so ordered.

Dated at Bridgeport, Connecticut, this 28th day of December 2009.

    /s/ Stefan R. Underhill
    Stefan R. Underhill
    United States District Judge