UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, CHRISTOPHER ANDERSON, as trustee of the Anderson Law Firm, P.C. 401(k) Profit Sharing Plan and Trust, f/k/a the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan, and H. GRADY CHANDLER, as trustee of the Law Offices of H. Grady Chandler, P.C., 401(k) Profit Sharing Plan and Trust, | § | |
| | § | CASE NO. 01-CV-1552 (SRU) |
| PLAINTIFFS, | § | |
| v. | § | |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., | § | |
| DEFENDANTS. | § | February 18, 2010 |

### NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT, effective January 1, 2010, Stanley, Mandel & Iola, L.L.P., changed its name to Stanley•Iola, LLP. All future reference to the firm in this matter should be to Stanley•Iola, LLP. The firm's address, telephone and fax numbers have not changed. However, its e-mail addresses have changed, as noted below.

1

Dated February 18, 2010  Respectfully submitted,

       /s/ Marc R. Stanley
Marc R. Stanley
marcstanley@mac.com
Federal Bar No. ct18179
Martin Woodward
mwoodward@stanleyiola.com
Federal Bar No. ct25263
STANLEY•IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205
214.443.4300
214.443.0358 (Fax)

**PLAINTIFFS' COUNSEL**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 18, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

       /s/ Marc R. Stanley
       MARC R. STANLEY