# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, *et al.* | : | CIVIL ACTION NO.: |
| | : | |
| | : | 3:01CV1552 (SRU) |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., | : | |
| | : | |
| | : | |
| DEFENDANTS. | : | |

## PLAINTIFFS' AND DEFENDANTS'
## JOINT CONSENT MOTION FOR REVISION OF SCHEDULE

Plaintiffs and Defendants hereby jointly move for approval of certain deadlines contained in the Court's Conference Memorandum dated September 28, 2010.

Defendants request, and Plaintiffs consent to, an extension of seven days from October 12 to October 19, for Defendants "to inform the court whether they will argue in their defense that the plaintiffs have sued the wrong parties in this action."

Plaintiffs request, and Defendants consent to, Plaintiffs' request for an extension of seven days, from October 18 to October 25, to submit "a brief regarding their views on bifurcation, the allocation of the burden of proof, and the procedure for disbursing any award to class members." Defendants request, and Plaintiffs consent to, an opportunity to respond by November 22.

This is the first motion addressed to these time limits.

Dated:  October 12, 2010

Respectfully submitted,

Defendants Nationwide Financial Services Inc. and Nationwide Life Insurance Co.

By:      /s/ Thomas F. Clauss, Jr.
Thomas F. Clauss, Jr. (CT 12392)
Wiggin and Dana LLP
400 Atlantic Avenue
P.O. Box 110325
Stamford, CT  06911-0325
Telephone:  (203) 363-7610
Facsimile:  (203) 363-7676

Charles C. Platt, Esq. (CT 23036)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888

Daniel H. Squire, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363

## CERTIFICATION

I hereby certify that on this 12th day of October, 2010, I electronically filed the foregoing

with the Clerk of the District Court using the CM/ECF system, which sent notification of such

filing to the following:


Richard A. Bieder, Esq.
Antonio Ponvert III, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

Gregory G. Jones, Esq.
Law Firm of Gregory G. Jones, P.C.
603 South Main Street, Suite 200
Grapevine, TX  76051

Marc R. Stanley, Esq.
Martin Woodward, Esq.
Stanley Iola LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Roger L. Mandel, Esq.
Beckham & Mandel
3400 Carlisle, Suite 550
Dallas, TX 75204


/s/ Thomas F. Clauss, Jr.

Thomas F. Clauss, Jr.