UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing Plan, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, CHRISTOPHER ANDERSON, as trustee of the Anderson Law Firm, P.C. 401(k) Profit Sharing Plan and Trust, f/k/a the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan, and H. GRADY CHANDLER, as trustee of the Law Offices of H. Grady Chandler, P.C., 401(k) Profit Sharing Plan and Trust : : : : : : : : : : : : : : : : | |
| PLAINTIFFS, : | CIVIL ACTION NO.: |
| v. : | 3:01CV1552 (SRU) |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., : : : | |
| DEFENDANTS. | |

**DEFENDANTS' DISCLOSURE OF POSSIBLE TRIAL WITNESSES**

Pursuant to the Court's Conference Memorandum dated December 28, 2009 (Doc. #430), Defendants Nationwide Financial Services Inc. ("NFS") and Nationwide Life Insurance Company ("Nationwide Life") (collectively, "Nationwide"), by their undersigned counsel, hereby disclose the following possible trial witnesses:

- Carl Anderson
- Christopher Anderson
- John S. Bath

1

- Trisha Brambley (expert)
- Bradford P. Campbell (expert)
- Jim Cantey
- H. Grady Chandler
- Jean A. Cotting
- David Daugherty
- John M. Davis
- Kevin A. Devlin
- Dennis Ferdon
- H. Earle Garvin
- Thomas L. Gilcher
- William Goslee
- Alan Gouse
- Kevin Grenham
- Lou Haddock
- Eric Henderson
- Edward Kaplan
- Perry Koplik
- Hollis M. Lamon
- John H. Langbein (expert)
- Robert J. Mackay (expert)
- Eugene F. Maloney (expert)
- Chris Mamula
- Steven Pierce

- Steven Rose

- John J. Scranton

- Ronald Simon

- Joe Sprague

- Peter Wiberg

Pursuant to the Court's Conference Memorandum dated September 28, 2010 (Doc. #449), Nationwide anticipates amending this disclosure to designate one or more experts on the topic of damages as possible trial witness(es) following the Court's decision on issues relating to bifurcation and burden of proof.  Nationwide further reserves the right to amend this disclosure to include additional possible trial witnesses, including as necessary to respond to any previously-undisclosed fact witnesses listed by Plaintiffs as possible trial witnesses.

Dated:  October 15, 2010

Respectfully submitted,

Defendants Nationwide Financial Services Inc.
and Nationwide Life Insurance Co.

By:   /s/ Thomas F. Clauss, Jr.
Thomas F. Clauss, Jr.
Wiggin and Dana LLP
400 Atlantic Avenue
P.O. Box 110325
Stamford, CT 06911-0325
Telephone:  (203) 363-7610
Facsimile:  (203) 363-7676

Charles C. Platt, Esq. (CT 23036)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
Telephone:     (212) 230-8800
Facsimile:     (212) 230-8888

Daniel H. Squire, Esq.

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:      (202) 663-6363

**CERTIFICATION**

This is to certify that a true and correct copy of the foregoing document was served electronically on this 15th day of October 2010 on the following counsel of record:

>Richard A. Bieder, Esq.
>Antonio Ponvert III, Esq.
>Koskoff, Koskoff & Bieder
>350 Fairfield Avenue
>Bridgeport, CT 06604
>
>Gregory G. Jones, Esq.
>Law Firm of Gregory G. Jones, P.C.
>603 South Main Street, Suite 200
>Grapevine, TX 76051
>
>Marc R. Stanley, Esq.
>Martin Woodward, Esq.
>Stanley Iola, LLP
>3100 Monticello Avenue
>Suite 750
>Dallas, TX 75205
>
>Roger L. Mandel, Esq.
>Beckham & Mandel
>3400 Carlisle, Suite 550
>Dallas, TX 75204
>
>
>/s/ Thomas F. Clauss, Jr.