UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Lou Haddock, as trustee of the Flyte Tool & Die, Incorporated Deferred Compensation Plan, *et al.*, | : : : : | |
| *Plaintiffs*, | : : | |
| v. | : : | **Case No. 01-CV-1552** |
| Nationwide Financial Services Incorporated, and Nationwide Life Insurance Company, | : : : : | |
| *Defendants*. | : | October 15, 2010 |

## PLAINTIFFS' DISCLOSURE OF POSSIBLE TRIAL WITNESSES

Pursuant to the Court's Conference Memorandum dated December 28, 2009 [doc # 430], Plaintiffs[1] submit the following list of previously-identified persons as likely or possible trial witnesses:

| PERSON IDENTIFIED | LIKELY/ MAYBE | SUBJECT MATTER OF DISCOVERABLE INFORMATION |
|---|---|---|
| Christopher Anderson | L | The Anderson Plan |
| John Bath Nationwide Life Insurance Co. | L | All matters, including those testified to in his February 27, 2003 deposition |
| John C. Beyer, Ph.D. | L | Expert – all matters set forth in his Declarations of September 25, 2008 and August 13, 2010 and his depositions taken October 27, 2008 and September 22, 2010 |

---

[1] Plaintiffs are Peter Wiberg ("Wiberg"), as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing Plan (the "Crown Plan"); Alan Gouse ("Gouse"), as trustee of the Money Accumulation Pension Plan for the Employees of Hartford Easter Seal Rehabilitation Center, Inc. Trust and the Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan (collectively the "Easter Seal Plan"); Christopher Anderson ("Anderson"), as trustee of the Anderson Law Firm, P.C. 401(k) Profit Sharing Plan and Trust ("the Anderson Plan"), formerly the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan, and H. Grady Chandler, as trustee of the Law Offices of H. Grady Chandler, P.C. 401(k) Profit Sharing Plan and Trust. Wiberg, Gouse, Anderson and Chandler are collectively referred to herein as "Plaintiffs."

| PERSON IDENTIFIED | LIKELY/ MAYBE | SUBJECT MATTER OF DISCOVERABLE INFORMATION |
|---|---|---|
| Brian Burke<br>Nationwide Life Insurance Co. | M | Mutual fund revenue pricing and implementation |
| Michael Butler<br>Nationwide Financial Services Corp. | M | Nationwide pension product distribution |
| John Carter<br>Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Lisa Chatterton<br>Nationwide Life Insurance Co.<br>Compliance Dept. | M | Mutual fund revenue disclosure and transparency |
| Robert O. Cline<br>Nationwide Life Insurance Co. | M | Mutual fund revenue strategy and disclosure |
| H. Grady Chandler | L | The Chandler Plan |
| Jean Cotting<br>Nationwide Life Insurance Co. | L | All matters, including those testified to in her February 26, 2003 deposition |
| Karen R. Colvin<br>Nationwide Financial Services Corp. | M | Nationwide's relationships and contracts with mutual fund families |
| John M. Davis<br>Nationwide Life Insurance Co. | L | Planning, budgeting, forecasting and expense management for Nationwide Financial Services |
| Matt S. Easley<br>Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Karen Eisenbach<br>Nationwide Life Insurance Co. | M | Marketing for group annuity retirement plans |
| Ron Eppley<br>Scottsdale, AZ | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Ted Eschenour<br>Nationwide Life Insurance Co. | M | Mutual fund revenue implementation |
| Lisa Flanary<br>Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Peter F. Frenzer<br>Columbus, Ohio | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Harvey S. Galloway, Jr.<br>Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Joseph J. Gaspar<br>Nationwide Financial Services Corp. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Thomas L. Gilcher<br>Nationwide Life Insurance Co. | L | All matters, including those testified to in his March 13, 2003 deposition |
| William Goslee<br>Address unknown | L | All matters, including those testified to in his February 25, 2003 deposition |
| Steve Gradeless<br>Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Allen Gouse | L | The Easter Seals Plan after 1995 |

