UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, *et al.* <br><br> PLAINTIFFS, <br><br> v. <br><br> NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., <br><br> DEFENDANTS. | CIVIL ACTION NO.: <br><br> 3:01CV1552 (SRU) |

**STIPULATION AND ORDER**

WHEREAS, in its Conference Memorandum dated September 28, 2010, in response to an issue raised by Plaintiffs, the Court ordered Defendants "to inform the court whether they will argue in their defense that the plaintiffs have sued the wrong parties in this action"; and

WHEREAS, counsel for Defendants and Plaintiffs have conferred and agreed, subject to the Court's approval, to a resolution of the issue raised by Plaintiffs that is the subject of the Court's order;

NOW THEREFORE, Defendants and Plaintiffs, through counsel, hereby stipulate as follows:

1. The parties stipulate that, if Nationwide Life Insurance Company is found to have violated ERISA, and is ordered to disgorge certain mutual fund payments that resulted from that violation, then Nationwide Life Insurance Company will be responsible for the disgorgement of those certain mutual fund payments notwithstanding whether those payments were received by different Nationwide entities.

2.  In light of the foregoing stipulation, the parties agree that Nationwide Financial Services, Inc., will be dismissed as a Defendant.

Dated: October 18, 2010                    Respectfully submitted,

                                           Defendants Nationwide Financial Services Inc.
                                           and Nationwide Life Insurance Co.


                              By:          /s/Thomas F. Clauss, Jr.
                                           Thomas F. Clauss, Jr. (CT 12392)
                                           Wiggin and Dana LLP
                                           400 Atlantic Avenue
                                           P.O. Box 110325
                                           Stamford, CT 06911-0325
                                           Telephone: (203) 363-7610
                                           Facsimile: (203) 363-7676

                                           Charles C. Platt, Esq. (CT 23036)
                                           Wilmer Cutler Pickering Hale and Dorr LLP
                                           399 Park Avenue
                                           New York, NY 10022
                                           Telephone: (212) 230-8800
                                           Facsimile: (212) 230-8888

                                           Daniel H. Squire, Esq.
                                           Wilmer Cutler Pickering Hale and Dorr LLP
                                           1875 Pennsylvania Avenue, N.W.
                                           Washington, D.C. 20006
                                           Telephone: (202) 663-6000
                                           Facsimile: (202) 663-6363


                              and          Plaintiffs and the Class


                              By:          /s/ Marc R. Stanley, Esq.
                                           Marc R. Stanley, Esq.
                                           Federal Bar No. ct18179
                                           Martin Woodward
                                           Federal Bar No. ct25263
                                           STANLEY•IOLA, LLP
                                           3100 Monticello Avenue, Suite 750

        Dallas, TX 75205
        Telephone: (214) 443-4300
        Facsimile: (214) 443-0358

        Roger L. Mandel, Esq.
        Federal Bar No. ct18180
        BECKHAM & MANDEL
        3400 Carlisle, Suite 550
        Dallas, TX 75204
        Telephone: (214) 965-9300
        Facsimile: (214) 965-9301

        Richard A. Bieder, Esq.
        Federal Bar No. ct04208
        Antonio Ponvert III, Esq.
        Federal Bar No. ct17516
        David Bernard
        Federal Bar No. ct27564
        KOSKOFF, KOSKOFF & BIEDER
        350 Fairfield Avenue
        Bridgeport, CT 06604
        Telephone: (203) 336-4421
        Facsimile: (203) 368-3244

        Gregory G. Jones, Esq.
        Federal Bar No. ct23443
        LAW FIRM OF GREGORY G. JONES, P.C.
        603 S. Main Street, Suite 200
        Grapevine, TX 76051
        Telephone: (817) 424-9001
        Facsimile: (817) 424-1665)

SO ORDERED this _____ day of _____, 2010

        _____
        Honorable Stefan R. Underhill
        United States District Judge

## CERTIFICATION

I hereby certify that on this 18th day of October, 2010, I electronically filed the foregoing Stipulation and Order with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to each of the counsel listed in the foregoing pleading.

/s/ Thomas F. Clauss, Jr.
Thomas F. Clauss, Jr.
