UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Dye Company Inc. 401(k) Profit-Sharing Plan, et al.,<br>　　　Plaintiffs,<br><br>　　v.<br><br>NATIONWIDE LIFE INSURANCE CO.,<br>　　　Defendant. | No. 3:01cv1552 (SRU) |

## CONFERENCE MEMORANDUM

On October 27, 2010, I held a telephone conference on the record with William Bloss, Roger Mandel, Marc Stanley, and Martin Woodward, representing the plaintiffs; and Thomas Clauss, Charles Platt, and Daniel Squire, representing the defendant, Nationwide Life Insurance Co. ("Nationwide"). The purpose of the conference was to address the Second Circuit's recent order granting Nationwide's petition to appeal my ruling and order certifying a plaintiff class (docs. # 416 & # 417).

Because both parties requested a stay, I ordered that all proceedings in this case be stayed until the Court of Appeals has resolved Nationwide's appeal. The only matters that are not subject to my stay order are Nationwide's motions for reconsideration and to amend/correct its answer (docs. # 443, # 444), which I will decide shortly.

It is so ordered.

Dated at Bridgeport, Connecticut, this 27th day of October 2010.

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Stefan R. Underhill
　　　　　　　　　　　　　　　　　　　United States District Judge