# MANDATE

D. Conn.
01-cv-1552
Underhill, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 20th day of October, two thousand ten,

Present:

    Jon O. Newman,
    John M. Walker, Jr.,
    Gerard E. Lynch,
        *Circuit Judges.*

Lou Haddock, *et al.*,

        *Plaintiffs-Respondents,*

v.                                    09-4880-mv

Nationwide Financial Services, Nationwide Life Insurance Company,

        *Defendants-Petitioners.*

Petitioners move, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order granting Respondents' motion for class certification. Upon due consideration, it is hereby ORDERED that the petition is GRANTED because an immediate appeal is warranted. See Hevesi v. Citigroup Inc., 366 F.3d 70, 76 & n.4 (2d Cir. 2004); Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd., 262 F.3d 134, 139-40 (2d Cir. 2001); see also Fed R. Civ. P. 23(f) ("The court of appeals is given unfettered discretion whether to permit the appeal . . . .") .

        FOR THE COURT:
        Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-ARW

MANDATE ISSUED ON 11/09/2010