UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, *et al.* <br><br> PLAINTIFFS, <br><br> v. <br><br> NATIONWIDE LIFE INSURANCE CO., <br><br> DEFENDANT. | CIVIL ACTION NO.: <br><br> 3:01CV1552 (SRU) <br><br><br><br><br><br><br><br><br> May 8, 2012 |

**JOINT MOTION FOR A STAY OR CONTINUANCE OF THE
CLASS CERTIFICATION MOTION AND FURTHER PROCEEDINGS**

Plaintiffs Lou Haddock, Peter Wiberg, Christopher Anderson, H. Grady Chandler, and Ronald Simon ("Plaintiffs") and Defendant Nationwide Life Insurance Company ("Nationwide") jointly move this Court for an order staying the pending class certification motion and any further proceedings in this action, or granting a continuance of that class certification motion and further proceedings, while the parties have an opportunity to engage in a confidential mediation process.

The parties have recently submitted papers with respect Plaintiffs' motion for class certification based on the Sixth Amended Complaint, and Nationwide has asked for oral argument on that motion. Another motion and further discovery may be scheduled depending on the outcome of the class certification motion. Before oral argument is held, a decision is rendered on the class certification motion, and additional work is done on other issues in the case, the parties would like the opportunity to engage in a confidential mediation process that is now

scheduled to occur in the beginning and middle of July. The parties believe that this will allow them to devote their time and resources to explore fully a possible resolution, without the expense and distraction of ongoing litigation. Accordingly, the parties respectfully request that this motion for stay or continuance be granted so that they can prepare for and engage in that mediation process. By July 18, 2012, the parties will report back to the Court with respect to the results of the mediation process.

Dated:  May 8, 2012

Defendant Nationwide Life Insurance Co.

By:   s/ Thomas F. Clauss, Jr.
Thomas F. Clauss, Jr. (CT 12392)
Wiggin and Dana LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
Telephone: (203) 363-7610
Facsimile: (203) 363-7676

Charles C. Platt, Esq. (CT 23036)
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY  10022
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

David W. Bowker
Daniel P. Kearney, Jr.
Charles C. Speth
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

- 3 -

                    Plaintiffs and the Class

By:    s/ Marc R. Stanley
        Marc R. Stanley, Esq. (CT18179)
        Martin Woodward (CT25263)
        Stanley. Iola, LLP
        3100 Monticello Avenue
        Suite 750
        Dallas, TX 75205
        Telephone: (214) 443-4300
        Facsimile: (214) 443-0358

        Richard A. Bieder (CT04208)
        Antonio Ponvert III, (CT17516)
        Koskoff, Koskoff & Bieder, P.C.
        350 Fairfield Avenue
        Bridgeport, CT 06604
        Telephone: (203) 336-4421
        Facsimile: (203) 368-3244

        Roger Mandel (CT18180)
        Lackey Herschman, LLP
        3102 Oaklawn Avenue
        Suite 777
        Dallas, TX 75219
        Telephone: (214) 560-2201
        Facsimile: (214) 560-7547

        Gregory G. Jones (CT23443)
        The Law Offices of Gregory G. Jones, P.C.
        211 E. Southlake Blvd.,
        Suite 180
        Southlake, TX 76092
        Telephone: (817) 424-9001
        Facsimile: (817) 424-1665

CERTIFICATION

I hereby certify that on this 8th day of May, 2012, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Marc R. Stanley, Esq.
Martin Woodward
Stanley. Iola, LLP
3100 Monticello Avenue
Suite 750
Dallas, TX 75205

Richard A. Bieder
Antonio Ponvert III
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Roger Mandel
Lackey Herschman, LLP
3102 Oaklawn Avenue
Suite 777
Dallas, TX 75219

Gregory G. Jones
The Law Offices of Gregory G. Jones, P.C.
211 E. Southlake Blvd.,
Suite 180
Southlake, TX 76092

s/ Thomas F. Clauss, Jr.

Thomas F. Clauss, Jr.