# MANDATE

*01-cv-1552 Mandate*

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
D. Conn.
1/14/14   01-cv-1552
Merle D. Tabor, Underhill, J.
Deputy Clerk

## United States Court of Appeals

### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of January, two thousand fourteen.

Present:

Ralph K. Winter,
Richard C. Wesley,
Peter W. Hall,
*Circuit Judges.*

---

Nationwide Life Insurance Company,

*Defendant-Counter-Claimant-Petitioner,*

Nationwide Financial Services Incorporated,

*Defendant-Counter-Claimant,*

v.                                                          13-3525

Lou Haddock, trustee of Flyte Tool & Die, Inc. Deferred Compensation Plan, *et al.*,

*Plaintiffs-Respondents.*

---

Petitioner, through counsel, moves, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order denying Petitioner's motion for class certification. Upon due consideration, it is hereby ORDERED that the petition is DENIED because an immediate appeal is unwarranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
SAO-WBD

MANDATE ISSUED ON 01/14/2014