UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing Plan, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, CHRISTOPHER ANDERSON, as trustee of the Anderson Law Firm, P.C. 401(k) Profit Sharing Plan and Trust, f/k/a the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan, and H. GRADY CHANDLER, as trustee of the Law Offices of H. Grady Chandler, P.C., 401(k) Profit Sharing Plan and Trust<br><br>    PLAINTIFFS,<br><br>                    v.<br><br>NATIONWIDE LIFE INSURANCE CO.,<br><br>    DEFENDANT. | CIVIL ACTION NO.:<br><br>3:01CV1552 (SRU) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Nationwide Life Insurance Co. ("Nationwide") by and through its undersigned counsel, hereby moves for summary judgment for the reasons set forth in the accompanying Memorandum of Law, Local Rule 56(a)1 Statement, Declaration of Thomas F. Clauss, Jr., and Exhibits thereto.

Dated: March 17, 2014                              Respectfully submitted,

                                                   Defendant Nationwide Life Insurance Co.

ORAL ARGUMENT REQUESTED

By: /s/ Thomas F. Clauss, Jr.
Thomas F. Clauss, Jr. (CT 12392)
Wiggin and Dana LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
Telephone: (203) 363-7610
Facsimile: (203) 363-7676

Charles C. Platt (CT 23036)
Noah A. Levine (PHV 05067)
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

David W. Bowker (PHV 05714)
Daniel P. Kearney, Jr. (PHV 05813)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

## CERTIFICATION

I hereby certify that on March 17, 2014, a copy of the foregoing Defendants' Motion for Summary Judgment was filed electronically. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

By: /s/ Thomas F. Clauss, Jr.
Thomas F. Clauss, Jr. (CT 12392)
Wiggin and Dana LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
Telephone: (203) 363-7610
Facsimile: (203) 363-7676