UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing Plan, ALAN GOUSE, as trustee of Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Rehabilitation Center, Inc., Trust, CHRISTOPHER ANDERSON, as trustee of the Anderson Law Firm, P.C. 401(k) Profit Sharing Plan and Trust, f/k/a the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan, and H. GRADY CHANDLER, as trustee of the Law Offices of H. Grady Chandler, P.C., 401(k) Profit Sharing Plan and Trust<br><br>      PLAINTIFFS,<br><br>                  v.<br><br>NATIONWIDE LIFE INSURANCE CO.,<br><br>      DEFENDANT. | CIVIL ACTION NO.:<br><br>3:01CV1552 (SRU) |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant Nationwide Life Insurance Co. ("Nationwide"), by and through its undersigned counsel, hereby moves for partial summary judgment on Plaintiffs' ERISA claims based on Nationwide's registered annuities, for the reasons set forth in the accompanying Memorandum of Law, Declaration of Thomas F. Clauss, Jr., and Exhibits thereto. Nationwide is prepared to present oral argument if the Court believes it would be helpful in resolving this motion.

Dated:  August 15, 2014          Respectfully submitted,

         Defendant Nationwide Life Insurance Co.

By:    /s/ Thomas F. Clauss, Jr.
       Thomas F. Clauss, Jr. (CT 12392)
       Wiggin and Dana LLP
       Two Stamford Plaza
       281 Tresser Boulevard
       Stamford, CT  06901
       Telephone:  (203) 363-7610
       Facsimile:  (203) 363-7676

       Charles C. Platt (CT 23036)
       Noah A. Levine (PHV 05067)
       Wilmer Cutler Pickering Hale and Dorr LLP
       7 World Trade Center
       250 Greenwich Street
       New York, NY  10007
       Telephone:  (212) 230-8800
       Facsimile:  (212) 230-8888

       David W. Bowker (PHV 05714)
       Amy K. Wigmore (PHV 06735)
       Daniel P. Kearney, Jr. (PHV 05813)
       Elizabeth K. Canizares (PHV 02306)
       Stephen V. Carey (PHV 06773)
       Wilmer Cutler Pickering Hale and Dorr LLP
       1875 Pennsylvania Avenue, N.W.
       Washington, D.C.  20006
       Telephone:  (202) 663-6000
       Facsimile:  (202) 663-6363

## CERTIFICATION

I hereby certify that on August 15, 2014, a copy of the foregoing Defendants' Motion for Partial Summary Judgment was filed electronically. Notice of this filing will be sent by electronic mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

By: /s/ Thomas F. Clauss, Jr.
Thomas F. Clauss, Jr. (CT 12392)
Wiggin and Dana LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT  06901
Telephone:  (203) 363-7610
Facsimile:  (203) 363-7676