UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, *as trustee of the Flyte Tool & Dye Company Inc. 401(k) Profit-Sharing Plan*, et al.,<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>NATIONWIDE LIFE INSURANCE CO.,<br>　　　　Defendant. | No. 3:01-cv-1552 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

On October 16, 2014, I held a telephone conference on the record with William Bloss, Antonio Ponvert, Marc Stanley, and Martin Woodward, counsel for the plaintiffs; and David Bowker, Thomas Clauss, Charles Platt, and Amy Wigmore, representing the defendant, Nationwide Life Insurance Company ("Nationwide"). The purpose of the conference was to set pretrial deadlines and discuss the status of the case.

The parties reported that they had reached an agreement to settle this case. In reliance on that representation, I ordered the parties to file their motion for preliminary approval of the settlement by **November 20, 2014**. The plaintiffs made an oral motion requesting all pretrial and discovery deadlines be stayed, as contemplated in the parties' settlement terms. I granted that motion; all pretrial and discovery deadlines are STAYED.

It is so ordered.

Dated at Bridgeport, Connecticut, this 17th day of October 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ STEFAN R. UNDERHILL
　　　　　　　　　　　　　　　　　　　　　　　　　　Stefan R. Underhill
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge