UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOU HADDOCK, as trustee of the Flyte Tool & Die Company, Inc. 401-K Profit Sharing Plan, PETER WIBERG, as trustee of the Crown Tool & Die Co. Inc. Salary Deferral Profit Sharing Plan, ALAN GOUSE, as trustee of the Greater Hartford Easter Seal Rehabilitation Center, Inc., Tax Sheltered Annuity Plan and the Money Accumulation Pension Plan for the Employees of Hartford Easter Seal Rehabilitation Center, Inc., Trust, CHRISTOPHER ANDERSON, as trustee of the Anderson Law Firm, P.C. 401(k) Profit Sharing Plan and Trust, f/k/a the Anderson & Ferdon P.C. 401(k) Profit Sharing Plan, H. GRADY CHANDLER, as trustee of the Law Offices of H. Grady Chandler, P.C., 401(k) Profit Sharing Plan and Trust, and CHRISTOPHER M. McKEON, as trustee of the Bershtein, Volpe & McKeon Profit Sharing Plan, f/k/a the Bershtein, Lippman, Bachman & McKeon Profit Sharing Plan, § § § § § § § § § § § § § § § § § § § § § § | |
| PLAINTIFFS, § § | CASE NO. 01-CV-1552 (SRU) |
| v. § § | |
| NATIONWIDE FINANCIAL SERVICES INC., and NATIONWIDE LIFE INSURANCE CO., § § § § | |
| DEFENDANTS. § | |

**PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Peter Wiberg, Alan Gouse, Christopher Anderson, H. Grady Chandler, and Christopher M. McKeon, in their capacities as trustees of retirement plans that held Annuity Contracts and/or Trust Platforms provided by Nationwide ("Plaintiffs"), on behalf of themselves and all others similarly situated (the "Class"), respectfully submit this Unopposed Motion for Preliminary Approval of Class

Action Settlement. Defendants Nationwide Financial Services, Inc. and Nationwide Life Insurance Co. (collectively, "Defendants") do not oppose the relief requested in this motion, which is accordingly presented as unopposed.

For the reasons set forth in Plaintiffs' accompanying Memorandum in Support, Plaintiffs, with Defendants' consent , respectfully request the Court to enter the proposed Order presented herewith:

(1) preliminarily approving the Settlement and finding that the proposed settlement is sufficiently fair, reasonable and adequate to allow dissemination of notice of the settlement to the Class;

(2) certifying the Class, including the Annuity Contracts and Trust Platform Sub-Classes, for settlement purposes, appointing Plaintiffs as Class Representatives, and Plaintiffs' Counsel as Class Counsel;

(3) approving the form of Class Notice and directing that Notice be mailed;

(4) establishing a deadline for Class Members to exclude themselves or object to the proposed Settlement; and

(5) establishing a date for the Fairness Hearing on final approval of the proposed Settlement.

DATED this 11th day of December, 2014.    Respectfully submitted,

       */s/ Marc R. Stanley*
Marc R. Stanley
Federal Bar No. ct18179
marcstanley@mac.com
Martin Woodward
Federal Bar No. ct25263
mwoodward@stanleyiola.com
STANLEY LAW GROUP
3100 Monticello Avenue, Suite 770
Dallas, TX  75205
214.443.4300
214.443.0358 (fax)

William Bloss
Federal Bar No. ct01008
bbloss@koskoff.com
Richard A. Bieder
Federal Bar No. ct04208
rbieder@koskoff.com
Antonio Ponvert, III
Federal Bar No. ct17516
aponvert@koskoff.com
KOSKOFF KOSKOFF & BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, Connecticut  06604
203.336.4421
203.368.3244 (fax)

Roger L. Mandel
Federal Bar No. ct18180
rlm@lhlaw.net
LACKEY HERSHMAN, LLP
3102 Oaklawn Avenue, Suite 777
Dallas, Texas  75219
214.560.2201
214.624.7547 (fax)

*Counsel for Plaintiffs and the Class*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 11, 2014, the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Marc R. Stanley
MARC R. STANLEY