| PERSON IDENTIFIED | LIKELY/ MAYBE | SUBJECT MATTER OF DISCOVERABLE INFORMATION |
|---|---|---|
| Heather Harker<br>Nationwide Life Insurance Company | M | Nationwide's revenue sharing agreement negotiations with mutual fund families |
| Steve Haxton | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Eric Henderson<br>Nationwide Life Insurance Co. | L | All matters, including those testified to in his March 18, 2003 and April 30, 2010 depositions |
| Jerry Jergensen<br>Nationwide | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Dick Jolley<br>Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Richard A. Karas<br>Nationwide Investment Services Corp. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Shari (or Sherry) Kennedy<br>Nationwide Life Insurance Co. | M | Communications with a Nationwide plan and/or a plan participant concerning mutual fund revenue sharing |
| Chris Mamula<br>Nationwide Life Insurance Co. | L | All matters, including those testified to in his June 22, 2010 deposition |
| Jane Meese<br>Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Stanley Monsowitz | L | Expert – all matters set forth in his Declarations of September 16, 2008 and August 11, 2010 and his depositions taken December 10, 2008 and September 20, 2010 |
| Megan Mooney<br>Nationwide Financial Services Co. | M | Contract negotiations between Nationwide and mutual fund families |
| Timothy E. Murphy<br>Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| John Nylander<br>Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Steven Pierce<br>Nationwide Life Insurance Co. | L | All matters, including those testified to in his June 22, 2010 deposition |
| Steve Rose<br>Nationwide Life Insurance Co. | L | All matters, including those testified to in his March 17, 2003, April 16, 2008 and April 7, 2010 depositions |
| Trey Rouse<br>Nationwide Life Insurance Co. | M | Nationwide's revenue sharing agreement negotiations with mutual fund families |
| Bruce Ruud | L | Expert -- all matters set forth in his August 13, 2010 Report and his deposition taken October 1, 2010 |

- 4 -

| PERSON IDENTIFIED | LIKELY/ MAYBE | SUBJECT MATTER OF DISCOVERABLE INFORMATION |
|---|---|---|
| Kathryn (Katy) Santore Nationwide Life Insurance Co. | M | Nationwide's rate book and receipt and application of payments from mutual fund families |
| Steve Savini Nationwide Life Insurance Co. | M | Nationwide's revenue sharing agreement negotiations with mutual fund families |
| John J. Scranton Nationwide Life Insurance Co. | L | All matters, including those testified to in his March 10, 2003 deposition |
| Barbara J. Shane Nationwide Investment Services Corp. | M | Contracts between Nationwide and mutual fund families |
| Terry C. Smetzer Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Barbara Smoot Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Mike Sparrow Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Scott Stewart Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Karen Tackett Nationwide Investment Advisory Services Corp. | M | Contracts between Nationwide and mutual fund families |
| Ed Tessmer Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Mark R. Thresher Nationwide Financial Services Corp. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| John Williams (Retired) Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue strategy, pricing and implementation |
| Kellie J. Wolfe Nationwide Life Insurance Co. | M | Nationwide's mutual fund revenue pricing and implementation |
| Peter Wiberg | L | The Crown Plan |

Plaintiffs reserve the right to call any other person previously identified by any party to this litigation, whether as a direct or rebuttal witness, should such witness's testimony become relevant and necessary for the Court to consider in this matter. Plaintiffs also reserve the right to depose any person identified by any party but whose deposition has not yet been taken.

Dated:  October 15, 2010         Respectfully submitted,

_____
Marc R. Stanley
Federal Bar No. ct18179
Martin Woodward
Federal Bar No. ct25263
STANLEY•IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205
214-443-4300
214-443-0358 (Fax)

Richard A. Bieder
Federal Bar No. ct04208
Antonio Ponvert, III
Federal Bar No. ct17516
William Bloss
Federal Bar No. ct01008
David Bernard
Federal Bar No. ct27564
KOSKOFF KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut 06604
203-336-4421
203-368-3244 (Fax)

Gregory G. Jones
Federal Bar No. ct23443
LAW FIRM OF GREGORY G. JONES PC
603 S. Main Street, Suite 200
Grapevine, Texas 76051
817-424-9001
817-424-1665 (Fax)

Roger L. Mandel
Federal Bar No. ct18180
BECKHAM & MANDEL
3400 Carlisle, Suite 550
Dallas, Texas 75204
214-965-9300
214-965-9301 (Fax)

*Plaintiffs' Counsel*

- 6 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing were served October 15, 2010, upon the following counsel via the method(s) indicated:

| | |
|---|---|
| Thomas S. Clauss, Jr.<br>WIGGIN & DANA LLP<br>400 Atlantic Avenue<br>P.O. Box 110325<br>Stamford, CT 06911-0325 | ☐ via certified mail, RRR<br>☐ via fax 203-363-7676<br>☐ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery<br>☑ via email: tclauss@wiggin.com |
| Charles C. Platt<br>WILMER HALE<br>399 Park Avenue<br>New York, NY 10022 | ☐ via certified mail, RRR<br>☐ via fax 212-230-8888<br>☐ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery<br>☑ via email: Charles.Platt@wilmerhale.com |
| Daniel H. Squire<br>WILMER HALE<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006 | ☐ via certified mail, RRR<br>☐ via fax 202-663-6363<br>☐ via first-class, U.S. mail<br>☐ via overnight delivery<br>☐ via hand delivery<br>☑ via email: daniel.squire@wilmerhale.com |

_____
MARC R. STANLEY